# Exhibit C

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION


ZACK WARD,                        ) CASE NO.
                                  ) 11-CV-6358 MMM (CWX)
        PLAINTIFF,                )
                                  )
  VS.                             )
                                  )
NATIONAL ENTERTAINMENT            )
COLLECTIBLES ASSOCIATION, INC.,   )
AND JOEL WEINSHANKER,             )
                                  )
        DEFENDANTS.               )
_____ )


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEPOSITION OF ROBERT F. VALERIO

VOLUME I

MONDAY, SEPTEMBER 17, 2012


REPORTED BY:
VICKI A. SABER, CSR NO. 6212
RPR, CRR, CCRR, CLR

JOB NO:   120917VS

1

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT _C_ PAGE _50_

```
 1

 2        DEPOSITION OF ROBERT F. VALERIO, VOLUME I, TAKEN ON

 3    BEHALF OF THE DEFENDANTS, AT 1901 AVENUE OF THE STARS,

 4    SUITE 1600, LOS ANGELES, CALIFORNIA, ON MONDAY,

 5    SEPTEMBER 17, 2012, AT 9:06 A.M., BEFORE VICKI A. SABER,

 6    CSR NO. 6212, RPR, CRR, CCRR.

 7

 8    APPEARANCES:

 9

10    FOR THE PLAINTIFFS:

11        RANDALL S. NEWMAN, P.C.
          BY:  RANDALL S. NEWMAN, ESQ.
12        37 WALL STREET
          PENTHOUSE D
13        NEW YORK, NEW YORK 10005
          (212) 797-3737; (212) 797-3172 (FAX)
14        RSN@RANDALLNEWMAN.NET

15    FOR THE DEFENDANTS:

16        SHEPPARD MULLIN RICHTER & HAMPTON, LLP
          BY:  KENT R. RAYGOR, ESQ.
17        1901 AVENUE OF THE STARS
          SUITE 1600
18        LOS ANGELES, CALIFORNIA 90067-6017
          (310) 228-3700; (310) 228-3701 (FAX)
19        KRAYGOR@SHEPPARDMULLIN.COM

20

21    ALSO PRESENT:

22        TIM BARKER, VIDEOGRAPHER

23

24

25
```

2

EXHIBIT _C_ PAGE _51_

```
1                        I N D E X

2

3    WITNESS:      ROBERT F. VALERIO

4    EXAMINATION                                    PAGE

5    BY MR. RAYGOR                                     6

6

7    EXHIBIT          DESCRIPTION                    PAGE

8    EXHIBIT 1   OTIS COLLEGE FASHION DESIGN DEPARTMENT   91
                 WEBSITE PRINTOUT
9
     EXHIBIT 2   EXPERT WITNESS DIRECTORY WEBSITE PRINTOUT  93
10
     EXHIBIT 3   OTIS COLLEGE FACULTY WEBSITE PRINTOUT    98
11
     EXHIBIT 4   OTIS COLLEGE FACULTY HANDBOOK 2012-2013  100
12
     EXHIBIT 5   LINKEDIN PROFILE                        100
13
     EXHIBIT 6   CENTRAL PLANNING ORG WEBSITE PRINTOUT   103
14
     EXHIBIT 7   CENTRAL PLANNING ORG FACEBOOK PRINTOUT  113
15
     EXHIBIT 8   CENTRAL PLANNING ORG TWITTER PRINTOUT   116
16
     EXHIBIT 9   CENTRAL PLANNING ORG ARTICLE TITLED     117
17               "IS BRAND LICENSING RIGHT FOR MY COMPANY?"

18   EXHIBIT 10  CENTRAL PLANNING ORG ARTICLED TITLED    122
                 "BUSINESS ETHICS OF COPYING COMPETITORS"
19
     EXHIBIT 11  QUORA POSTINGS                          124
20
     EXHIBIT 12  YOU TUBE VIDEO                          128
21
     EXHIBIT 13  NOTICE OF DEPOSITION                    129
22
     EXHIBIT 14  OBJECTIONS AND RESPONSES TO DOCUMENT    160
23               SUBPOENA

24   EXHIBIT 15  EXPERT REPORT                           170

25   EXHIBIT 16  PRIVILEGE LOG                           256
```
                                                          3

EXHIBIT _C_ PAGE _52_

1               INDEX (CONTINUED)

2

    EXHIBIT              DESCRIPTION                    PAGE

3

    EXHIBIT 17  PRODUCT LICENSE AGREEMENT               278

4

    EXHIBIT 18  CONFIDENTIALITY ORDER                   295

5

6

7   UNANSWERED QUESTIONS:

8      (NONE)

9

10  INFORMATION REQUESTED:

11     (NONE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                         4

```
 1          LOS ANGELES, CALIFORNIA; MONDAY, SEPTEMBER 17, 2012

 2                            9:06 A.M.

 3

 4

 5          THE VIDEOGRAPHER:  GOOD MORNING.  WE'RE ON THE

 6    VIDEOTAPE RECORD BEGINNING DISC NUMBER 1 OF VOLUME

 7    NUMBER I AT 9:06 A.M.  MY NAME IS TIM BARKER, AND I'M

 8    THE VIDEOTAPE OPERATOR.  THE NAME OF MY EMPLOYER IS

 9    DIGIDEP.

10          TODAY'S DATE IS SEPTEMBER THE 17TH, 2012, AND

11    THE LOCATION OF TODAY'S DEPOSITION IS THE LAW OFFICES OF

12    SHEPPARD, MULLIN, 1901 AVENUE OF THE STARS,

13    SUITE 1800 -- 1600, L.A., CALIFORNIA.

14          THE CASE CAPTION IS WARD V. NECA.  THE NAME OF

15    THE WITNESS IS ROBERT VALERIO.

16          WILL COUNSEL PLEASE MAKE VERBAL INTRODUCTION

17    FOR THE RECORD.

18          MR. RAYGOR:  KENT RAYGOR OF SHEPPARD, MULLIN

19    FOR DEFENDANTS NATIONAL ENTERTAINMENT COLLECTIBLES

20    ASSOCIATION AND JOEL WEINSHANKER.

21          MR. NEWMAN:  RANDALL S. NEWMAN, RANDALL S.

22    NEWMAN, P.C., ATTORNEY FOR PLAINTIFF ZACK WARD.

23          THE VIDEOGRAPHER:  WILL THE COURT REPORTER

24    PLEASE ADMINISTER THE OATH.

25    ///
```

5

EXHIBIT C PAGE 54

1   GOING TO BE LOCKED IN TODAY.  SO BEFORE WE WRAP UP TODAY,

2   THROUGH THE COURSE OF THIS AND LOOKING AT DOCUMENTS AND

3   YOUR REPORT AND STUFF LIKE THAT, YOU'LL HAVE A LOT OF

4   OPPORTUNITIES TO COME UP WITH IF THERE'S ANYTHING THAT

5   YOU MAY HAVE MISSED OR I MAY HAVE MISSED TO SUPPLEMENT

6   NOW.  BUT I JUST WANT TO LET YOU KNOW THAT THE DANGER FOR

7   AN EXPERT WITNESS IS THAT IF YOU DON'T TELL ME TODAY,

8   THEN THERE'S A GOOD CHANCE THAT YOU'RE NOT GOING TO ALL

9   OF A SUDDEN COME UP WITH IT AT TRIAL.  SO I JUST WANT TO

10  CAUTION YOU TO DO YOUR BEST TODAY TO TRY TO REMEMBER

11  WHAT THAT IS, IF THERE IS ANYTHING ELSE TO SUPPLEMENT.

12       A. I UNDERSTAND.

13       Q. YOU SAID YOU REFERENCED A BOOK.  THERE IS NO

14  BOOK REFERENCED IN YOUR REPORT.  WHAT BOOK ARE YOU

15  REFERRING TO?

16       A. I REFERENCED A BOOK CALLED "ROYALTY RATES

17  2011." I DON'T KNOW IF THAT'S THE EXACT TITLE.  IT'S BY

18  GRIMES & BATTERSBY.  IT'S LIKE AN INDUSTRY STANDARD

19  BOOK.

20       Q. AND YOU THINK THAT'S REFERENCED IN YOUR

21  REPORT?

22       A. I DIDN'T REFERENCE IT IN MY REPORT.  YOU JUST

23  ASKED ME A DIFFERENT QUESTION.

24       Q. BUT YOU RELIED ON IT FOR YOUR REPORT?

25       A. NO.

48

EXHIBIT C PAGE 55

1    Q. IS IT JUST A BOOK THAT INFORMS YOUR BASIS OF

2    KNOWLEDGE AND EXPERIENCE?

3    A. I LOOKED AT CERTAIN PAGES IN THE BOOK, WHICH

4    CONFIRMED MY KNOWLEDGE AND EXPERIENCE IN LICENSING THAT

5    A ROYALTY RATE FOR A BOARD GAME IS BETWEEN 8 AND 12

6    PERCENT.  IT DIDN'T TELL ME...

7    Q. HAD YOU HAD EXPERIENCE IN THE PAST WITH

8    LICENSING BOARD GAMES?

9    A. NO.

10   Q. SO WHAT EXPERIENCE -- WHAT -- HOW DID THAT

11   CONFIRM YOUR KNOWLEDGE AND EXPERIENCE IN LICENSING THAT

12   A ROYALTY RATE FOR A BOARD GAME IS BETWEEN 8 AND 12

13   PERCENT IF YOU DIDN'T HAVE ANY SUCH EXPERIENCE --

14   KNOWLEDGE AND EXPERIENCE IN IT?

15   A. I HAVE KNOWLEDGE AND EXPERIENCE, BUT I

16   PERSONALLY HAVE NOT LICENSED A BOARD GAME.

17   Q. HAVE YOU EVER TALKED WITH ANYBODY WHO HAS?

18   A. YES.

19   Q. WHO?

20   A. A COMPANY CALLED BRAND SENSE PARTNERS.

21   Q. WHEN DID YOU TALK WITH THEM ABOUT A BOARD

22   GAME?

23   A. RELATED TO A LICENSE THAT I CURRENTLY DO FOR

24   THEM -- OR THROUGH THEM.

25   Q. AND THAT LICENSE IS FOR WHAT?

49

1          A. I CURRENTLY LICENSE A MOVIE NAMED "RADIO REBEL,"

2    AND I HAVE A LICENSE IN THE CATEGORY OF WRISTBANDS.

3          Q. WRISTBANDS?

4          A. YES.

5          Q. AND DOES THAT LICENSE COVER A BOARD GAME?

6          A. MY LICENSE DOES NOT COVER BOARD GAMES.

7          Q. DOES SOMEBODY ELSE HAVE A LICENSE FOR BOARD

8    GAMES INVOLVING THAT PROPERTY, "RADIO REBEL"?

9          A. I DO NOT KNOW.

10          Q. SO WHAT WAS YOUR DISCUSSION WITH BRAND SENSE

11    PARTNERS AS IT RELATES TO A BOARD GAME LICENSE?

12          A. I ASKED THEM, FOR A NUMBER OF CATEGORIES, WHAT

13    WERE THEY LOOKING FOR IN A ROYALTY RATE.

14          Q. AND WHAT DID THEY SAY?

15          A. FOR BOARD GAMES THEY PAY -- THEY'RE LOOKING

16    FOR 8 TO 12 PERCENT.

17          Q. AND WHO TOLD YOU THAT?

18          A. I DON'T RECALL HIS LAST NAME.

19          Q. WHEN DID YOU HAVE THAT CONVERSATION?

20          A. I DON'T RECALL THE EXACT DATE.

21          Q. WAS IT BEFORE YOU DID YOUR REPORT?

22          A. YES.

23          Q. WAS IT BEFORE YOU WERE RETAINED IN THIS CASE

24    IN JULY --

25          A. YES.

50

1    Q. -- IN JULY OF 2012?

2    A. YES.

3    Q. WAS IT IN 2012?

4    A. I DON'T RECALL IF IT WAS 2011 OR 2012.

5    Q. WHERE IS BRAND SENSE LOCATED?

6    A. CULVER CITY, CALIFORNIA.

7    Q. DID YOU KEEP NOTES OF THAT CONVERSATION?

8    A. NO.

9    Q. DO YOU RECALL ANYTHING ELSE ABOUT THIS PERSON

10   OR THIS PERSON'S TITLE SO WE MIGHT BE ABLE TO FIGURE OUT

11   WHO IT IS?

12   A. I DON'T KNOW WHAT HIS TITLE IS.

13   Q. DO YOU HAVE ANYTHING AT THE OFFICE THAT WOULD

14   HELP REFRESH YOUR MEMORY AS TO WHO IT WAS?

15   A. I'M SURE I CAN FIND IT AT A LATER DATE.

16   Q. SO ESSENTIALLY WHAT HAPPENED, THOUGH, IS YOU

17   ASKED THIS MAN WHAT BRAND SENSE'S RATE FOR A BOARD GAME

18   WOULD BE OR FOR THE -- OR FOR DISNEY, WHO DID "RADIO

19   REBEL" -- FOR A BOARD GAME WOULD BE, DO YOU KNOW?

20   A. AT A MEETING I ASKED WHAT CATEGORIES WERE THEY

21   LOOKING TO LICENSE.

22   Q. AT A MEETING WITH BRAND SENSE?

23   A. AT A MEETING AT BRAND SENSE PARTNERS.

24   Q. GO AHEAD.

25   A. AND SO I ASKED THEM WHICH CATEGORIES WERE THEY

51

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 58

1   LOOKING TO LICENSE, AND WHAT WERE THEY LOOKING TO GET IN

2   THESE VARIOUS CATEGORIES.

3         Q. AND TO GET FROM WHOM?

4         A. TO GET FROM A LICENSEE.

5         Q. WAS BRAND SENSE PARTNERS THE LICENSOR FOR THE

6   PROPERTIES FOR "RADIO REBEL"?

7         A. NO.

8         Q. BUT DID THEY HOLD THE RIGHT TO SUBLICENSE

9   BOARD GAMES?

10         A. NO.

11         Q. SO YOU ASKED THEM WHICH CATEGORIES THEY WERE

12   LOOKING TO LICENSE AND WHAT THEY WERE LOOKING TO GET IN

13   THESE VARIOUS CATEGORIES, ONE OF WHICH WAS BOARD GAMES,

14   CORRECT?

15         A. YES.

16         Q. WHAT WAS YOUR UNDERSTANDING OF WHAT THEY

17   WERE -- WHERE THEY WERE GOING TO LOOK TO GET A LICENSE

18   FOR A BOARD GAME?

19         A. PROBABLY FROM BOARD GAME MANUFACTURERS.

20         Q. AND THEY WERE GOING TO GET A LICENSE FROM A

21   MANUFACTURER TO PRODUCE A BOARD GAME OR THEY WERE GOING

22   TO --

23         A. THEY -- BRAND SENSE PARTNERS WAS HIRED BY

24   MAR VISTA ENTERTAINMENT TO FIND LICENSEES FOR

25   MAR VISTA'S PROPERTY.

                                                        52

1      Q. AND SO THEY WERE POTENTIALLY GOING TO TRY TO

2  FIND MANUFACTURERS OUT THERE THAT THEY COULD THEN

3  LICENSE TO USE THE PROPERTY FOR A BOARD GAME, CORRECT?

4      A. I ONLY ASKED THEM WHAT CATEGORIES ARE

5  AVAILABLE AND WHAT RATES WERE THEY LOOKING TO GET.

6      Q. DO YOU KNOW IF THEY EVER GOT SUCH A RATE?

7      A. I DON'T KNOW.

8      Q. DO YOU KNOW OF ANYBODY -- HAVE YOU EVER TALKED

9  WITH ANYONE WHO HAS ACTUALLY CONCLUDED A DEAL FOR A

10  BOARD GAME -- A LICENSE FOR A BOARD GAME?

11      A. I HAVE NOT TALKED WITH SOMEONE.

12      Q. IN THAT 8 TO 12 PERCENT LICENSE WITH BRAND

13  SENSE PARTNERS, WAS THAT A LICENSE FOR EVERYTHING IN THE

14  MOVIE; FOR ALL THE PROPERTY IN THE MOVIE, FOR ALL THE

15  TALENT, FOR ALL THE TRADEMARKS, FOR ALL THE COPYRIGHTS,

16  FOR ALL ELEMENTS IN THE FILM?  DO YOU KNOW WHAT THE

17  SCOPE OF THE LICENSE WOULD HAVE BEEN FOR 8 TO 12

18  PERCENT?

19      A. I DON'T.  I HAVE A LICENSE FOR THE CATEGORY

20  THAT I'VE LICENSED, AND I HAVE A CONTRACT THAT STATES

21  WHAT IS THE SCOPE.

22      Q. AND THAT'S FOR WRISTBANDS, CORRECT?

23      A. CORRECT.

24      Q. AND WHAT IS THE SCOPE FOR YOUR WRISTBANDS?

25      A. I WOULD HAVE TO HAVE THE DOCUMENT IN FRONT OF

53

EXHIBIT _C_ PAGE _60_

1    ME TO READ OFF TO YOU EXACTLY WHAT THE SCOPE IS.

2         Q. DOES IT INCLUDE ELEMENTS FROM THE FILM?

3         A. I CHOSE TO MAKE WRISTBANDS WITH TEXT, WORDS

4    FROM THE SCRIPT.

5         Q. BUT IN THE LICENSE DO YOU HAVE THE RIGHT TO

6    USE MORE THAN JUST WORDS FROM THE SCRIPT?  IMAGES,

7    CHARACTERS?

8         A. THE HANG TAGS HAVE IMAGES ON THEM.

9         Q. IS THAT INCLUDED WITHIN THE SCOPE OF YOUR

10   LANGUAGE -- YOUR LICENSE --

11        A. YES.

12        Q. -- WHAT YOU PUT ON HANG TAGS?

13        A. YES.

14        Q. AND THAT INCLUDED TRADEMARKS?

15        A. THE "RADIO REBEL" TRADEMARK.

16        Q. IT DID?

17        A. YES.

18        Q. AND DID IT INCLUDE ANY IMAGES OF ANY

19   CHARACTERS FROM THE FILM?

20        A. THEY GAVE ME PHOTOGRAPHS WITH IMAGES OF

21   CHARACTERS, BUT I CHOSE NOT TO USE THEM.

22        Q. AND APART FROM WORDS FROM THE SCRIPT OR TEXT

23   FROM THE SCRIPT AND THEN ON THE HANG TAG THE WORDS "RADIO

24   REBEL," THE MARK "RADIO REBEL," ARE THERE ANY OTHER

25   ELEMENTS THAT YOU USED IN YOUR LICENSE?

54

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT _C_ PAGE _61_

1          A. I USED THE COPYRIGHT MAR VISTA ENTERTAINMENT.

2          Q. OKAY.   ANYTHING ELSE?

3          A. NOT THAT I CAN RECALL.

4          Q. AND WHAT WAS THE ROYALTY RATE FOR YOUR

5   LICENSE?

6          A. 30 PERCENT.

7          Q. AND 30 PERCENT NET?

8          A. OF NET SALES.

9          Q. WHICH -- WHAT IS YOUR DEFINITION OF NET SALES

10  UNDER THAT LICENSE?

11         A. GROSS SALES MINUS RETURNS.

12         Q. AND THE 30 PERCENT, THEN, GOES TO WHOM?

13         A. TO BRAND SENSE PARTNERS --

14         Q. YOU HAVE NO DIRECT OBLIGATION TO MAR VISTA

15  ENTERTAINMENT?

16         A. -- AND BRAND SENSE PARTNERS PAYS MAR VISTA.

17         Q. BUT YOU HAVE NO DIRECT RELATIONSHIP TO

18  MAR VISTA ENTERTAINMENT?   YOUR DIRECT RELATIONSHIP IS TO

19  BRAND SENSE, CORRECT?

20         A. THE CONTRACT I HAVE IS WITH MAR VISTA

21  ENTERTAINMENT.   IT IS SIGNED BY THEIR, YOU KNOW,

22  EXECUTIVE.

23         Q. AND THEN BRAND SENSE MANAGES THAT CONTRACT

24  FOR --

25         A. YES.

                                                      55

EXHIBIT  C  PAGE  62

1          Q. -- MAR VISTA?

2          A. CORRECT.

3          Q. AND THEN ANY MONEY YOU PAY GOES DIRECTLY TO

4     BRAND SENSE, NOT DIRECTLY TO MAR VISTA, EVEN THOUGH YOUR

5     LICENSE IS WITH MAR VISTA?

6          A. YES.

7          Q. APART FROM THIS ONE MEETING THAT YOU HAD AT

8     BRAND SENSE ABOUT A POTENTIAL BOARD GAME LICENSE, DO YOU

9     HAVE ANY OTHER EXPERIENCE OR KNOWLEDGE IN THE INDUSTRY

10    ABOUT BOARD GAME LICENSES?

11         A. WELL, I'VE BEEN LICENSING, BOTH AS A LICENSOR

12    AND A LICENSEE, PRODUCTS FOR MORE THAN TEN YEARS.

13         Q. AND HAVE YOU EVER LICENSED -- HAVE YOU EVER

14    BEEN A LICENSOR FOR A BOARD GAME?

15         A. NO.

16         Q. HAVE YOU EVER BEEN A LICENSEE OF A BOARD GAME?

17         A. NO.

18         Q. SO DO YOU HAVE ANY EXPERIENCE SPECIFIC TO

19    BOARD GAMES OTHER THAN THIS ONE MEETING YOU HAD AT BRAND

20    SENSE PARTNERS ABOUT A POTENTIAL BOARD GAME FOR "RADIO

21    REBEL," A POTENTIAL BOARD GAME LICENSE FOR "RADIO REBEL"?

22         A. I'VE PLAYED BOARD GAMES.

23         Q. HAVE YOU HAD ANY EXPERIENCE IN LICENSING THEM?

24    DO YOU HAVE ANY DIRECT KNOWLEDGE -- I'M ASKING TOO MANY

25    QUESTIONS.

                                                      56

EXHIBIT __C__ PAGE __62__

```
 1   BY MR. RAYGOR:

 2       Q. SO BACK TO THE QUESTION.

 3          CAN YOU SCROLL BACK A LITTLE BIT?

 4          THE REPORTER:  JUST USE YOUR "UP" ARROW.

 5   BY MR. RAYGOR:

 6       Q. SO MY QUESTION WAS:  DO YOU HAVE ANY DIRECT

 7   KNOWLEDGE OF ANY LICENSE AGREEMENT FOR THE -- FOR A

 8   BOARD GAME APART FROM YOUR DISCUSSION WITH BRAND SENSE

 9   ABOUT POTENTIAL LICENSE OF A BOARD GAME?

10       A. YES.

11       Q. AND WHAT IS THAT?

12       A. WARNER BROS. AND NECA.

13       Q. AND THAT'S INVOLVING THIS CASE?

14       A. YES.

15       Q. THANK GOD FOR MR. NEWMAN'S CLARIFICATION, HUH?

16       A. YOUR QUESTION WAS UNCLEAR.  THANK YOU FOR

17   CLARIFYING IT FOR ME.

18       Q. SO WHAT IS YOUR EXPERIENCE IN THIS CASE AS FAR

19   AS LICENSING BOARD GAMES?  WE'LL GET INTO THAT LATER.

20   LET ME TAKE THAT OUT OF THE EQUATION.

21          BEFORE YOU WERE RETAINED IN THIS CASE IN JULY

22   OF 2012, HAD YOU HAD ANY DIRECT EXPERIENCE WITH LICENSES

23   FOR BOARD GAMES OTHER THAN THIS ONE CONVERSATION YOU HAD

24   AT BRAND SENSE PARTNERS INVOLVING A POTENTIAL LICENSE

25   FOR A BOARD GAME?
```

                                                              58

1        MR. NEWMAN:  THAT'S CLEAR.

2        THE WITNESS:  I'VE RESEARCHED VARIOUS PRODUCT

3   CATEGORIES TO LICENSE.

4   BY MR. RAYGOR:

5        Q. AND DID ANY OF THOSE CATEGORIES INVOLVE BOARD

6   GAMES?

7        A. YES.  I'VE LOOKED INTO THE MANUFACTURING OF

8   BOARD GAMES TO GET AN IDEA OF WHAT KIND OF MARGINS ARE

9   INVOLVED IN THE PRINTING AND PRODUCTION OF THEM, BUT I

10  HAVE NOT LICENSED A BOARD GAME.

11       Q. AND WHEN YOU LOOKED INTO THE MANUFACTURE OF

12  BOARD GAMES TO SEE WHAT KIND OF MARGINS WOULD BE

13  INVOLVED, DID YOU ALSO LOOK INTO THE COST OF POTENTIAL

14  LICENSES FOR BOARD GAMES?

15       A. NO.

16       Q. BEFORE YOUR INVOLVEMENT IN THIS CASE AND

17  LOOKING AT THE LICENSES THAT ARE IN YOUR DROPBOX

18  ACCOUNT, HAD YOU EVER SEEN A LICENSE FOR A BOARD GAME?

19       A. CAN YOU REPHRASE THE BEGINNING OF THE

20  QUESTION?

21       Q. SURE.  BEFORE YOUR INVOLVEMENT IN THIS CASE,

22  HAD YOU EVER SEEN A LICENSE FOR A BOARD GAME?

23       A. NOT SPECIFICALLY FOR A BOARD GAME ALONE BY

24  ITSELF.

25       Q. DID YOU EVER SEE A LICENSE FOR ANYTHING THAT

59

EXHIBIT _C_ PAGE _65_

1    INCLUDED A BOARD GAME?

2         A. I DON'T KNOW IF IT INCLUDED A BOARD GAME.

3    I'VE SEEN A LOT OF LICENSES.

4         Q. BUT NOTHING COMES TO MIND RIGHT NOW?

5         A. NOTHING COMES TO MIND OFF THE TOP OF MY HEAD.

6         Q. IS MR. NEWMAN YOUR ATTORNEY TODAY?

7         A. NO.

8         Q. ARE YOU REPRESENTED BY COUNSEL IN THIS CASE?

9         A. NO.

10        Q. HAVE YOU EVER BEEN ARRESTED?

11        A. NO.

12        Q. HAVE YOU EVER BEEN CONVICTED OF A CRIME?

13        A. NO.

14        Q. WHEN DID YOU GRADUATE FROM HIGH SCHOOL?

15        A. 1986.

16        Q. WHAT SCHOOL?

17        A. MADISON HIGH SCHOOL.

18        Q. WHERE?

19        A. SAN DIEGO, CALIFORNIA.

20        Q. IS THAT WHERE YOU GREW UP?

21        A. YES.

22        Q. DID YOU GROW UP AS A SKATEBOARDER?

23        A. I SKATEBOARDED AS A CHILD, YES.

24        Q. AFTER HIGH SCHOOL, COLLEGE?

25        A. YES.

60

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT _C_ PAGE _66_

1        Q. WHERE?

2        A. UNIVERSITY OF CALIFORNIA, SAN DIEGO.

3        Q. AND DID YOU GET A DEGREE?

4        A. I DID NOT GRADUATE.  I'M MISSING ONE CLASS

5    FROM -- AN UPPER DIVISION SPANISH CLASS.  I ATTENDED FOR

6    FOUR YEARS FULL TIME.

7        Q. DID YOU EVER THEN -- DO YOU HAVE PLANS TO

8    COMPLETE THAT DEGREE AT SOME POINT?

9        A. YES.  I NEED TO TAKE THAT SPANISH CLASS.

10       Q. SO IF YOU TAKE THAT AND THEN GET ALL YOUR

11   CREDITS, WHATEVER IS NEEDED, WHAT WOULD YOUR DEGREE BE

12   IN?  IN SPANISH?

13       A. MY DEGREE WOULD BE A BACHELOR OF ARTS IN

14   ECONOMICS.

15       Q. WHEN DID YOU LAST GO TO SAN DIEGO --

16   UNIVERSITY OF CALIFORNIA AT SAN DIEGO?

17       A. 1990.  WAIT, LET'S SEE.  ONE, TWO -- MAYBE

18   `91.  SO `87 IS THE FIRST YEAR, `88, `89 -- SO `90.

19          MR. NEWMAN:  YOU WOULD HAVE STARTED IN FALL OF

20   `86, WOULDN'T YOU?

21          THE WITNESS:  SO DOES IT MAKE IT THE FIFTH

22   YEAR?  BECAUSE GRADUATE IN JUNE.  IT WAS THE QUARTER

23   SYSTEM.

24   BY MR. RAYGOR:

25       Q. I'M NOT GOING TO HOLD YOU TO IT.

61

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 61

1      Q. UNDER WHAT NAMES DID THOSE RETAIL OPERATIONS

2   DO BUSINESS?

3      A. HAPPY.

4      Q. ANYTHING ELSE?

5      A. I CAN'T RECALL.

6      Q. WERE THERE ANY OTHER RETAIL OPERATIONS THAT

7   WERE OVERSEEN BY CPO?

8      A. WHAT IS YOUR DEFINITION OF "RETAIL"?

9      Q. SELLING GOODS OR SERVICES.

10      A. YES.

11      Q. AT RETAIL?

12      A. YES.

13      Q. LIKE WHAT?

14      A. JAC VANEK, J-A-C, NEW WORD, V-A-N-E-K.

15      Q. WAS THAT THE NAME OF THE PERSON, OR IS THAT

16   THE NAME OF THE PERSON'S BUSINESS, OR BOTH?

17      A. THE BUSINESS NAME IS JAC VANEK, LLC.

18      Q. WHAT KIND OF PRODUCTS OR SERVICES WERE SOLD

19   THERE?

20      A. WRISTBANDS AND APPAREL.

21      Q. IS THAT STILL OPERATIONAL?

22      A. YES.

23      Q. SO TODAY CPO STILL HAS RETAIL OPERATIONS?

24      A. CPO SELLS "RADIO REBEL" WRISTBANDS ON THE

25   INTERNET.

73

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 68

```
1    AND LICENSING.
2         Q.  AND IS THAT ALSO TAUGHT FOR FOURTH-YEAR BFA
3    STUDENTS, OR IS IT FOR PEOPLE EARLIER IN THEIR
4    COURSEWORK?
5         A.  IT IS THIRD-YEAR JUNIORS TRADITIONALLY.
6         Q.  HOW ABOUT LAST YEAR, THE 2011/2012 YEAR?  DID
7    YOU TEACH THE SAME TWO COURSES?
8         A.  YES.
9         Q.  IN THE SAME FALL/SPRING SEMESTER FORMAT?
10        A.  NO.  I THINK IT WAS REVERSED.
11        Q.  OKAY.  HOW ABOUT THE YEAR BEFORE THAT?
12        A.  IT WAS REVERSED AGAIN.
13        Q.  LIKE IT WOULD BE THIS YEAR?
14        A.  CORRECT.
15        Q.  GOING BACK, HAVE YOU TAUGHT ANYTHING OTHER
16   THAN THOSE TWO COURSES?
17        A.  NO.
18        Q.  DO EITHER OF THOSE COURSES INCLUDE ANYTHING
19   ABOUT LICENSING?
20        A.  YES.
21        Q.  WHICH ONE, OR BOTH?
22        A.  APPAREL MANUFACTURING COVERS LICENSING IN
23   DEPTH.
24        Q.  DOES THE OTHER ONE COVER LICENSING AT ALL?
25        A.  YES.  WE ALWAYS ARE REFERENCING LICENSING,
```

77

EXHIBIT C PAGE 69

1    BECAUSE LICENSING IS BIG IN FASHION.

2         Q. SO LICENSING IN DEPTH, THOUGH, IN THE APPAREL

3    MANUFACTURING COURSE, CORRECT?

4         A. YES.

5         Q. DO YOU HAVE COURSE MATERIALS THAT YOU PREPARE

6    FOR EITHER OF THOSE COURSES?

7         A. YES.

8         Q. AND THEY GET PASSED OUT TO STUDENTS?

9         A. YES.   THERE'S A HOMEWORK ASSIGNMENT THAT IS

10   PHYSICALLY PASSED OUT.

11        Q. AND DO YOU HAVE COURSE MATERIALS THAT ARE IN

12   THE FORM OF A TEXTBOOK OR THINGS THAT YOU PASS OUT OR

13   THAT ARE ONLINE?

14        A. THERE IS LECTURE NOTES THAT ARE AVAILABLE

15   ONLINE TO A STUDENT.

16        Q. AND DO ANY OF YOUR COURSE MATERIALS FOR

17   STUDENTS THAT YOU PASS OUT OR THAT YOU MAKE AVAILABLE TO

18   THEM INVOLVE LICENSING?

19        A. YES.

20        Q. AND WHAT FORM DOES THE LICENSING MATERIALS FOR

21   YOUR STUDENTS TAKE?

22        A. IT'S WRITTEN IN ENGLISH.

23        Q. THAT'S HELPFUL FOR THOSE WHO SPEAK ENGLISH.

24   IS IT ONLINE?   IS IT IN HARD COPY?   IS IT IN HARD-BOUND

25   TEXTBOOK FORM?   IS IT IN MEMO FORM, NOTE CARDS?

78

EXHIBIT _C_ PAGE _10_

1    A. IT IS IN A LECTURE OUTLINE.

2    Q. WRITTEN BY WHOM?

3    A. MYSELF.

4    Q. AND WHAT DOES IT GENERALLY COVER?

5    A. IT COVERS THE WHOLE PROCESS OF LICENSING FROM

6  A LICENSOR POINT OF VIEW AND FROM A LICENSEE POINT OF

7  VIEW.

8    Q. AND IT'S AN OUTLINE THAT'S GIVEN TO THE

9  STUDENTS, AND THEN THEY HAVE THAT WHILE YOU TEACH AND

10  YOU FILL IN WHILE YOU'RE PRESENTING IN CLASS?

11    A. I GIVE LECTURES.

12    Q. YOU GIVE LECTURES?  THANK YOU.  THAT WAS A

13  MUCH MORE ELEGANT WAY TO SAY IT.  WHILE YOU LECTURE.

14        AND THE OUTLINE, IS IT GIVEN TO THEM

15  PHYSICALLY OR IS IT ONLINE?

16    A. USUALLY I SHOW IT ONSCREEN, AND THEN DEPENDING

17  UPON THE SEMESTER, IT IS ALSO AVAILABLE TO THEM IN THEIR

18  WHAT WE CALL "O SPACE," WHICH IS THE STUDENTS' ONLINE

19  REFERENCE.

20    Q. IS THAT OPERATED LIKE AN INTRANET THROUGH THE

21  SCHOOL?

22    A. CORRECT.  IT'S PRIVATE.

23    Q. DO YOU HAVE A COPY OF YOUR LICENSE OUTLINE

24  THAT YOU GIVE TO STUDENTS OR MAKE AVAILABLE TO STUDENTS

25  AT YOUR OFFICE?

                                                    79

EXHIBIT C PAGE 71

1          A. YES.

2          Q. SO YOU GO THROUGH THE WHOLE PROCESS OF

3     LICENSING BOTH FROM A LICENSOR AND A LICENSEE POINT OF

4     VIEW.

5              BREAKING THAT DOWN A LITTLE BIT FURTHER, WHAT

6     KIND OF SUBJECTS DOES IT TALK ABOUT FROM THE LICENSOR

7     POINT OF VIEW?

8          A. AS A LICENSOR, WE TALK ABOUT BRAND BUILDING,

9     AND THEN THE REASON WHY YOU WOULD WANT TO BE A LICENSOR

10    OR THE COMPANY THAT YOU WORK FOR.

11         Q. DOES IT TALK ABOUT BRAND EQUITY?

12         A. YES.

13         Q. DOES IT TALK ABOUT THE MECHANICS OF LICENSING

14    ONE'S BRANDS?

15         A. WE REVIEW A CONTRACT, A SAMPLE CONTRACT FOR

16    THEM TO UNDERSTAND THE BASIC PARTS OF A CONTRACT.  AND

17    WE TALK ABOUT WHAT HAPPENS BEFORE A CONTRACT AND DURING

18    ITS CONTRACT'S LIFE, AND THEN AFTER THE CONTRACT HAS

19    EXPIRED.  AND WE LOOK AT IT FROM BOTH SIDES, BOTH AS IF

20    THEY WERE THE LICENSOR OR IF THEY WERE THE LICENSEE.

21         Q. AND THE LICENSEE, IS IT ESSENTIALLY THE MIRROR

22    VERSION OF WHAT YOU JUST DESCRIBED FOR THE LICENSOR?

23         A. OUR DISCUSSION IS ABOUT HOW TO HAVE A FAIR

24    AGREEMENT THAT BOTH SIDES BENEFIT, AND SO IN THAT CASE,

25    THEY WOULD BE INTERESTED IN BEING BOTH A LICENSOR AND/OR

                                                          80

1    THEY DO.  IN FASHION, IT'S A LARGE QUESTION OF WHO'S

2    DOING THE ADVERTISING AND MARKETING.

3        Q. IS ANOTHER FACTOR THAT GOES INTO IT NOT ONLY

4    WHO DOES THE ADVERTISING AND MARKETING, BUT WHO'S DOING

5    THE SHIPPING AND DISTRIBUTION?

6        A. A LICENSEE TYPICALLY HAS TWO THINGS THAT THEY

7    DO.  THEY HAVE A DISTRIBUTION NETWORK, AND THEY HAVE THE

8    FINANCING TO MAKE THE GOODS.

9        Q. DO YOU GIVE SAMPLES OF ANY OF THE -- OF

10   REASONABLE ROYALTY RATES --

11       A. IN VARIOUS --

12       Q. -- IN CLASS?

13       A. -- CASES WE TALK ABOUT WHAT A REASONABLE

14   ROYALTY RATE IS AND WHAT A PENALTY ROYALTY RATE IS.

15       Q. DID YOU WRITE THE LECTURE NOTES -- OR THE

16   LICENSING OUTLINE YOURSELF?

17       A. THE OUTLINE I WROTE FOR THE OTIS CLASS, IS

18   THAT YOUR QUESTION?

19       Q. YES.  SO YES, YOU WROTE THAT YOURSELF?

20       A. YES.  AFTER RESEARCHING IT AND ALL THAT.

21       Q. SO HOW DOES YOUR LICENSE OUTLINE DEFINE WHAT A

22   REASONABLE ROYALTY IS?

23       A. A RATE THAT BOTH THE LICENSOR AND THE LICENSEE

24   AGREE UPON.

25       Q. AND HOW DOES IT DEFINE WHAT A PENALTY ROYALTY

82

EXHIBIT _C_ PAGE _73_

1    IS?

2         A. WHEN ONE SIDE DOES SOMETHING THAT IS EITHER IN

3    THE CONTRACT OR NOT IN THE CONTRACT.

4         Q. AND HOW DOES THAT TRANSLATE INTO A RATE, THEN,

5    OR PENALTY ROYALTY RATE?

6         A. PENALTY ROYALTY IS JUST A PARAGRAPH IN THE

7    LICENSE AGREEMENT THAT MAY STATE VARIOUS THINGS.  DO YOU

8    WANT TO TALK ABOUT THE PENALTY ROYALTY RATE IN THIS

9    CASE?

10        Q. WE WILL GET THERE; BUT JUST GENERALLY, AS IT IS

11   STATED IN YOUR COURSE MATERIALS, WHAT IS IT?

12        A. WHAT IS THE RATE?  IT'S NORMALLY FIVE TIMES

13   THE ROYALTY RATE.

14        Q. AND YOU'VE SEEN THAT IN VARIOUS REAL-LIFE

15   CONTRACTS?

16        A. YEAH.

17        Q. APART FROM THIS CASE?

18        A. YES.

19        Q. HOW MANY TIMES?

20        A. MULTIPLE TIMES.

21        Q. MORE THAN FIVE?

22        A. I DON'T KNOW IF I'VE SEEN IT MORE THAN FIVE

23   TIMES.

24        Q. MORE THAN TWO?

25        A. YES.

83

EXHIBIT C PAGE 74

1      Q. AND IN THOSE MORE THAN TWO TIMES IT WOULD --

2   IT'S FIVE TIMES THE REASONABLE RATE?  THE PENALTY RATE

3   IS FIVE TIMES THE REASONABLE RATE IN BOTH THOSE CASES?

4      A. I WOULD HAVE TO LOOK AT EACH DOCUMENT TO SEE

5   WHAT THE RATE IS, BUT IN GENERAL IT IS NORMALLY A

6   SIGNIFICANT PENALTY, A PENALTY THAT USUALLY EQUALS ABOUT

7   THE TOTAL PROFITS POSSIBLE.

8      Q. AND TO LOOK AT THOSE CASES, WHAT ARE THE CASES

9   YOU'D LOOK AT?

10      A. THE CASE THAT WE ARE TALKING ABOUT?  THE CASE

11   OF NECA --

12      Q. NO.  IN THESE OTHER INSTANCES, APART FROM THE

13   NECA MATTER, WHERE YOU'VE SEEN OTHER EXAMPLES OF A

14   PENALTY ROYALTY RATE ALONG THE ORDER OF FIVE TIMES THE

15   REASONABLE RATE, CAN YOU IDENTIFY FOR ME THOSE

16   PARTICULAR LICENSES, THE COMPANIES INVOLVED?

17      A. I DON'T KNOW THAT I CAN TELL YOU.  I THINK I

18   MIGHT HAVE SIGNED A CONFIDENTIALITY AGREEMENT ON THEM.

19      Q. DO YOU KNOW WHETHER YOU DID OR NOT, OR YOU

20   JUST THINK --

21      A. I'D HAVE TO LOOK AT THEM TO MAKE SURE THAT I

22   DIDN'T, BUT I WOULD ASSUME THAT THE LICENSE CONTRACT

23   THAT I SIGNED WOULD SAY THAT I'M NOT ALLOWED TO DISCUSS

24   THE PARTICULARS OF THAT PARTICULAR CONTRACT.  THAT WOULD

25   BE VERY STANDARD IN A LICENSING AGREEMENT.

84

EXHIBIT C  PAGE 75

1      Q. YOU UNDERSTAND THAT WE HAVE A PROTECTIVE ORDER

2  IN THIS CASE THAT ALLOWS US TO EXCHANGE HIGHLY

3  CONFIDENTIAL INFORMATION THAT IS -- CAN BE DESIGNATED AT

4  THE HIGHEST LEVEL OUTSIDE ATTORNEYS' EYES ONLY, MEANING

5  THAT ONLY MR. NEWMAN AND I, THE ATTORNEYS, CAN TALK

6  ABOUT IT AND SEE IT, AND NOBODY ELSE CAN TALK ABOUT IT

7  OR SEE IT, AND THIS PART OF THE TRANSCRIPT CAN THEN BE

8  SEPARATELY BOUND SO NOBODY ELSE CAN READ IT?

9      A. I FEEL LIKE I WOULD HAVE TO CALL THE LICENSEES

10 OR LICENSORS AND CHECK WITH THEM BEFORE I TALK TO YOU

11 ABOUT IT.

12     Q. OKAY.  IF YOU HAD TO, SO YOU WOULD KNOW AT

13 LEAST WHO TO CALL?

14     A. YES.

15     Q. BECAUSE YOU HAVE IT IN YOUR MIND THAT THERE IS

16 A SPECIFIC LICENSE OR LICENSES THAT HAVE THIS FIVE TIMES

17 PENALTY RATE, APART FROM THE NECA ONE -- YOU HAVE

18 SPECIFIC LICENSES IN MIND THAT YOU WOULD THEN HAVE TO

19 FOLLOW UP ON?

20     A. YES.

21     Q. AND ABOUT HOW MANY, NOW THAT WE'VE TALKED ABOUT

22 IT A FEW MORE MINUTES?

23     A. WE SAID AROUND FIVE.

24     Q. BETWEEN TWO AND FIVE, SOMEWHERE IN THERE?

25     A. SOMEWHERE AROUND FIVE.

85

1          Q. HAVE YOU EVER SHOWN ANY OF THOSE LICENSES TO

2     ANYBODY AT YOUR SCHOOL, YOUR STUDENTS?

3          A. NO.   I USE SAMPLES OFF THE INTERNET.

4          Q. AND DO YOU HAVE A SAMPLE OFF THE INTERNET OF A

5     PENALTY ROYALTY RATE THAT YOU USE IN CLASS?

6          A. YES.

7          Q. AND WHAT IS THAT ONE?

8          A. I DON'T KNOW OFF THE TOP OF MY HEAD.

9          Q. DOES IT USE SORT OF FAKE GENERIC NAMES, LIKE

10    ACME CORPORATION OR SOMETHING, OR IS IT A REAL CONTRACT?

11         A. IT LOOKED LIKE A REAL CONTRACT.

12         Q. DO YOU REMEMBER WHO THE PARTIES ARE?

13         A. NO.

14         Q. DO YOU REMEMBER WHAT THE GOODS ARE OR

15    SERVICES?

16         A. NO.

17         Q. DO YOU REMEMBER ANYTHING ABOUT THE SPECIFICS

18    OF THE LICENSE THAT IS USED AS A SAMPLE THAT YOU FOUND

19    ON THE INTERNET OF A PENALTY ROYALTY RATE?

20         A. I KNOW THAT THE BOOK "ROYALTY RATES 2011"

21    TALKS ABOUT PENALTY ROYALTY RATES IN THE SAME REALM.

22         Q. COULD YOU FIND THAT FOR ME, PLEASE.

23         A. YOU HAVE A FEW MINUTES, RIGHT?

24         Q. UH-HUH, YES.

25         THE VIDEOGRAPHER:   TEN MINUTES LEFT ON THE

86

EXHIBIT C PAGE 77

1    DISC.

2              THE WITNESS:  I HAVEN'T FOUND IT YET.

3    BY MR. RAYGOR:

4         Q. WHAT'S THAT?

5         A. I HAVE NOT FOUND IT YET, IN CASE YOU'RE RUNNING

6    OUT OF TIME ON YOUR TAPE.  JUST CURIOUS IF THIS IS THE

7    SAME ONE I LOOKED AT.

8              I DON'T SEE IN THE FRONT OF THE BOOK WHERE I

9    HAD SEEN IT, BUT I THOUGHT I HAD SEEN IT BEFORE.  I

10   DON'T SEE IT OFFHAND.  DO YOU WANT TO GIVE ME MORE TIME?

11        Q. I CAN GIVE IT TO YOU AGAIN LATER.  WE'LL BE

12   LOOKING AT IT AGAIN.

13             JUST FOR THE RECORD, THIS IS THE 2011 EDITION

14   OF "LICENSING ROYALTY RATES."  THE AUTHOR IS GREGORY J.

15   BATTERSBY AND CHARLES W. GRIMES.  I BELIEVE THIS IS THE

16   BOOK YOU MENTIONED EARLIER WHEN WE WERE TALKING ABOUT

17   BOOKS THAT YOU HAD RELIED ON IN CREATING YOUR REPORT,

18   CORRECT?

19        A. YEAH.  I'M NOT SURE THAT'S THE EXACT COPY OF

20   IT.

21        Q. IN THE RESPONSE TO THE SUBPOENA, YOU SAID THE

22   2011 EDITION.  THAT'S WHY I GOT THIS ONE.  DO YOU THINK

23   IT MIGHT BE A DIFFERENT EDITION?

24        A. I'M NOT SURE.  I LOOKED AT IT ON A SCREEN.

25        Q. SO THE VERSION YOU LOOKED AT WAS ONSCREEN?

87

EXHIBIT C PAGE 78

1    A. YES.

2    Q. YOU DON'T HAVE THE BOOK ITSELF?

3    A. NO.

4    Q. MAYBE I CAN GET A LAPTOP LATER, IF THAT WOULD

5    HELP, AND YOU CAN MAYBE LOOK ONLINE.

6        THE VIDEOGRAPHER:  COUNSEL, I'M ABOUT TO

7    EXHAUST THIS PARTICULAR DISC.

8        MR. RAYGOR:  YEAH, DO YOU WANT TO CHANGE IT?

9        THE VIDEOGRAPHER:  YES, SIR.

10       WE ARE GOING OFF THE VIDEOTAPE RECORD AT

11   11:15, AND OFF THE DISC NUMBER 1 OF VOLUME NUMBER I.

12       (RECESS TAKEN.)

13       THE VIDEOGRAPHER:  WE'RE BACK ON THE VIDEOTAPE

14   RECORD BEGINNING DISC NUMBER 2 OF VOLUME NUMBER I AT

15   11:21 A.M.

16   BY MR. RAYGOR:

17       Q. WE WERE TALKING ABOUT PENALTY ROYALTY RATES,

18   AND I'D ASKED YOU TO LOOK AT THAT LICENSING RATES BOOK.

19   IS THERE ANY OTHER SOURCE THAT YOU CAN THINK OF THAT YOU

20   HAVE LOOKED AT THAT DISCUSSES PENALTY ROYALTY RATES?

21       A. I'VE LOOKED AT LICENSES THAT I'VE BEEN

22   INVOLVED IN THAT HAVE PENALTY ROYALTY RATES.

23       Q. AND ARE THESE THE SAME ROUGHLY FIVE THAT YOU

24   TALKED ABOUT EARLIER THAT YOU MAY BE UNDER SOME SORT OF

25   CONFIDENTIALITY RESTRICTION IN DISCLOSING FURTHER?

88

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 79

1      A. YES.

2      Q. ANYTHING -- APART FROM THOSE FIVE AND THAT

3   BOOK, IS THERE ANYTHING ELSE THAT YOU CAN THINK OF THAT

4   YOU REFERRED TO IN THE PAST ON THE SUBJECT OF PENALTY

5   ROYALTY RATES?

6      A. NO.

7      Q. GOING BACK TO YOUR COURSE THAT YOU TEACH ON

8   THE APPAREL MANUFACTURING WHICH GOES IN DEPTH INTO

9   LICENSING, IS THERE ANYTHING ELSE, OTHER THAN THAT

10  OUTLINE THAT YOU'VE WRITTEN, THAT YOU GIVE TO STUDENTS

11  THAT DESCRIBES THE PROCESS OF LICENSING OR THE CONCEPT

12  OF LICENSING?

13     A. I MAY HAVE IN THE PAST, BUT I'M NOT SURE WHAT

14  YOU'RE REFERRING TO.

15     Q. CAN YOU THINK OF ANY OTHER HANDOUTS OR

16  OUTLINES, NOTES, REFERENCES, BIBLIOGRAPHIES, ANYTHING

17  LIKE THAT THAT YOU'VE GIVEN TO STUDENTS ON THE SUBJECT

18  OF LICENSING, OTHER THAN YOUR LECTURE OUTLINE ON

19  LICENSING?

20     A. I MAY HAVE IN THE PAST SIX YEARS, BUT --

21     Q. CAN'T THINK OF ANY?

22     A. -- I CAN'T THINK OF ANY AT THIS MOMENT.

23     Q. IF YOU HAD ANY SUCH MATERIALS, WOULD YOU HAVE

24  IT IN YOUR OFFICE?

25     A. NO.  I MEAN, I WOULD THINK I WOULD HAVE TAKEN

89

EXHIBIT _C_ PAGE _80_

```
 1    I'VE HAD SOMEONE TALK ABOUT THAT.

 2              MR. RAYGOR:  SO LET'S SEE.  I'LL ASK THE COURT

 3    REPORTER TO MARK FOR IDENTIFICATION AS VALERIO EXHIBIT 1

 4    A DOCUMENT -- IT'S PART OF A DOCUMENT.  THIS ONE IS CALLED

 5    "FASHION DESIGN," AND I'LL TELL YOU, I GOT THIS FROM A

 6    HANDBOOK FOR OTIS SCHOOL.

 7              (EXHIBIT 1 WAS MARKED FOR

 8              IDENTIFICATION.)

 9    BY MR. RAYGOR:

10        Q. THIS IS A PORTION OF THE OTIS HANDBOOK OR

11    COURSE BOOK, WHATEVER, FOR ITS UNDERGRADUATE PROGRAM

12    UNDER THE SUBJECT OF FASHION DESIGN.

13              HAVE YOU SEEN THIS BEFORE?

14        A. NO.

15        Q. IF YOU LOOK AT THE FIRST PAGE, IT SAYS

16    "SOPHOMORE YEAR," IT LOOKS LIKE, 2011.

17        A. WHAT YEAR IS THIS ONE FROM?

18        Q. IT WAS THE MOST CURRENT YEAR.  THE PRESENT

19    YEAR.  IF YOU LOOK AT THE SECOND PAGE HERE, DO YOU

20    SEE -- THERE'S FOUR COLUMNS, AND ON THE FAR RIGHT THE

21    FOURTH ITEM DOWN IS "MARKETING."

22              IS THAT ONE OF THE CLASSES THAT YOU TEACH?

23        A. YES.

24        Q. IS THE OTHER ONE, "APPAREL MANUFACTURING," HERE

25    TOO?
```

91

EXHIBIT C PAGE 81

1      A. YES.

2      Q. WHERE IS THAT?

3      A. THIRD COLUMN, SECOND ITEM.

4      Q. OH, I SEE THERE.   THANKS.   IF YOU GO TO THE

5   NEXT PAGE, THE RIGHT TWO COLUMNS HAS "DEPARTMENT

6   FACULTY."

7         YOU SEE THAT?

8      A. YES.

9      Q. AND THEN GO TO THE NEXT PAGE, AND AT THE

10   BOTTOM, IN THE FOURTH COLUMN, IS "ROBERT VALERIO."

11         DO YOU SEE THAT?

12      A. YES.

13      Q. AND IS THAT INFORMATION ABOUT YOU CORRECT?

14      A. NO.

15      Q. WHAT'S INCORRECT ABOUT IT?

16      A. I DON'T HAVE A B.A. IN ECONOMICS, AND I WASN'T

17   THE PRESIDENT OF KUBIC MARKETING.   I DON'T KNOW WHERE

18   THEY GOT THIS.

19      Q. SO IT'S SOMETHING THAT SHOULD BE CORRECTED,

20   YOU THINK?

21      A. YEAH.

22         MR. RAYGOR:   I'LL ASK THE COURT REPORTER TO

23   MARK FOR IDENTIFICATION VALERIO EXHIBIT 2 A DOCUMENT

24   ENTITLED "EXPERT WITNESS DIRECTORY, MR. ROBERT VALERIO."

25   ///

                                                        92

EXHIBIT C PAGE 82

```
1              (EXHIBIT 2 WAS MARKED FOR IDENTIFICATION.)

2    BY MR. RAYGOR:

3         Q. HAVE YOU SEEN THIS DOCUMENT BEFORE?

4         A. NO.  WHAT IS IT?

5         Q. IT LOOKS LIKE AN EXPERT WITNESS BIO.

6         A. KIND OF LOOKS LIKE AN OLD RESUME.

7         Q. YOU SEE WHERE UNDER THE FIRST PAGE,

8    "MR. ROBERT VALERIO, SUBMITTED BY VALERIO ON MONDAY,"

9    AND THEN THERE'S A 2012 DATE?

10        A. I DIDN'T SUBMIT THIS.  WHAT IS THIS?

11        Q. DOES IT LOOK LIKE --

12        A. WHAT IS EXPERT WITNESS DIRECTORY?

13        Q. IT'S AN ONLINE DIRECTORY OF EXPERT WITNESSES.

14   HAVE YOU EVER SEEN THIS BEFORE?

15        A. NO.

16        Q. WHAT IS THE --

17        A. EXPERTWITNESS.COM?  WHAT IS IT?

18        Q. THAT'S WHERE I FOUND IT.

19        A. DO I PAY FOR THIS?

20        Q. I DON'T KNOW.  I WAS GOING TO ASK YOU.

21        A. I DON'T KNOW WHAT -- I DON'T -- I DON'T -- I'M

22   NOT SURE WHAT THIS IS.

23        Q. PUT ASIDE WHERE IT'S POSTED, DOES THE RESUME

24   LOOK LIKE YOUR RESUME?

25        A. IT'S AN OLD ONE, I CAN SAY THAT.
```

93

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 83

1        Q. HOW CAN YOU TELL THAT?

2        A. WELL, BECAUSE IT ONLY HAS THIS, YOU KNOW, CPO

3   AND DESTRUCTO, SO IT'S -- MAYBE THIS IS LIKE --

4   SOMEBODY -- MAYBE A RESUME FROM -- I DON'T KNOW.

5        Q. IF YOU LOOK AT THE SECOND PAGE, IT SAYS "OTHER

6   EXPERIENCE."  YOU SEE THAT?

7        A. YEAH.

8        Q. "INTERNATIONAL ASSOCIATION OF SKATEBOARD

9   COMPANIES."  ARE YOU CHAIRMAN OF THE BOARD OF DIRECTORS?

10       A. I WAS AT ONE TIME.

11       Q. ARE YOU TODAY?

12       A. NO.

13       Q. DO YOU HAVE ANY ROLE WITH THE IASC?

14       A. TODAY?

15       Q. YES.

16       A. NO.

17       Q. ARE YOU ON THE BOARD OF DIRECTORS OF CHOP CHOP

18   WOODSHOP?

19       A. I WAS.

20       Q. TODAY?

21       A. NO.

22       Q. WHEN WERE YOU LAST ON THE BOARD OF DIRECTORS

23   THERE?

24       A. WHENEVER I WORKED AT DWINDLE, SO UNTIL 2003.

25       Q. WHEN WERE YOU LAST ON THE BOARD OF DIRECTORS

94

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT  C  PAGE  84

1    FOR THE INTERNATIONAL ASSOCIATION OF SKATEBOARD

2    COMPANIES?

3          A. 2004, MAYBE.

4          Q. AND THEN BELOW CHOP CHOP WOODSHOP, IT SAYS

5    "OTIS SCHOOL OF FASHION, SENIOR FACULTY."  YOU'RE NOT

6    ACTUALLY SENIOR FACULTY, ARE YOU?

7          A. I THINK THEY GAVE ME A NEW TITLE CALLED "SENIOR

8    LECTURER."

9          Q. WAS AN OLDER TITLE "SENIOR FACULTY"?

10         A. YEAH.

11         Q. WHEN DID THAT CHANGE?

12         A. I'M NOT SURE.

13         Q. COUPLE OF YEARS AGO OR MORE RECENT THAN THAT,

14   DO YOU KNOW?

15         A. I KNOW THAT I JUST GOT A CONTRACT THAT SAID

16   "SENIOR LECTURER," AND THEY EXPLAINED TO ME THAT BECAUSE

17   I'M NOT ON A TENURE TRACK, THEY'VE CHANGED THE NAME TO

18   THAT.

19         Q. ARE YOU ON THE BOARD OF DIRECTORS OF THE

20   LOS FELIZ VILLAGE BUSINESS IMPROVEMENT DISTRICT?

21         A. I WAS ON THE BOARD OF DIRECTORS FOR TWO YEARS.

22         Q. AND WHEN WERE YOU LAST ON THAT?

23         A. 2011.

24         Q. DOWN BELOW, IN "EDUCATION," IT SAYS "U.C.

25   SAN DIEGO, REVELLE COLLEGE."

95

1    A. YES.

2    Q. WHAT'S REVELLE COLLEGE?

3    A. U.S. SAN DIEGO HAS FIVE SEPARATE COLLEGES

4  UNDER THE NAME U.C. SAN DIEGO.  I WENT TO REVELLE.

5    Q. AND I GUESS IT'S LOCATED IN LA JOLLA?

6    A. YES.

7    Q. AND IS THAT CORRECT, A B.A. MAJOR IN

8  ECONOMICS?

9    A. I MAJORED IN ECONOMICS.

10    Q. BUT NO DEGREE, RIGHT?

11    A. CORRECT.  OH, LOOK AT THIS.  THIS IS OLD.

12    Q. LOOK AT THE LAST PAGE.  IS THAT YOUR E-MAIL

13  ADDRESS, ROBV@CPLANORG.COM?

14    A. YEAH.

15    Q. AT -- 4675 HOLLYWOOD BOULEVARD YOUR ADDRESS?

16    A. NO.

17    Q. WAS IT AT ONE TIME?

18    A. YES.

19    Q. HOW LONG AGO?

20    A. LAST WAS 2011.

21    Q. AND NOW YOU'RE ON THE VINE STREET ADDRESS?

22    A. YES.

23    Q. AFTER SEEING THIS, ANY RECOLLECTION OF HAVING

24  SUBMITTED THIS TO EXPERTWITNESS.COM?

25    A. NO.  I'M CURIOUS WHAT THIS COMPANY IS OR WHERE

96

EXHIBIT C PAGE 84

```
 1    IT IS.

 2          Q. IN THE 2012/2013 OTIS DESIGN FACULTY HANDBOOK,

 3    PAGES 30 TO 31, THEY HAVE A LIST OF THE ACADEMIC

 4    PERSONNEL, STARTING WITH, AT THE TOP, DEPARTMENT CHAIRS.

 5    THEN ASSISTANT CHAIRS.  FULL-TIME FACULTY.  THEN ADJUNCT

 6    FACULTY.  THEN AFTER THAT PART-TIME FACULTY.  AND UNDER

 7    "PART-TIME FACULTY" IT SAYS, "PART-TIME FACULTY NORMALLY

 8    TEACH A MAXIMUM OF 12 STUDIO CONTACT HOURS A WEEK OR

 9    NINE LECTURE CONTACT HOURS A WEEK.  PART-TIME FACULTY

10    SHALL BE APPOINTED WITH THE RANK OF LECTURER OR SENIOR

11    LECTURER AND SHALL RECEIVE CONTRACTS ON A SEMESTER

12    BASIS."

13          DOES THAT SOUND WHERE YOUR ROLE WITH OTIS FITS

14    IN THERE?

15          A. AT THIS MOMENT, YES.

16          Q. SO YOU'RE NOT A DEPARTMENT CHAIR, CORRECT?

17          A. I DON'T KNOW WHAT YOUR QUESTION WAS.

18          Q. YOU'RE NOT A DEPARTMENT CHAIR, CORRECT?

19          A. I AM NOT THE DEPARTMENT CHAIR.

20          Q. AND YOU'RE NOT AN ASSISTANT CHAIR, CORRECT?

21          A. I AM NOT THE ASSISTANT CHAIR.

22          Q. AND YOU'RE NOT A FULL-TIME FACULTY MEMBER?

23          A. I AM NOT A FULL-TIME FACULTY MEMBER.

24          Q. AND YOU'RE NOT AN ADJUNCT FACULTY MEMBER?

25          A. NO.
```

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 89

1      Q. THAT'S CORRECT?

2      A. I AM A SENIOR LECTURER.

3      Q. AND YOU'RE NOT AN ADJUNCT FACULTY MEMBER,

4   CORRECT?

5      A. I DON'T KNOW WHAT THAT TITLE IS.  MY CURRENT

6   TITLE FOR THE CURRENT CLASS I'M TEACHING IS "SENIOR

7   LECTURER."

8      Q. IT SAYS FOR ADJUNCT FACULTY "THEY TEACH A

9   MINIMUM OF HALF TIME TO A MAXIMUM OF TWO-THIRDS OF A

10   FULL-TIME TEACHING LOAD AND HAVE ADDITIONAL DUTIES

11   WITHIN THE DEPARTMENT."

12         DOES IT SOUND LIKE WHAT YOU DO FITS WITHIN

13   THAT DEFINITION?

14      A. I TEACH ONE CLASS THIS SEMESTER.

15      Q. SO THAT WOULD NOT FIT WITHIN THAT DEFINITION,

16   CORRECT?

17      A. YES.

18         MR. RAYGOR:  I'LL ASK THE COURT REPORTER TO

19   MARK FOR IDENTIFICATION AS VALERIO EXHIBIT 3 A SCREEN

20   PRINT FROM THE OTIS WEBSITE UNDER THE PAGE FOR FACULTY,

21   WHERE I HAVE HIGHLIGHTED THE BOARD OF DIRECTORS FOR

22   ROBERT VALERIO.

23         (EXHIBIT 3 WAS MARKED FOR

24         IDENTIFICATION.)

25         MR. NEWMAN:  THE LAST THING YOU ARE NOT

98

EXHIBIT C PAGE 88

1    ADMITTING FOR THE RECORD?

2           MR. RAYGOR:  GO AHEAD.  WE'LL FINISH THIS, AND

3    THEN IF YOU WANT TO TALK, WE CAN GO AHEAD, AND I'LL PUT

4    IN THOSE FEW PAGES.

5    BY MR. RAYGOR:

6           Q. HAVE YOU SEEN THIS PAGE BEFORE IN THE

7    ONLINE --

8           A. NO.

9           Q. -- PAGE FOR OTIS?

10          A. NO.

11          Q. DOES EVERYTHING IN THAT BOX THAT'S CALLED OUT

12   FOR ROBERT VALERIO LOOK CORRECT?

13          A. NO.

14          Q. WHAT LOOKS WRONG?

15          A. I DON'T HAVE A B.A. IN ECONOMICS.  I MAJORED

16   IN ECONOMICS AT U.C. SAN DIEGO.  I'M NOT THE PRESIDENT

17   OF KUBIC MARKETING.  IN FACT, I DON'T EVEN THINK KUBIC

18   MARKETING EXISTS.  I'M NOT THE CHAIRMAN OF THE BOARD.

19          IT LOOKS LIKE THIS -- SOMEBODY PUT THIS

20   TOGETHER SOME LONG TIME AGO, MAYBE.  I DON'T KNOW WHO DID

21   THIS.

22          Q. SO IT'S SOMETHING THAT SHOULD BE CORRECTED?

23          A. YEAH.

24          MR. RAYGOR:  I'LL MARK FOR IDENTIFICATION AS

25   VALERIO EXHIBIT 4 THE COVER PAGE AND THEN PAGES 30 AND

                                                          99

EXHIBIT C PAGE 89

1    POSTS FOR URL'S THAT MAY HAVE BEEN PUBLISHED ON THIS

2    URL.

3         Q. NEXT IS "BUSINESS" HYPHEN "CONSULTING."  "WHAT

4    STAGE IS YOUR BUSINESS?"  THEN WE'VE GOT "BUDGET

5    TEMPLATES," THEN "RESOURCES," AND FINALLY AT THE END,

6    "WHAT CLIENTS SAY."

7              DID YOU SOLICIT ANY OF THESE PEOPLE THAT HAVE

8    POSTINGS HERE, RAYMOND CHEN, JASON ZINN?

9         A. I'VE WORKED FOR ALL OF THEM.

10        Q. DID YOU SOLICIT THEIR COMMENTARY TO PUT ON

11   YOUR WEBSITE?

12        A. THEY PROBABLY E-MAILED THIS TO ME.

13        Q. DID YOU SOLICIT THEM TO DO SO, TO E-MAIL THESE

14   PARTICULAR COMMENTS TO YOU?

15        A. I USUALLY FOLLOW UP WITH EVERY CLIENT AFTER I

16   WORK WITH THEM, DO THEY HAVE SOMETHING TO SAY ABOUT MY

17   WORK.

18        Q. HOW MUCH OF CPO -- DO YOU MIND IF I CALL IT

19   "CPO" JUST FOR SHORTHAND SAKE?

20        A. I DON'T MIND.

21        Q. HOW MUCH OF CPO'S BUSINESS IS RELATED TO

22   LICENSING?

23        A. AT THIS MOMENT?

24        Q. YES.

25        A. A PORTION OF IT.

                                                          111

EXHIBIT C PAGE 90

1      Q. CAN YOU ESTIMATE FOR ME A PERCENTAGE?

2      A. 10 PERCENT.

3      Q. HAS THAT BEEN HIGHER IN THE PAST?

4      A. I PERSONALLY HAVE DONE A LOT MORE LICENSING IN

5  THE PAST THAN I'M DOING THIS YEAR.

6      Q. AND PERSONALLY, IN CONNECTION WITH CPO --

7      A. WITH --

8      Q. -- OR WITH OTHER BUSINESSES?

9      A. CPO, WITH OTHER BRANDS, AND AS AN EMPLOYEE OR

10 OWNER OF VARIOUS BRANDS.

11     Q. OF GIANT AND DWINDLE AND SOME OF THESE OTHER

12 COMPANIES?

13     A. SURE.  CPO AND -- BOTH AT CPO AND AT DESTRUCTO

14 AND AT GIANT AND AT DWINDLE AND AT TUMYETO.

15     Q. JUST AT CPO, THOUGH, HAS IT HAD MORE

16 INVOLVEMENT IN LICENSING ASPECTS OF BUSINESS IN THE

17 PAST -- WHEN DID IT START?  2005?  I FORGET.

18     A. 2003.

19     Q. -- SO IN THE PAST 11 YEARS THAN IT IS TODAY?

20     A. I'VE DONE MORE IN DOLLARS IN OTHER YEARS.

21     Q. IS THAT PARTLY BECAUSE YOU HAD MORE

22 INVOLVEMENT IN RETAIL OPERATIONS AT ONE TIME THAN YOU DO

23 TODAY?

24     A. I'VE HAD A VARIETY OF BUSINESSES.  MY

25 EXPERTISE AND KNOWLEDGE HAS -- IN LICENSING HAS BEEN

112

```
 1    GOING ON FOR MORE THAN TEN YEARS AT A VARIETY OF

 2    COMPANIES, INCLUDING CPO.

 3         Q. CAN YOU SHOW ME ANYWHERE IN HERE -- I COULDN'T

 4    FIND IT, BUT MAYBE YOU CAN BECAUSE IT'S YOUR WEBSITE --

 5    WHERE IT MENTIONS ANYTHING ABOUT LICENSING IN THIS

 6    EXHIBIT?

 7         A. I DON'T THINK THAT I MENTION ANYTHING ABOUT

 8    LICENSING IN THIS EXHIBIT.

 9         MR. RAYGOR:  OKAY.  DONE WITH THAT ONE.

10         ASK THE COURT REPORTER TO MARK FOR

11    IDENTIFICATION AS EXHIBIT 7 THE CENTRAL PLANNING

12    ORGANIZATION, LLC FACEBOOK PAGE.

13         (EXHIBIT 7 WAS MARKED FOR

14          IDENTIFICATION.)

15         MR. NEWMAN:  THAT'S YOU?

16         THE WITNESS:  I'VE LOST SOME WEIGHT SINCE

17    THEN.

18    BY MR. RAYGOR:

19         Q. AND WHAT IS THAT?  IS THAT A BOLO TIE?

20         A. NO.  IT'S ACTUALLY JUST A REGULAR TIE.

21         Q. I COULDN'T QUITE TELL.

22         A. IT'S PROBABLY A BAD SHOT.

23         Q. SO ANYWAY, HAVE YOU SEEN THIS BEFORE?

24         A. THIS PIECE OF PAPER?

25         Q. I DON'T MEAN THIS PARTICULAR THING.  YOU
```

                                                         113

1      Q. IF I WANTED YOU TO GO BACK AND CHECK, DO YOU

2   KEEP AN ARCHIVE OF EVERYTHING YOU'VE WRITTEN THAT'S BEEN

3   POSTED ON CENTRALPLANNINGORG.COM?

4      A. NO.  I MEAN, THE SITE HAS FAILED A COUPLE

5   TIMES, SO WHATEVER -- SOME OLD STUFF IS PROBABLY LOST.

6           MR. RAYGOR:  NEXT I'LL MARK FOR IDENTIFICATION

7   AS EXHIBIT 9 AN ARTICLE ENTITLED "IS BRAND LICENSING

8   RIGHT FOR MY COMPANY" I PULLED FROM

9   CENTRALPLANNINGORG.COM.

10           (EXHIBIT 9 WAS MARKED FOR

11           IDENTIFICATION.)

12   BY MR. RAYGOR:

13      Q. HAVE YOU SEEN THIS ARTICLE BEFORE?

14      A. YES.

15      Q. DID YOU WRITE IT?

16      A. YES.

17      Q. AND DO YOU RECALL NOW THAT IT WAS POSTED, AT

18   LEAST AT SOME TIME, ON CENTRALPLANNINGORG.COM?

19      A. IT'S SPECIFICALLY TALKING ABOUT AN ARTICLE

20   ABOUT PIERRE CARDIN.  I READ AN ARTICLE ABOUT PIERRE

21   CARDIN, AND THEN I TALKED ABOUT THE ARTICLE.

22      Q. AND THAT -- YOUR TALKING ABOUT THE ARTICLE,

23   THIS TALKING ABOUT IT WAS THEN POSTED ON

24   CENTRALPLANNINGORG.COM?

25      A. WHAT YOU SEE IN FRONT OF YOU LOOKS LIKE IT WAS

117

EXHIBIT C PAGE 93

1    POSTED ON CENTRALPLANNINGORG.COM.  SO, FOR EXAMPLE,

2    IN THIS ARTICLE, PIERRE CARDIN, WHICH PROBABLY WAS A

3    "WALL STREET JOURNAL" ARTICLE, SAYS THEY PAY 3 TO 10

4    PERCENT OF REVENUES.  I'D HAVE TO LOOK AT THE ARTICLE,

5    BUT THAT'S PROBABLY WHERE THESE NUMBERS ARE FROM, BECAUSE

6    PIERRE CARDIN DOESN'T DO -- YOU KNOW, THERE'S A WHOLE

7    BUNCH OF FACTORS INVOLVED THAT PIERRE CARDIN GETS A VERY

8    LOW ROYALTY RATE.

9        Q. SO FOCUSING ON THE FIRST PART OF THIS ARTICLE,

10   ON THE SECOND SENTENCE, "MANY COMPANIES ARE QUESTIONING

11   WHETHER THERE IS RICHES TO BE HAD LICENSING OUT THEIR

12   BRANDS."

13        IS THAT A REFERENCE BACK TO THE PIERRE CARDIN

14   ARTICLE THAT YOU WERE REFERRING TO, OR IS THAT --

15        A. IT LOOKS LIKE SEO.  I MIGHT HAVE WRITTEN AN

16   ARTICLE TO TRY TO HAVE THE WORDS COME UP IN GOOGLE

17   SEARCH.

18        Q. WHICH WORDS?

19        A. "MANY COMPANIES," "RICHES," "LICENSING,"

20   "BRANDS."

21        Q. AND THEN --

22        A. IN THAT SENTENCE IN PARTICULAR, THAT LOOKS LIKE

23   SOMETHING THAT, LIKE, A GOOGLE WOULD GENERATE.

24        Q. SO THAT SENTENCE YOU THINK WASN'T EVEN WRITTEN

25   BY YOU?

118

EXHIBIT C PAGE 94

1        A. NO, I THINK I WROTE THE SENTENCE.   I THINK I

2    PROBABLY WROTE AN ARTICLE AND THEN RAN A -- TRIED TO

3    FIGURE OUT WHAT WORDS WERE MOST IMPORTANT WHEN PEOPLE

4    ARE SEARCHING FOR, YOU KNOW, THE TITLE -- SOMEBODY IS

5    LOOKING FOR SOME HELP IN LICENSING.

6        Q. THE NEXT -- THE SECOND PARAGRAPH STARTS,

7    "LICENSING IS THE (SIC) WHEN YOU ALLOW OTHER COMPANIES

8    TO MAKE PRODUCTS WITH YOUR BRAND NAME ON THEM IN

9    EXCHANGE FOR A ROYALTY PAYMENT.   MANY TIMES THIS ROYALTY

10   PAYMENT CAN RANGE FROM 3 TO 10 PERCENT OF REVENUES."

11       SO THAT'S -- YOU'D ALREADY FOCUSED ON THAT

12   SENTENCE, THE "MANY TIMES THIS ROYALTY PAYMENT CAN RANGE

13   FROM 3 TO 10 PERCENT OF REVENUES."  IS THAT YOUR

14   STATEMENT, YOUR THOUGHT, OR ARE YOU PARROTING SOMETHING

15   THAT YOU GOT FROM SOMEWHERE ELSE?

16       A. THIS PARTICULAR BLOG POST IS RELATED TO

17   SOMETHING THAT I READ, AND THEN IT LOOKS LIKE THIS

18   PARTICULAR POST GOT PUT THROUGH WHAT'S CALLED A WORD

19   SPINNER, TO TRY TO FIGURE OUT WHAT IS THE MOST IMPORTANT

20   WORDS FOR GOOGLE TO SEARCH AT THIS TIME.   SO I'M SURE

21   THAT I WROTE MOST OF THAT SENTENCE.

22       Q. SO IS THAT THOUGHT, THE "MANY TIMES THIS

23   ROYALTY PAYMENT CAN RANGE FROM 3 TO 10 PERCENT OF

24   REVENUES" --

25       A. I THINK IT'S REFERRING TO PIERRE CARDIN

                                                    119

1    MENTIONING THAT'S WHAT THEY'RE GETTING, BUT WHO KNOWS

2    WHAT THAT PRODUCT IS.  IT CHANGES -- ROYALTY RATES ARE

3    TOTALLY DIFFERENT DEPENDING ON WHAT THE PRODUCT IS, AND,

4    YOU KNOW, WHAT MARKET IT SELLS IN AND A WHOLE BUNCH OF

5    OTHER FACTORS.  THIS SENTENCE IS JUST A BROAD SENTENCE

6    THAT IS PROBABLY FROM THE RELATION OF THE ARTICLE ABOUT

7    PIERRE CARDIN THAT THEY WERE ABLE TO DO A BILLION EUROS.

8         Q. BUT IS THIS A CORRECT STATEMENT, THAT "MANY

9    TIMES A ROYALTY ON A LICENSE TO MAKE PRODUCTS WITH YOUR

10   BRAND NAME ON THEM CAN RANGE FROM 3 TO 10 PERCENT"?

11        A. IT CAN ALSO RANGE TO 50 PERCENT.

12        Q. RIGHT, BUT JUST THIS PART, THE WAY IT'S STATED,

13   AT LEAST IT'S NOT INCORRECT, RIGHT?  IT'S CORRECT

14   THAT --

15        A. IT COULD BE BETWEEN ZERO AND A HUNDRED

16   PERCENT.  SO 3 TO 10 PERCENT IS BETWEEN ZERO AND A

17   HUNDRED PERCENT.

18        Q. SO AT LEAST AS FAR AS WITH THAT UNDERSTANDING,

19   THAT'S CORRECT, WITH THAT LIMITATION, IT CAN BE --

20        A. IT'S A VERY BROADLY STATED SENTENCE.  IT

21   REALLY DOESN'T MEAN ANYTHING.

22        Q. HAVE YOU EVER SEEN A LICENSE WITH A 100

23   PERCENT ROYALTY REVENUE ON IT?

24        A. IN A WAY, YES.

25        Q. HOW SO?

                                                    120

EXHIBIT C PAGE 94

1    A. NONPROFIT, WHERE THEY HAVE -- THEY CAN'T SELL

2  PRODUCTS, SO THEY LICENSE OUT THEIR NAME, AND THEN THE

3  COMPANY THAT ACTUALLY SELLS THE PRODUCT THEN GIVES THEM

4  ALL OF IT.  SO THAT'S -- I HAVE TWO CLIENTS LIKE THAT.

5    Q. HAVE YOU EVER SEEN THAT OUTSIDE THE NONPROFIT

6  AREA; IN THE FOR-PROFIT AREA?

7    A. WHAT'S THE BEGINNING OF YOUR QUESTION?

8    Q. A HUNDRED PERCENT ROYALTY.

9    A. NO, I HAVE NOT SEEN A HUNDRED PERCENT ROYALTY

10  OUTSIDE OF NONPROFIT.

11    Q. IN THE FOR-PROFIT AREA, WHAT'S THE HIGHEST

12  ROYALTY YOU'VE EVER SEEN ON A PRODUCT OR SERVICE

13  LICENSE?

14    A. 50 PERCENT, PROBABLY.

15    Q. IS THAT 50 PERCENT ON NET REVENUES OR GROSS?

16    A. LET'S JUST SAY 40 PERCENT ON NET SALES, WITH

17  NET SALES BEING GROSS SALES MINUS RETURNS.

18    Q. WHAT LICENSE WAS THAT THAT YOU HAVE IN MIND?

19    A. I'M NOT SURE I CAN SAY, BECAUSE I'M NOT SURE

20  THAT I CAN -- I WOULD HAVE TO LOOK AT THE LICENSE

21  AGREEMENT TO SEE WHETHER IT SAYS I CAN SAY THAT.

22    Q. BECAUSE OF THE CONFIDENTIALITY CONCERN YOU

23  HAVE, RIGHT?

24    A. YEAH, I DON'T KNOW WHETHER I'M ALLOWED TO TELL

25  YOU THE PEOPLE INVOLVED IN THAT ONE.

121

EXHIBIT C PAGE 91

1    Q. WITHOUT SAYING THE PEOPLE, CAN YOU TELL ME

2  WHAT PRODUCTS OR SERVICES IT INVOLVED?

3    A. IT INVOLVED WRISTBANDS.

4    Q. OKAY.  IS IT SOMETHING THAT YOUR COMPANY WAS

5  INVOLVED IN?

6    A. CENTRAL PLANNING ORGANIZATION WAS INVOLVED IN

7  IT.

8    Q. THE SECOND-TO-LAST PARAGRAPH HAS "THE RISKS OF

9  LICENSING YOUR BRAND ARE THAT IT MAY DEGREGATE YOUR

10  BRAND EQUITY DUE TO THE CHANNEL OF DISTRIBUTION OR PRODUCT

11  CATEGORY."

12    WHAT DOES "DEGREGATE" MEAN?

13    A. IT MEANS LOWER YOUR BRAND EQUITY.  IN THIS

14  CASE, IT WAS ABOUT THE ARTICLE ABOUT PIERRE CARDIN.

15    Q. "DEGREGATE" IS NOT A WORD.  DO YOU MEAN

16  "DENIGRATE"?

17    A. SURE, THAT WOULD BE GREAT.  MAYBE IT'S

18  MISSPELLED IN THIS PARTICULAR THING.

19    MR. RAYGOR:  NEXT I'LL ASK THE COURT REPORTER

20  TO MARK AS EXHIBIT 10 FOR IDENTIFICATION AN ARTICLE

21  CALLED "BUSINESS ETHICS OF COPYING COMPETITORS" FROM THE

22  CENTRALPLANNINGORG.COM WEBSITE.

23    (EXHIBIT 10 WAS MARKED FOR

24    IDENTIFICATION.)

25  ///

122

EXHIBIT C PAGE 98

1    BY OVERNIGHT DELIVERY?

2        A. NO.

3        Q. DID YOU EVER RECEIVE ANY FAXES FROM MR. NEWMAN

4    OR MR. WARD?

5        A. NO.

6        Q. DID YOU EVER SEND ANY FAXES TO THEM?

7        A. NO.

8        Q. I KNOW, WHO USES THEM ANYMORE.

9        A. I DON'T HAVE A FAX MACHINE.

10       Q. I DON'T EITHER.  DID YOU GET A COPY OF THE

11   MOVIE, "A CHRISTMAS STORY" MOVIE?

12       A. I'VE SEEN THE MOVIE.

13       Q. DID YOU GET A COPY FROM MR. NEWMAN OR

14   MR. WARD?

15       A. NO.

16       Q. AT SOME POINT DID YOU REVIEW THE MOVIE IN

17   CONNECTION WITH YOUR WORK ON THIS CASE?

18       A. YES.

19       Q. AND WHERE DID YOU GET THE MOVIE?

20       A. NETFLIX.

21       Q. DID YOU GET A COPY OF THE BOARD GAME AT ISSUE

22   HERE?

23       A. I SAW PICTURES OF THE BOARD GAME.

24       Q. AND ARE THEY IN THE EXHIBIT A?

25       A. YEAH, THERE WERE -- WARNER BROS. HAD PICTURES.

169

EXHIBIT C PAGE 99

1        Q. DID YOU SEE A COPY OF THE ACTUAL BOARD GAME

2    ITSELF, THE PHYSICAL --

3        A. PHYSICALLY?

4        Q. YES.

5        A. NO.

6        Q. HOW ABOUT THE ACTION FIGURE?  HAVE YOU SEEN A

7    PHYSICAL COPY OF THE ACTION FIGURE -- PHYSICAL VERSION

8    OF THE ACTION FIGURE?

9        A. NO.  I'VE SEEN PICTURES OF THE ACTION FIGURE.

10       Q. AND ARE THOSE PICTURES IN EXHIBIT A?

11       A. I THINK THEY WERE.

12       Q. AND WHAT ABOUT THE BOXED SET?  DID YOU RECEIVE

13   A PHYSICAL COPY OF THE BOXED SET?

14       A. NO.

15       Q. HAVE YOU SEEN PICTURES OF IT?

16       A. YES.

17       Q. AND ARE THOSE IN EXHIBIT A?

18       A. I BELIEVE SO.  I HAD ALSO SEPARATELY LOOKED AT

19   THEM ON AMAZON.COM.

20       Q. ITEM 2 -- EXHIBIT C TO YOUR REPORT -- HERE,

21   LET ME GIVE YOU A COPY.  LET ME ASK THIS TO BE

22   IDENTIFIED AS EXHIBIT 15.

23           (EXHIBIT 15 WAS MARKED FOR

24           IDENTIFICATION.)

25       MR. RAYGOR:  EXHIBIT 15 IS ROBERT -- IS THE

170

C ...... 100

1    OTHER THAN TO CONFIRM THAT 8 TO 12 PERCENT ROYALTY

2    FOR BOARD GAMES?

3         A. THAT'S IT.

4         Q. AND HOW DID YOU FIND THE BOOK ONLINE?

5         A. I HAD SEEN IT BEFORE, SO I KNEW THE APPROXIMATE

6    TITLE.  I MEAN, I ALSO THOUGHT I FOUND IN THAT BOOK THE

7    PENALTY ROYALTY RATE THING.  I'LL HAVE TO RELOOK THAT UP,

8    BECAUSE THAT'S WHAT WE HAD TALKED ABOUT EARLIER IN THIS

9    DEPOSITION.

10        Q. I DID WHILE WE WERE ON LUNCH.  IT'S NOT IN

11   THERE.

12             DEMAND NUMBER 5, A COPY OF EACH BOOK, ARTICLE,

13   EDITORIAL, INTERNET BLOG POSTING, INTERNET POSTING, OR

14   OTHER PUBLICATION WRITTEN OR CO-WRITTEN BY YOU

15   CONCERNING THE SUBJECT OF PRODUCT LICENSING, RIGHT OF

16   PUBLICITY, CELEBRITY RIGHTS, OR THE VALUATION OF

17   CELEBRITY RIGHTS, AND YOU STATE THAT YOU DON'T HAVE ANY

18   SUCH DOCUMENTS.

19             WE LOOKED AT EARLIER ONE ARTICLE THAT YOU'D

20   WRITTEN ABOUT BRAND LICENSING.  THAT'S THE PIERRE CARDIN

21   ARTICLE.  YOU DIDN'T PRODUCE THAT.  DID YOU JUST FORGET

22   YOU HAD IT?

23        A. AS WE DISCUSSED EARLIER, YOU WERE UNWILLING TO

24   PAY ME TO SPEND THE AMOUNT OF TIME TO EXHAUSTIVELY FIND

25   THESE THINGS, SO WE WORKED ON THE DOCUMENTS THAT WERE

181

EXHIBIT C PAGE 101

1    RELATED TO THIS REPORT, THIS EXPERT REPORT, WHICH IS WHAT

2    WAS IN THE DROPBOX AND THEN SENT TO YOU ON A C.D.

3         Q. BUT YOUR RESPONSE DOESN'T SAY THAT YOU DON'T

4    HAVE THE TIME TO DO IT.  YOUR RESPONSE SAYS YOU DON'T

5    HAVE ANY SUCH DOCUMENTS.

6         A. I'M NOT A LAWYER.  YOU SHOULD HAVE TOLD ME

7    THAT YOU WANTED ME TO SAY I DON'T HAVE TIME RIGHT HERE.

8    I'M TELLING YOU NOW, YOU TOLD THIS GUY (INDICATING) THAT

9    YOU WERE UNWILLING TO PAY THE AMOUNT OF TIME THAT IT

10   WOULD TAKE TO, YOU KNOW, DO SOME KIND OF EXHAUSTIVE

11   SEARCH FOR THINGS THAT ARE UNRELATED TO THIS CASE.

12        Q. WELL, JUST TO BE CLEAR, BECAUSE I ACTUALLY HAD

13   THE CONVERSATION, WHAT WE WERE UNWILLING TO PAY FOR WAS

14   AN UNSPECIFIED AMOUNT OF TIME FOR YOU TO IDENTIFY EACH

15   DOCUMENT IN THE DROPBOX THAT RELATED TO EACH ONE OF

16   THESE DIFFERENT ITEMS.

17             IN OTHER WORDS, TO GO THROUGH AND SAY, "OKAY.

18   THIS DOCUMENT, THAT ONE."  LIKE YOUR SPREADSHEET.

19   "THESE PARTICULAR DOCUMENTS ARE RESPONSIVE TO NUMBER 1.

20   THESE OTHER DOCUMENTS ARE RESPONSIVE TO NUMBER 2."

21   THAT'S WHAT I DID NOT WANT TO PAY FOR.

22        A. OKAY.  THAT WAS NOT CLEAR TO ME AT ALL.

23        Q. BUT YOU STILL HAD THE OBLIGATION TO SEARCH AND

24   RESPOND.  AND WHAT I SAID TO MR. NEWMAN IS YOU CAN SIMPLY

25   PRODUCE IT ALL IN ONE MASS, WHATEVER IS RESPONSIVE TO

182

1    THE SUBPOENA.  SO THAT'S WHAT I SHOULD HAVE GOTTEN, AND

2    THAT'S WHY I'M ASKING THE QUESTIONS.

3          A. THE INSTRUCTIONS WERE UNCLEAR TO ME.

4          Q. OKAY.  SO HERE IN THIS ONE, IF YOU HAD HAD MORE

5    TIME, YOU COULD HAVE -- IF YOU HAD UNDERSTOOD THAT --

6          A. IF I HAD UNDERSTOOD THAT I WOULD BE PAID FOR

7    ALL THE HOURS TO DO WHAT LUCKILY SOMEONE IN YOUR PLACE

8    DID FOR US, I COULD HAVE COME UP WITH THE SAME DOCUMENTS

9    THAT YOU CAME UP WITH.

10         Q. SO NOW THAT WE'VE TALKED ABOUT THIS A LITTLE

11   BIT MORE AND I SHOWED YOU THE PIERRE CARDIN ARTICLE, CAN

12   YOU THINK OF ANYTHING ELSE, A BLOG POSTING, AN ANSWER ON

13   QUORA, A TWEET, ANYTHING ELSE THAT YOU'VE WRITTEN THAT

14   TOUCHES ON THE SUBJECT OF PRODUCT LICENSING?

15         A. I DON'T KNOW.  I MEAN, WE CAN SPEND HOURS AND

16   HOURS AND WE CAN LOOK FOR SOME.

17         Q. CAN YOU -- AS YOU SIT HERE TODAY --

18         A. I'VE WRITTEN A LOT OF THINGS.

19         Q. AS YOU SIT HERE TODAY, CAN YOU THINK OF

20   ANYTHING?

21         A. NO, I CAN'T THINK OF ANYTHING.

22         Q. I GUESS ANOTHER ONE WE TALKED ABOUT EARLIER

23   WAS YOUR LICENSE OUTLINE FOR YOUR COURSE THAT YOU TEACH

24   IN APPAREL MANUFACTURING.  IS THERE ANYTHING ELSE YOU

25   CAN THINK OF BETWEEN -- BEYOND THAT AND PIERRE CARDIN?

                                                      183

1       A. I DON'T KNOW.  DO YOU HAVE ANYTHING ELSE YOU

2  WANT TO SHOW ME?

3       Q. NO, NOT REALLY.  I CAN'T GET INSIDE YOUR HEAD

4  AS FAR AS WHAT YOU MAY RECALL HAVING WRITTEN.  CAN YOU

5  THINK OF ANYTHING, AS YOU'RE SITTING HERE TODAY, ELSE

6  THAT YOU'VE WRITTEN ON THE SUBJECT?

7       A. I CAN'T THINK OF ANYTHING OFFHAND.

8       Q. WHAT ABOUT RIGHT OF PUBLICITY, ON THAT SUBJECT?

9       A. WRITING PUBLICITY?

10       Q. RIGHT OF PUBLICITY.  HAVE YOU WRITTEN ANYTHING

11  ON THAT SUBJECT?

12       A. THE RIGHT OF PUBLICITY.  ARE YOU REFERRING TO

13  SOME QUORA ANSWER I'VE GIVEN?

14       Q. NO.  I'M JUST REFERRING TO THAT AS A SUBJECT.

15  HAVE YOU WRITTEN ANYTHING ABOUT THE RIGHT OF PUBLICITY?

16       A. I DON'T THINK -- NO, I DON'T THINK THAT I

17  HAVE.

18       Q. OKAY.  DO YOU KNOW WHAT THE RIGHT OF PUBLICITY

19  IS?

20       A. NO.

21       Q. HAVE YOU WRITTEN ANYTHING PUBLICLY ABOUT

22  CELEBRITY RIGHTS?

23       A. NO.

24       Q. AND WHAT ABOUT THE VALUATION OF CELEBRITY

25  RIGHTS?

185

EXHIBIT C PAGE 104

1        A. I MAY HAVE WRITTEN SOMETHING ON THAT.

2        Q. CAN YOU RECALL, ANYTHING COME TO MIND, A

3   POTENTIAL SUBJECT MATTER OF IT, A PERSON OR SUBJECT?

4        A. NO, I DON'T KNOW.  I MAY HAVE, AND I MAY NOT

5   HAVE.  MOST OF THE CELEBRITIES I DEAL WITH, WE DON'T TALK

6   ABOUT -- WE DON'T PUBLICIZE, YOU KNOW, LIKE WHAT THE

7   ROYALTY RATES THAT PEOPLE ARE GETTING AND THINGS LIKE

8   THAT.

9        Q. WHAT CELEBRITIES DO YOU DEAL WITH?  IS THIS IN

10  YOUR PRESENT JOB OR IN PAST JOBS?

11       A. BOTH.

12       Q. OKAY.  AND DO YOU GET INVOLVED IN THE

13  VALUATION OF ANY CELEBRITY RIGHTS FOR PEOPLE --

14  CELEBRITIES THAT YOU WORK WITH TODAY?

15       A. NO, NOT TODAY.

16       Q. WHEN IS THE LAST TIME -- APART FROM YOUR

17  ANALYSIS IN YOUR REPORT IN THIS CASE, HAVE YOU EVER DONE

18  ANY WORK IN THE VALUATION OF CELEBRITY RATES?

19       A. I'VE BEEN A LICENSEE THAT'S RELATED TO

20  CELEBRITIES, BUT THIS CASE IS LIKE A FRAUD CASE.  THIS

21  IS NOT ABOUT THE VALUE OF THE CELEBRITY.

22       Q. SO YOUR REPORT IS NOT A VALUATION OF CELEBRITY

23  RIGHTS?

24       A. I WAS ASKED TO WRITE A REPORT BASED ON MY

25  KNOWLEDGE AND EXPERIENCE OF WHAT WOULD BE A REASONABLE

                                                        186

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 105

1    ROYALTY GIVEN THE FACTS OF THIS CASE.  AND MY

2    DETERMINATION WAS THAT IT DIDN'T MATTER SO MUCH ABOUT

3    ZACK WARD'S CELEBRITY OR NONCELEBRITY AS MUCH AS THE

4    VALUE OF THE REASONABLE ROYALTY IS BASED ON THE FACT

5    THAT THERE WAS FRAUD INVOLVED, AND WHAT IS THE

6    REASONABLE AMOUNT THAT NECA WOULD HAVE PAID TO HAVE

7    FESSED UP TO THIS AND SOLVED IT.

8         Q. YOU SAID SEVERAL TIMES THERE WAS FRAUD

9    INVOLVED.  IS THAT YOUR LEGAL CONCLUSION?

10        A. THIS IS WHAT WAS PRESENTED TO ME.

11        Q. SO WHO PRESENTED THAT TO YOU?

12        A. MR. NEWMAN PRESENTED THE FACTS OF THE CASE,

13   SENT ME VIA THE DROPBOX THESE DOCUMENTS.  I'M NOT A

14   LAWYER.  I DON'T DECIDE WHETHER IT'S FRAUD OR NOT.

15        Q. SO HOW DID MR. NEWMAN PRESENT THAT TO YOU,

16   THAT FRAUD WAS INVOLVED?  YOU SAID "MR. NEWMAN PRESENTED

17   THE FACTS OF THE CASE."  HOW DID HE PRESENT THOSE FACTS

18   OF FRAUD TO YOU?

19        A. HE SENT ME THE DOCUMENTS OF THE TRANSCRIPTS OF

20   ZACK WARD AND JOEL.

21        Q. DID HE EVER MENTION THE WORD "FRAUD"?

22        A. YES.

23        Q. DID HE TELL YOU WHAT DOCUMENTS TO LOOK AT TO

24   DETERMINE WHETHER OR NOT THERE WAS FRAUD?

25        A. NO.

187

1     Q. DID YOU GO INTO IT ASSUMING THAT THERE WAS

2  FRAUD?  "INTO IT" MEANING THE ANALYSIS OF THE DOCUMENTS

3  IN THE DROPBOX.

4     A. NO.

5     Q. DID YOU ON YOUR OWN AT SOME POINT DISCOVER

6  FRAUD AFTER LOOKING THROUGH THOSE DOCUMENTS?

7     A. I FEEL THAT I SAW FRAUDULENT ACTION GOING ON

8  BY NECA AND WEINSHANKER AGAINST MR. WARD.

9     Q. AND --

10     A. AND AGAINST WARNER BROS., WHICH I THOUGHT WAS

11  VERY INTERESTING IN ITSELF.

12     Q. AND WHAT DO YOU MEAN WHEN YOU SAY "FRAUDULENT

13  ACTION"?  WHAT DOES THAT MEAN?

14     A. WELL, IT LOOKS LIKE NECA MADE A WHOLE BUNCH OF

15  GAMES WITHOUT HAVING EITHER THE APPROVAL, YOU KNOW, OR

16  ANY LICENSE TO USE ZACK WARD'S CHARACTER LIKENESS IN A

17  GAME, AND THEN SUBSEQUENTLY TRIED TO GET HIM TO SIGN

18  SOMETHING TO COVER UP THAT, WHICH THEN WAS A COVERUP --

19  IT JUST SEEMS LIKE A PATTERN OF ACTION ON

20  MR. WEINSHANKER'S PART.

21     Q. AND HOW DO YOU SEE THAT AS A PATTERN OF

22  ACTION?  HAVE YOU WORKED WITH HIM ON OTHER CASES?

23     A. NO.  I'M REPORTING TO YOU THE FACTS PROVIDED

24  IN THE DOCUMENTS.

25     Q. YOU THINK THOSE FACTS ARE IN THOSE DOCUMENTS;

                                                           188

1    IS THAT RIGHT?

2         A. YES.

3         Q. YOU'VE READ THEM CAREFULLY?

4         A. YES.

5         Q. NUMBER 6, A COPY OF EACH BOOK, ARTICLE,

6    EDITORIAL, COLUMN, BLOG POSTING, INTERNET POSTING, OTHER

7    PUBLICATION ON THE SUBJECT OF PRODUCT LICENSING, RIGHT

8    OF PUBLICITY, CELEBRITY RIGHTS, OR THE VALUATION OF

9    CELEBRITY RIGHTS, IN WHICH YOU'RE QUOTED OR MENTIONED,

10   AND YOU SAY YOU DON'T HAVE ANYTHING.

11        AS YOU SIT HERE TODAY, CAN YOU THINK OF ANYONE

12   WHO HAS EVER WRITTEN ABOUT YOU OR QUOTED YOU OR

13   MENTIONED YOU IN THE CONTEXT OF ANY OF THESE SUBJECTS?

14   PRODUCT LICENSING, LET'S TAKE THAT ONE.  ANYONE EVER

15   PUBLISH ANYTHING WHERE THEY MENTIONED YOU?

16        A. YEAH, I THINK MAR VISTA ENTERTAINMENT

17   PUBLISHED A PRESS RELEASE SAYING THAT I WAS LICENSING

18   "RADIO REBEL."

19        Q. AND DID YOU LOOK FOR THAT?

20        A. NO.  YOU WEREN'T GOING TO PAY ME TO DO ALL

21   THIS WORK.

22        Q. SO IT WAS AVAILABLE TO YOU; YOU JUST DIDN'T

23   SEARCH FOR IT BECAUSE YOU WEREN'T BEING PAID FOR IT?

24        A. IT'S NOT RELEVANT TO THE CASE.

25        Q. ISN'T IT THE COURT THAT DECIDES RELEVANCE, NOT

189

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 168

```
 1    TO GET IT VIA THIS LAWSUIT.

 2         Q.  IN HIS DEFENSE, HE WAS 13.  MOM MAY HAVE LOST

 3    IT.

 4              NUMBER 29 -- NEVER MIND.

 5              NUMBER 31, "PLAINTIFF DID NOT HAVE AN ATTORNEY

 6    REVIEW THE NECA/WARD AGREEMENT."

 7              IS THAT BASED JUST ON HIS DEPOSITION

 8    TESTIMONY?

 9         A.  YEAH.  HE SAID THAT HE GOT IT AND SIGNED IT

10    AND FAXED IT.

11         Q.  NUMBER 33, THE QUOTED STATEMENT FROM YOU IS

12    "AFTER THE INITIATION OF THIS LAWSUIT, NECA PREPARED AND

13    SUBMITTED QUARTERLY ROYALTY STATEMENTS TO THE PLAINTIFF

14    THAT WERE MATERIALLY DIFFERENT THAN THE STATEMENTS

15    PROVIDED TO WB AS TO THE TIMING OF MERCHANDISE SALES."

16              AND WHAT DID YOU BASE THAT STATEMENT ON?

17         A.  WELL, IT WAS AN INTERESTING DISCOVERY THAT

18    WHEN YOU LOOK AT THE ONES THAT WERE -- THE DOCUMENTS

19    THAT CAME FROM NECA THAT WAS PRODUCED IN THIS LAWSUIT,

20    THEY ONLY COVERED THE DATES OF THE, YOU KNOW, ATTEMPTED

21    LICENSE AGREEMENT, BUT WHEN YOU LOOK AT THE WARNER BROS.

22    QUARTERLY ROYALTY REPORTS, THEY SHOW SALES OF THE BOARD

23    GAME IN `09 AFTER THE DATES OF THE -- YOU KNOW, THIS ONE

24    HE TRIED TO GET ZACK TO SIGN.  SO I THOUGHT THAT WAS

25    PRETTY INTERESTING THAT SOMEBODY HAD TAKEN THE TIME TO
```

201

EXHIBIT C PAGE 109

1    PUSH ALL THE UNITS INTO THE SUPPOSED LICENSE PERIOD.  I

2    THOUGHT THAT WAS INTERESTING THAT THEY DIDN'T JIVE WITH

3    EACH OTHER, WARNER BROS. AND NECA.

4         Q. IS THAT PART OF THE BASIS FOR YOUR FRAUD

5    CONCLUSION?

6         A. IT'S JUST AN ADDITIONAL PIECE.  IT'S JUST AN

7    ONGOING -- AT ALL THESE TIMES, NECA HAD THE OPPORTUNITY

8    TO FESS UP TO WHAT THEY'D BEEN DOING AND SOLVE THIS, AND

9    HERE WE ARE TODAY STILL TRYING TO SOLVE IT.

10        Q. AND DID MR. NEWMAN EVER TELL YOU THAT THOSE

11   NECA ROYALTY REPORTS THAT YOU SAW THAT YOU SAID WAS KIND

12   OF PUSHED INTO THAT PERIOD WAS ACTUALLY DONE PURSUANT TO

13   A COURT ORDER?  WE WERE REQUIRED TO PRODUCE THEM THAT

14   WAY?

15        A. I THOUGHT HE DISCOVERED -- IT WAS PART OF HIS

16   DISCOVERY; BUT I MEAN, I DON'T KNOW WHEN THEY WERE

17   PRODUCED, BECAUSE IT ALL CAME AT THE SAME TIME IN JULY OR

18   SOMETHING TO ME.  THE WARNER BROS. REPORTS AND THE NECA

19   REPORTS WERE IN THE DROPBOX.

20        Q. BUT DID MR. NEWMAN EVER TELL YOU THEY WERE

21   CREATED SPECIFICALLY PURSUANT TO COURT ORDER AND

22   REQUIRED TO BE DONE THAT WAY?

23        A. I DON'T REMEMBER THAT IT WAS.  ALL I RECALL

24   FROM THE TRANSCRIPTS WERE THAT MR. WARD HAD NEVER SEEN

25   THEM.

                                                      202

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 110

1    TRADEMARK NAME OF THE MOVIE AND THE CHARACTER IMAGES

2    THAT ARE IN IT?

3         A. IT MAY HAVE.  I CAN READ IT TO YOU, IF YOU

4    WOULD LIKE.

5         Q. DID IT LICENSE GENERALLY THE ELEMENTS OF THE

6    MOVIE?

7         A. I BELIEVE IT DID.  I CAN READ IT TO YOU.

8         Q. OKAY.  AND SO IT WAS MORE THAN JUST THE USE --

9    A LICENSE AGREEMENT FOR THE USE OF A LIKENESS, WASN'T

10   IT?

11        A. IT WAS A LICENSE AGREEMENT TO USE PARTS OF THE

12   MOVIE IN ORDER TO MAKE MERCHANDISE.

13        Q. AND THAT'S MORE THAN JUST A LICENSE FOR A

14   LIKENESS, RIGHT?

15        A. YES.

16        Q. AND THAT'S MORE THAN JUST A LICENSE FOR THE

17   USE OF AN IMAGE, RIGHT?

18        A. YES.

19        Q. AND THAT'S MORE THAN JUST A LICENSE FOR THE

20   USE OF A TRADEMARK, RIGHT?

21        A. THERE ARE INSTANCES WHERE EACH ONE ARE USED

22   INDIVIDUALLY.

23        Q. SO CAN YOU SHOW ME IN OUR FAVORITE BOOK HERE

24   THE SUPPORT FOR -- IN YOUR RESPONSE TO NUMBER 40, THE

25   8 TO 12 PERCENT ROYALTY FOR A LICENSE OF A LIKENESS,

                                                    208

1        Q. BUT DOES THAT BOOK REFER TO WHAT A TYPICAL

2   LICENSE AGREEMENT IS FOR USE OF AN IMAGE?

3        A. NOT THAT I KNOW OF.  I HAVEN'T LOOKED FOR THAT

4   SPECIFICALLY.

5        Q. HOW ABOUT FOR A TRADEMARK?

6        A. LET'S SEE WHAT OTHER CHARTS THERE ARE IN THIS

7   THING.  NO, I'M -- IN THIS INSTANCE, I'M REFERRING TO

8   THE BOARD GAME, 8 TO 12 PERCENT ON PAGE 29.  FOR

9   LICENSING A TRADEMARK, I'VE LICENSED LOTS OF TRADEMARK

10  NAMES, AND WE USUALLY GET BETWEEN 8 AND 12 PERCENT,

11  MANY TIMES MORE.

12        THE VIDEOGRAPHER:  COUNSELOR, APPROXIMATELY

13  TEN MINUTES LEFT ON THIS TAPE.

14  BY MR. RAYGOR:

15        Q. IN YOUR EXPERIENCE, HAVE YOU EVER LICENSED A

16  TRADEMARK FROM A FILM STUDIO?

17        A. YES.

18        Q. OTHER THAN "RADIO" -- WHAT WAS IT? -- "RADIO

19  REBEL"?

20        A. YES.

21        Q. OKAY.  WHAT WAS THE LICENSE RATE FOR THE "RADIO

22  REBEL" TRADEMARK?

23        A. AGAIN, I DON'T KNOW IF IT'S CONFIDENTIAL OR

24  NOT.  30 PERCENT.

25        Q. AND ANY OTHER LICENSE FROM A STUDIO, OTHER THAN

                                                          210

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 112

1    THAT ONE?

2         A. YES.

3         Q. WHAT?   WHAT MARK?

4         A. "16 WISHES."

5         Q. WHAT WAS THAT RATE?

6         A. 40 PERCENT.

7         Q. ANY OTHERS?

8         A. YES.

9         Q. WHAT?

10        A. "DOGTOWN."

11        Q. AND WHAT WAS THAT RATE?

12        A. I DON'T RECALL EXACTLY.   THERE WERE MULTIPLE

13   CATEGORIES, SO THERE MAY HAVE BEEN MORE THAN ONE ROYALTY

14   RATE.

15        Q. ANYTHING ELSE?

16        A. ANYTHING ELSE WHAT?

17        Q. ANY OTHER MOVIES, OTHER THAN "DOGTOWN," "16

18   WISHES," AND "RADIO REBEL"?

19        A. IT'S "LORDS OF DOGTOWN."

20        Q. I LOVE THE SOUNDTRACK FOR THAT, BY THE WAY.

21        A. I MAY HAVE, BUT I CAN'T RECALL.

22        Q. EXCEPT FOR THE TED NUGENT SONG.   THAT ONE

23   SUCKS.

24        A. POOR TED.

25        Q. HAVE YOU EVER LICENSED A TRADEMARK FROM A FILM

211

EXHIBIT C PAGE 113

1      A. THE COSTS THAT HE PAID -- THAT NECA PAID FOR

2    THE PRODUCT AND THE PRICE THAT HE SOLD IT FOR.

3      Q. SO THAT'S ONE EXAMPLE.  WHAT OTHER SUPPORT DO

4    YOU HAVE FOR THIS BEING -- THE BUSINESS MODEL BEHIND

5    THIS ROYALTY RATE IS THAT A TYPICAL LICENSEE WILL MAKE

6    THAT KIND OF PROFIT, NOT JUST THIS IS A SPECIFIC EXAMPLE

7    OF NECA, BUT THIS IS TYPICAL IN THE FILM INDUSTRY?

8      A. IN MY EXPERIENCE AND KNOWLEDGE IN LICENSING,

9    THIS IS TYPICALLY WHAT WE MADE, OR THE LICENSEE MADE IF

10    WE WERE THE LICENSOR.  SOMETIMES WE MADE 90 PERCENT

11    GROSS MARGIN AND WE PAID A HIGHER ROYALTY RATE, AND

12    SOMETIMES IT WAS CLOSER TO 50, BUT IT'S USUALLY BETWEEN

13    50 AND 75.  AND LOOKING AT THE PAPERWORK THAT I RECEIVED

14    ABOUT NECA, THEY'RE IN THAT RANGE ALSO.

15      Q. ON 42, YOU SAY "MOST LICENSEES THAT PRODUCE

16    CONSUMER MERCHANDISE PAY A ROYALTY IN THE 8 PERCENT

17    TO 12 PERCENT RANGE TO THE LICENSOR," AND THEN YOU CITE

18    AGAIN TO THAT BOOK.

19      ARE YOU REFERRING TO ANY PAGE OTHER THAN 29?

20      A. I'M REFERRING TO -- BY SCANNING DOWN THE PAGE,

21    YOU NOTICE THAT MOST SAY 8 TO 12 PERCENT ON PAGE 29

22    AND ON MANY OTHER PAGES OF THE OTHER PRODUCT CATEGORIES.

23      Q. IT'S ON PAGE 29, THE COLUMN FOR "CHARACTER"

24    HYPHEN "ENTERTAINMENT"?

25      A. YES.

214

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 114

1      Q. BECAUSE YOUR STATEMENT HERE IS FOR CONSUMER

2    MERCHANDISE.  IS THERE A COLUMN THERE FOR CONSUMER

3    MERCHANDISE?

4      A. IT'S THE SUM OF ALL THESE ALPHABETICAL

5    CATEGORIES.  AM I HELPING YOU SUMMARIZE THESE COLUMNS?

6    THERE'S GOTTA BE SOME PORTION OF THESE ARE CONSUMER

7    PRODUCTS.

8      Q. OF THESE COLUMNS HERE (INDICATING)?

9      A. HERE'S (INDICATING) ALL THE DIFFERENT CONSUMER

10   PRODUCT CATEGORIES, AND HERE'S THE ROYALTY RATE, 8 TO

11   12 PERCENT.  AND THAT'S THE B PAGE.  YOU CAN MOVE ON TO

12   ANY OTHER LETTER.

13     Q. BUT THE 8 TO 12 PERCENT IS JUST FOR

14   "CHARACTER AND ENTERTAINMENT"; IT'S NOT FOR "ART" OR

15   "CELEBRITY" OR "CORPORATE" OR "DESIGNER" OR "EVENT" OR

16   "SPORTS," IS IT, OR "COLLEGIATE"?

17     A. SOMETIMES IT IS, SOMETIMES IT'S NOT.  IN THIS

18   CASE, WE'RE TALKING ABOUT CONSUMER PRODUCTS, AND IN

19   PARTICULAR, BOARD GAMES AND ACTION FIGURES.

20     Q. BUT YOUR STATEMENT HERE ISN'T LIMITED TO

21   WHAT'S RELEVANT TO THIS CASE.  YOU DIDN'T SAY "MOST

22   LICENSEES THAT PRODUCE CONSUMER MERCHANDISE SUCH AS THAT

23   AT ISSUE IN THIS CASE PAY A ROYALTY IN THE 8 TO 12

24   PERCENT."  YOU JUST SAID "PRODUCE COMMERCIAL" -- OR

25   "CONSUMER MERCHANDISE," RIGHT?

215

EXHIBIT C PAGE 115

1    A. I'D BE HAPPY TO REVISE MY REPORT FOR YOU, IF

2  YOU WOULD LIKE THAT WORD INSERTED.

3    Q. DO YOU THINK IT SHOULD BE THE --

4  NARROWED BECAUSE YOU'RE TALKING JUST ABOUT

5  "CHARACTER/ENTERTAINMENT"?

6    A. I THINK I'M MAKING A STATEMENT WHICH IS

7  SUPPORTED BY THIS BOOK.

8    THE VIDEOGRAPHER:  COUNSEL, CAN I HAVE YOU

9  MOVE TO YOUR RIGHT.  THANK YOU.

10  BY MR. RAYGOR:

11    Q. IS THAT THE PAGE YOU RECALL LOOKING AT WHEN

12  YOU WERE LOOKING AT THE BOOK ONLINE?

13    A. THAT'S ONE OF THE PAGES.

14    Q. ARE THERE OTHER PAGES IN HERE THAT YOU LOOKED

15  AT?

16    A. I LOOKED AT THE BEGINNING OF THE BOOK AND

17  LOOKED AT THE TABLES.

18    Q. NUMBER 43 YOUR STATEMENT IS, "THE VAST

19  MAJORITY OF MODERN CONTRACTS IN THE ENTERTAINMENT

20  INDUSTRY BETWEEN A PRODUCER AND A PERFORMER CONTAIN

21  MERCHANDISING PROVISIONS WHEREIN THE PERFORMER GRANTS

22  THE PRODUCER MERCHANDISING RIGHTS FOR A PREDETERMINED

23  ROYALTY RATE."

24    AND THE SUPPORT FOR THAT IS EXHIBIT A ATTACHED

25  HERETO.  WHAT IN EXHIBIT A SUPPORTS THAT VERY BROAD

216

1    STATEMENT?

2         A. THE CONTRACTS BETWEEN THE ACTORS AND CHRISTMAS

3    TREE FILMS.

4         Q. AND DO YOU VIEW THOSE -- THERE'S ABOUT, WHAT,

5    TEN OF THEM OR SO?

6         A. SURE.

7         Q. YOU ACTUALLY LIST THEM.  LET ME JUST SEE WHAT

8    THEY SAY.  YEAH, TEN.

9              AND HOW DO YOU GET FROM THOSE TEN, WHAT THEY

10   SAY -- SO OF THOSE TEN, SEVEN OF THEM INCLUDED A

11   MERCHANDISING PROVISION IN WHICH THE PERFORMER GRANTED

12   THE PRODUCER, IN THIS CASE WARNER BROS., OR CHRISTMAS

13   TREE FILMS, ON MERCHANDISING RIGHTS, RIGHT?  THREE OF

14   THEM DID NOT?

15        A. CORRECT.

16        Q. AND THE THREE THAT DID NOT WERE ZACK WARD,

17   TEDDE MOORE, AND JEFF GILLEN, RIGHT?

18        A. CORRECT.

19        Q. SO SEVEN OF THE TEN CONTAIN MERCHANDISING

20   PROVISIONS, THREE DID NOT, CORRECT?

21        A. CORRECT.

22        Q. SO FROM THAT, HOW DO YOU GET TO "THE VAST

23   MAJORITY OF MODERN CONTRACTS IN THE ENTERTAINMENT

24   INDUSTRY"?

25        A. THROUGH MY KNOWLEDGE AND EXPERIENCE, I KNOW A

                                                        217

EXHIBIT C PAGE 117

1    LOT OF ACTORS, AND I HAVE NEVER HEARD OF AN ACTOR WHO

2    RETAINED THEIR MERCHANDISING RIGHTS IN A MODERN FILM.

3    THE ONLY THING I CAN THINK OF IS THERE MIGHT BE SOME

4    VERY LOW-BUDGET FILMS THAT DON'T GET MERCHANDISING

5    RIGHTS, BUT PRETTY MUCH ANY FILM MADE IN MODERN TIMES

6    WOULD HAVE A RIDER.

7           Q. AND THIS FILM WAS NOT MADE IN MODERN TIMES,

8    RIGHT?  THIS WAS 1983.

9           A. THAT'S MODERN.  IT'S NOT THE FORTIES.

10          Q. WELL, IT'S NOT TODAY, RIGHT?

11          A. WELL, TODAY IS 2012.

12          Q. CORRECT.  1983 IS ROUGHLY ALMOST 30 YEARS AGO.

13          A. IT'S IN MY LIFETIME.

14          Q. IS IT ALMOST 30 YEARS AGO?

15          A. YES.

16          Q. AND ZACK WARD TODAY IS NOT AN A-TIER ACTOR, IS

17   HE?

18          A. THAT'S YOUR DEFINITION.

19          Q. IS HE, IN YOUR WORLD?

20          A. I DON'T RANK ACTORS.  IT'S NOT MY JOB.

21          Q. DO YOU KNOW HOW MUCH HE MAKES ON A FILM?

22          A. I DON'T KNOW.  I DON'T KNOW WHAT THE AVERAGE

23   ACTOR MAKES ON A FILM.

24          Q. DO YOU KNOW A LOT OF ACTORS?

25          A. I DO.

218

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 118

```
1    BY MR. RAYGOR:
2         Q. SO BACK TO THIS.  ON -- WE WERE TALKING ABOUT
3    NUMBER 43 AND TALKING ABOUT THE VAST MAJORITY OF MODERN
4    CONTRACTS IN THE ENTERTAINMENT INDUSTRY BETWEEN A
5    PRODUCER AND A PERFORMER.
6         CAN YOU GIVE ME A ROUGH BALLPARK FIGURE, HOW
7    MANY CONTRACTS BETWEEN A PRODUCER AND A PERFORMER YOU
8    HAVE SEEN?
9         A. WELL, TEN THAT WE'VE JUST TALKED ABOUT HERE,
10   AND SOME CERTAIN NUMBER OF OTHERS.  I WOULD SAY LESS
11   THAN TEN.
12        Q. OKAY.
13        A. I MEAN, THIS IS ALSO -- YOU KNOW, IN EXHIBIT A,
14   THIS IS ALSO REFERRING TO WEINSHANKER'S TESTIMONY THAT
15   HE HAS ONLY DONE IT WITH ZACK AND ARNOLD SCHWARZENEGGER,
16   WHICH KIND OF COLLABORATED (SIC) WHAT I HAVE HEARD FROM
17   ACTORS, IS THAT THE MERCHANDISING RIGHTS IS LOCKED UP.
18   VERY FEW PEOPLE HAVE THEIR OWN MERCHANDISING RIGHTS.
19        Q. HAVE YOU EVER SEEN ANY OF MR. SCHWARZENEGGER'S
20   CONTRACTS?
21        A. NO.
22        Q. HOW ABOUT MR. BRAD PITT, DANIEL CRAIG?
23        A. NO.
24        Q. LEONARDO DECAPRIO?  ANY SORT OF A-LIST ACTORS
25   LIKE THAT?
```

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 119

1    ACTORS, THE DECAPRIOS AND THE PITTS AND THE WILLISES?

2         A. YOU'RE TALKING ABOUT THE 10 OUT OF 100,000

3    ACTORS.  NO, HE'S NOT IN THE TOP 10 OF 100,000 ACTORS.

4         Q. HOW ABOUT 50,000 OUT OF 100,000 ACTORS?

5         A. I'M SURE HE'S IN THE TOP 50,000 OF 100,000

6    ACTORS.

7         Q. TOP 1,000?

8         A. I DON'T KNOW IF HE'S IN THE TOP THOUSAND.

9    EVERY WEEK IT CHANGES, AS FAR AS I UNDERSTAND, ON IMDB.

10        Q. HAVE YOU SEEN HIM IN ANYTHING OTHER THAN --

11   HAVE YOU SEEN HIM IN "TRANSFORMERS"?

12        A. YEAH, I SAW "TRANSFORMERS."

13        Q. DID YOU SEE HIM IN THERE?

14        A. YEAH.  HE WAS A SERGEANT SOMEBODY.

15        Q. HAVE YOU SEEN HIM IN ANYTHING ELSE?

16        A. I SAW HIM IN "A CHRISTMAS STORY."

17        Q. ANYTHING ELSE?

18        A. NO.  I'VE SEEN IT ON HIS IMDB THAT HE'S GOT 30

19   MOVIES OR SOMETHING.  I DON'T WATCH MANY MOVIES, SO I'M

20   NOT A GOOD PERSON TO ASK ABOUT HIS MOVIES.

21        Q. DO YOU KNOW HOW MUCH HE WAS PAID FOR HIS WORK

22   ON "A CHRISTMAS STORY"?

23        A. IT WAS A SMALL AMOUNT.  IT WAS IN HIS

24   CONTRACT.

25        Q. AT THE END OF THAT PHRASE IT SAYS, "WHEREIN

223

EXHIBIT C PAGE 120

1   THE PERFORMER GRANTS THE PRODUCER MERCHANDISING RIGHTS

2   FOR A PREDETERMINED ROYALTY RATE."  WHAT DO YOU MEAN BY

3   "PREDETERMINED ROYALTY RATE"?

4        A. MANY TIMES IN MODERN ACTOR CONTRACTS, THEY GET

5   A PERCENTAGE OF THE ROYALTY THAT THE PRODUCER GETS.  SO

6   IN THIS PARTICULAR CASE, WE COULD SEE IN THE STANDARD

7   RIDER THAT THE ACTORS WHO DID HAVE MERCHANDISING IN

8   THEIR CONTRACT GOT A PERCENTAGE OF THE ROYALTY THAT, IN

9   THIS CASE, IS WARNER BROS.  SO THAT'S LIKE BILLINGSLEY

10  AND THOSE OTHER PEOPLE.

11       Q. SO THAT ROYALTY RATE IS PREDETERMINED BY WHOM?

12  THE STUDIO?

13       A. IF YOU READ THE CONTRACT, THE -- WHEN THEY

14  FILM THE MOVIE -- BEFORE THEY FILM THE MOVIE, THEY HAVE

15  THE ACTOR SIGN A CONTRACT, AND IN THAT THEY NEGOTIATE --

16  THE AGENT TRADITIONALLY NEGOTIATES FOR THE ACTOR TO GET

17  SOME PERCENTAGE OF THE ROYALTIES THAT ARE MADE ON

18  MERCHANDISE RELATED TO THE MOVIE THAT THEY ACT IN.

19       Q. YOU'D STATED, "MANY TIMES IN MODERN ACTOR

20  CONTRACTS, THEY GET A PERCENTAGE OF THE ROYALTY THAT THE

21  PRODUCER GETS."  DO YOU REMEMBER THAT?

22       A. YES.  SO IN THIS CASE, THE PRODUCER IS

23  WARNER BROS.

24       Q. SO YOUR STATEMENT ABOUT "MANY TIMES IN MODERN

25  ACTOR CONTRACTS," THAT'S BASED ON THESE 10 CHRISTMAS

224

EXHIBIT C PAGE 121

1   TREE FILM CONTRACTS YOU LOOKED AT PLUS THESE OTHER 10

2   YOU MENTIONED FOR A TOTAL OF 20?

3        A. YES.

4        Q. AND THEN HOW MANY OF THOSE DID THE ACTOR WHO

5   GOT MERCHANDISE UNDER CONTRACT GET A PERCENTAGE OF THE

6   ROYALTY PREDETERMINED BY THE STUDIO?

7        A. WELL, SEVEN OUT OF THE TEN FOR THIS FILM.

8        Q. AND HOW ABOUT THOSE OTHER TEN?

9        A. AND THE OTHER ONES, THEY GOT A PERCENTAGE.

10       Q. DO YOU RECALL WHAT THOSE PERCENTAGES WERE?

11       A. IT RANGED.  DEPENDS ON THE ACTOR.

12       Q. WHAT WAS THE HIGHEST THAT YOU RECALL SEEING?

13       A. 15 PERCENT.

14       Q. FOR WHOM?

15       A. FOR A LEAD IN A MOVIE.

16       Q. AND WHO WAS THAT PERSON?

17       A. I CAN'T TELL YOU.

18       Q. WHY IS THAT?

19       A. BECAUSE THAT'S FOR SURE CONFIDENTIAL

20   INFORMATION THAT I'M NOT SUPPOSED TO SAY.

21       Q. OKAY.  AND AGAIN, WE HAVE THIS PROTECTIVE

22   ORDER IN THIS CASE THAT WILL KEEP THIS --

23       A. I HAVE TO ASK SOMEONE ELSE, BECAUSE I CAN'T

24   RELY ON YOU OR MR. NEWMAN TO TELL ME HOW I SHOULD ACT IN

25   THIS PARTICULAR INSTANCE.

225

1    AND IN LICENSES THAT I'VE DONE IT STATES THAT.

2         Q. AND BASED ON LICENSES YOU'VE DONE AND THEN ON

3    THE WARNER BROS. ONE YOU LOOKED AT IN THIS CASE, IS THAT

4    WHAT'S THE BASIS FOR THE FIRST PART OF THIS, WHICH IS

5    "NORMAL CIRCUMSTANCES"?

6         A. I'VE NEVER SEEN ANYONE COMMIT FRAUD LIKE WHAT

7    WE SEE HERE.

8         Q. AND IS THAT FRAUD IN A LEGAL SENSE OR IN A

9    FACTUAL SENSE?

10        A. IN A FACTUAL SENSE.

11        Q. SO LET ME GO BACK TO MY QUESTION.  WHAT FORMS

12   THE BASIS FOR YOU CHARACTERIZING WHAT HAPPENS IN, QUOTE,

13   "NORMAL CIRCUMSTANCES," CLOSED QUOTE?

14        A. THIS IS IF BOTH PARTIES HAVE FULL KNOWLEDGE

15   ABOUT WHAT THEY'RE LICENSING, AND THAT IT TURNS OUT THAT

16   ONE SIDE DID NOT GET, FOR EXAMPLE, AN APPROVAL OF A

17   PRODUCT, AND THEN A PRODUCT IS MADE, THERE WOULD

18   NORMALLY BE A PENALTY PAID IF IT'S A CONTRACTUAL ISSUE.

19        Q. OKAY.

20        A. SO NORMALLY THEY FESS UP AND SAY, "OOPS, I

21   MADE THIS AND SOLD IT BY MISTAKE.  I DIDN'T MEAN TO.  I

22   OWE YOU THE PENALTY ROYALTY RATE, BUT I REALLY WANT TO

23   MAKE IT GO FORWARD WITH YOU, SO LET'S GET -- LET ME GET

24   PUNISHED FOR THE PAST AND LET'S FIND A REASONABLE

25   ROYALTY RATE GO FORWARD."

227

EXHIBIT __C__ PAGE 123

1          Q. AND THAT'S BASED ON YOUR EXPERIENCE IN YOUR

2     OWN BUSINESS, RIGHT?

3          A. YES.

4          Q. AS WELL AS ON THE WARNER BROS. LICENSE IN OUR

5     CASE, RIGHT?

6          A. THE WARNER BROS. 2006 LICENSE SPECIFICALLY

7     TAKES THIS CIRCUMSTANCE INTO ACCOUNT.

8          Q. AND SO THE ANSWER TO MY QUESTION IS "YES,"

9     IT'S BASED ON YOUR PERSONAL EXPERIENCE AS WELL AS THE

10    WARNER BROS. LICENSE IN THIS CASE, RIGHT?

11         A. I HAVE HAD THESE KIND OF PENALTY ROYALTY RATES

12    ON LICENSING CONTRACTS, AND I HAVE MADE SURE THAT I

13    NEVER AM SUBJECT TO A PENALTY ROYALTY RATE.

14         Q. HOW MANY LICENSING CONTRACTS HAVE YOU HAD?

15         A. I MAY HAVE HAD MORE THAN 10.

16         Q. MORE THAN 15?

17         A. I MAY HAVE HAD MORE THAN 15.

18         Q. HOW ABOUT MORE THAN 20?

19         A. I MAY HAVE, OR I MAY NOT HAVE.

20         Q. LET'S JUST PICK A NUMBER THAT SEEMS TO BE KIND

21    OF A BALANCING POINT THERE, THE NUMBER OF 20.  OF THOSE

22    ROUGHLY 20 THAT YOU MAY HAVE HAD, HOW MANY HAD A PENALTY

23    PROVISION LIKE WHAT YOU ARE DESCRIBING HERE IN 44?

24         A. MORE THAN FIVE.

25         Q. SO ROUGHLY A QUARTER OF THEM?

228

EXHIBIT  C  PAGE  124

1   ROYALTY AGREEMENT.  WHAT WARNER BROS. LAID OUT IS WHAT I

2   COMMONLY SEE IN LICENSE AGREEMENTS, INCLUDING THIS

3   PENALTY ROYALTY RATE.

4          Q. AND YOU'VE COMMONLY SEEN THAT PENALTY ROYALTY

5   RATE IN FIVE TO TEN, PERHAPS, OF THOSE OTHER LICENSES

6   YOU'VE HAD?

7          A. YEAH.  IT SEEMS TO BE AN INDUSTRY STANDARD.

8          Q. TO HAVE IT IN SOME LICENSES, NOT ALL LICENSES,

9   CORRECT?

10         A. I HAVE SEEN MANY LICENSES WITH A PENALTY

11  ROYALTY RATE AS ONE PROVISION OF IT.

12         Q. AND YOU'VE SEEN MANY THAT DON'T HAVE IT TOO,

13  CORRECT?

14         A. I'VE SEEN SMALL ONES THAT DON'T HAVE IT, BUT

15  THAT SHOULD HAVE IT.

16         Q. "SMALL ONES"?  WHAT'S A SMALL ONE, SMALL LICENSE

17  AGREEMENT?

18         A. LESS THAN A MILLION DOLLARS.

19         Q. OKAY.  AND DO YOU CONSIDER A LICENSE AGREEMENT

20  FOR -- WHAT DO YOU MEAN BY "A MILLION DOLLARS"?  WOULD

21  THAT BE AN ESTIMATE OF THE GROSS SALES ON WHICH THE

22  ROYALTY WOULD BE BASED --

23         A. YES, OVER A PERIOD OF TIME.

24         Q. -- OR ARE YOU TALKING -- LET ME FINISH.

25            -- OR ARE YOU TALKING ABOUT A MILLION DOLLARS

230

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 125

1    MANY OF THOSE FELL IN THE SORT OF SMALL END OF THE SCALE,

2    WHICH WOULD BE ROYALTIES DUE OF LESS THAN A THOUSAND?

3         A. VERY FEW.  ONE OR TWO.

4         Q. AND THOSE WERE, ACCORDINGLY, MUCH SMALLER

5    PRO FORMA TYPE OF --

6         A. 10-PAGE INSTEAD OF 20 OR 30.

7         Q. -- LICENSE AGREEMENTS?

8         A. CORRECT.

9         Q. NUMBER 45 YOU HAVE A STATEMENT, "IT IS

10   NORMALLY APPROPRIATE TO CONSIDER THE HYPOTHETICAL

11   NEGOTIATION AT THE TIME THE INFRINGING PARTY BEGAN

12   PRODUCING UNAUTHORIZED MERCHANDISE."

13        YOU AGREE WITH THAT STATEMENT STILL?

14        A. THE DOCUMENTS THAT I READ ABOUT HYPOTHETICAL

15   NEGOTIATION TALK ABOUT THAT IT IS DONE AT THE TIME THE

16   INFRINGING PARTY BEGAN PRODUCING UNAUTHORIZED

17   MERCHANDISE.

18        Q. AND YOU AGREE WITH THAT, THAT'S THE NORMAL --

19        A. I AGREE THAT I READ THAT; THAT AT THE TIME

20   THEY MADE THAT POSITION, THAT'S WHAT THE STATED CASE WAS.

21        Q. OKAY.

22        A. WHICH IS GEORGIA-PACIFIC VERSUS U.S. PLYWOOD.

23        Q. AND IS THERE ANYTHING OTHER THAN

24   GEORGIA-PACIFIC -- DO YOU RECALL THE GEORGIA-PACIFIC

25   FACTORS THAT GO INTO ROYALTY RATES?

232

EXHIBIT _C_ PAGE _126_

1    NEED TO BE OBVIOUS FOR YOU.

2         Q. SURE.

3         A. THE OTHER PIECE IS THAT THE LAWSUIT WAS FOR

4    THE ACTION FIGURE, LIKE HE DIDN'T EVEN KNOW THE BOARD

5    GAME EXISTED, OR HE SHOULD HAVE SUED FOR THE BOARD GAME

6    AT THE BEGINNING.

7         Q. SO YOUR CALCULATION OF HOW THE REASONABLE

8    ROYALTY RATE SHOULD BE CALCULATED IN THIS CASE IS BASED

9    ON THOSE TWO FACTS:  ONE, THAT HE DIDN'T KNOW ABOUT THE

10   BOARD GAME UNTIL AFTER HE FILED THE LAWSUIT, AND THE

11   SECOND ONE WAS WHAT?  I MISSED IT.

12        A. I'M SAYING THAT THE HYPOTHETICAL NEGOTIATION,

13   THE TIMING OF THE HYPOTHETICAL NEGOTIATION WOULD BE IN

14   2010, WHICH IS WHEN MR. WARD KNEW ALL THE FACTS; THAT

15   THERE WAS A BOARD GAME MADE WITH HIS LIKENESS THAT HE

16   DID NOT APPROVE.  AND SO THEN HE COULD HAVE NEGOTIATED

17   FROM A POSITION OF KNOWING THAT.  AND HE HAD LEGAL

18   COUNSEL AT THE TIME, SO HIS COUNSEL COULD HAVE TOLD HIM,

19   LIKE, YOU KNOW, "THEY TRIED TO GET YOU TO SIGN

20   SOMETHING, NOT WHAT YOU THOUGHT YOU WERE SIGNING FOR, BUT

21   FOR SOME OTHER REASON, TO COVER UP THE FACT THAT THEY

22   MADE ALL THESE BOARD GAMES WITHOUT FIRST WARNER BROS.'S

23   APPROVAL," AND THEN SECONDLY WITHOUT WARD'S APPROVAL,

24   AND THEN TELLING WARNER BROS. THAT THEY GOT HIS APPROVAL

25   WHEN HE DIDN'T EVEN KNOW THERE WAS A BOARD GAME.

234

EXHIBIT C PAGE 127

1          Q. SO TWO THINGS.  I FOUND IT BACK HERE.  SINCE

2     YOU KIND OF WENT AROUND MY QUESTION, I'LL BRING YOU BACK

3     TO IT.

4          THE TWO THINGS THAT YOU SAID -- TWO FACTS HE

5     DIDN'T KNOW THAT FORM THE FOUNDATION FOR YOUR

6     HYPOTHETICAL NEGOTIATION AS STATED IN YOUR REPORT IS,

7     NUMBER ONE, HE DIDN'T KNOW UNTIL AFTER THE SUIT WAS

8     FILED THAT THERE WAS A BOARD GAME; AND TWO, THAT NECA

9     WAS TRYING TO GET HIM TO SIGN AN AGREEMENT FOR ANYTHING

10     OTHER THAN THE ACTION FIGURES?  I THINK WHAT YOU MEANT

11     WAS SOMETHING OTHER THAN THE ACTION FIGURES, BUT -- SO

12     THOSE ARE THE TWO THINGS THAT FORM THE BASIS FOR YOU --

13     YOU USING THIS REASONABLE ROYALTY CALCULATION THAT'S IN

14     YOUR REPORT, RIGHT?

15          A. NO.  THERE'S ALL KINDS OF FACTORS INVOLVED.

16     THERE IS THE FACT THAT IF WARNER BROS. KNEW THAT NECA

17     DIDN'T HAVE AN ACTUAL APPROVAL OF THIS BOARD GAME, AND

18     THAT IT'S BEEN MADE ALL THIS TIME WITHOUT THAT APPROVAL,

19     THEN WARNER BROS. COULD HAVE GOTTEN THE PENALTY ROYALTY

20     RATE EVEN BEFORE ZACK KNEW ABOUT IT.

21          Q. IF I CAN SHOW YOU DEFINITIVELY THAT ZACK WARD

22     DID KNOW BEFORE THE LAWSUIT WAS FILED, IN FACT, TWO

23     YEARS BEFORE THAT THERE WAS A BOARD GAME, WOULD THAT

24     CHANGE YOUR OPINION THAT YOU WROTE?

25          A. DOES HE KNOW THAT HE COULD HAVE GOTTEN PAID

                                                         235

EXHIBIT C PAGE 128

```
 1   ROYALTIES ON IT?
 2        Q. YES.  IF I CAN SHOW YOU THAT, WOULD THAT
 3   CHANGE YOUR OPINION?
 4        A. MY POSITION IS THAT AT THE TIME, WITH THE FACTS
 5   THAT I HAVE, HERE'S WHEN THE NEGOTIATION SHOULD HAVE
 6   HAPPENED, 2010.  SO IF IT HAPPENED IN 2009 OR 2011, IT
 7   STILL WOULD HAVE ACCOUNTED FOR THE REASONABLE RATE THAT
 8   I CAME UP WITH.
 9        Q. WHAT ABOUT 2008?
10        A. THERE WOULD HAVE BEEN X NUMBER OF BOARD GAMES
11   SOLD THAT HE STILL HAD NOT APPROVED.  THERE WAS NO -- HE
12   NEVER -- I SAW NO REFERENCE THAT SAID THAT HE APPROVED
13   HIS LIKENESS ON A BOARD GAME, SO EVEN IF HE WAS AWARE OF
14   THE BOARD GAME, HE STILL HADN'T APPROVED IT.  IT'S
15   STILL -- PENALTY ROYALTY RATE IS WHAT A NORMAL
16   BUSINESSMAN WOULD PAY TO OVERCOME THIS FRAUD THAT HAS
17   BEEN PERPETRATED.
18        Q. SO IF I SHOWED YOU THAT HE KNEW ABOUT THE
19   BOARD GAME IN 2008 BUT DIDN'T DO ANYTHING ABOUT IT, THAT
20   WOULDN'T CHANGE YOUR OPINION AT ALL?
21        A. HE WAS DUE A ROYALTY, AND HE NEVER GOT PAID A
22   ROYALTY, AS FAR AS I KNOW.
23        Q. SO IS THAT A CORRECT STATEMENT; IT WOULDN'T
24   CHANGE YOUR OPINION AT ALL?
25        A. I DON'T THINK IT WOULD CHANGE MY VALUATION IF
```

236

EXHIBIT C PAGE 129

1    A. I DON'T THINK SO, BECAUSE HE STILL HAS NOT

2  APPROVED THIS BOARD GAME.  THIS BOARD GAME WAS MADE

3  WITHOUT HIS APPROVAL.

4    Q. AND HOW DO YOU KNOW THAT?

5    A. I HAVE NOT SEEN ANY DOCUMENTS THAT SHOW THAT

6  HE PERSONALLY APPROVED THIS BOARD GAME.

7    Q. SO YOU ARE BASING YOUR ENTIRE OPINION BASED ON

8  WHAT'S IN THE DROPBOX, CORRECT?

9    A. I'VE BEEN GIVEN A CERTAIN SET OF DOCUMENTS,

10  AND THEN I HAVE KNOWLEDGE AND EXPERIENCE AS TO WHAT

11  HAPPENS IF SOMETHING IS MADE THAT IS NOT TO THE

12  CONTRACT.  THERE ARE PENALTY ROYALTY RATES INVOLVED IN

13  IT.

14    Q. AND YOU ACCEPT THE POSSIBILITY THAT YOU MAY

15  NOT HAVE BEEN GIVEN ALL OF THE DOCUMENTS; THAT YOU HAVE

16  ONLY BEEN GIVEN CERTAIN DOCUMENTS, CORRECT?

17    A. IF THERE ARE MORE DOCUMENTS FOR ME TO SEE, I

18  WOULD LOVE TO SEE THEM AND WRITE ANOTHER REPORT AT YOUR

19  REQUEST.

20    Q. AND IF YOU SAW OTHER DOCUMENTS, IT'S

21  CONCEIVABLE IT COULD CHANGE YOUR OPINION, CORRECT?

22    A. IF YOU HAVE DOCUMENTS THAT I HAVE NOT SEEN

23  THAT MATERIALLY CHANGE -- THAT YOU DID NOT DISCLOSE,

24  THAT'S -- YOU KNOW, THAT SOUNDS LIKE ANOTHER CASE.  THAT

25  DOESN'T SOUND LIKE THIS CASE.

238

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT _C_ PAGE _130_

1    BUT HERE WE ARE.

2              SO THIS IS THE FIRST TIME YOU'VE SEEN FRAUD --

3         A. IN THIS WAY --

4         Q. -- IN THIS WAY?

5         A. -- THAT HAS NOT BEEN PAID TO RESOLVE IT, AND

6    AT THAT RATE.  IT'S COMPLETELY REASONABLE.  IT'S

7    ACTUALLY LESS THAN HIS PROFITS.

8         Q. SO THE HYPOTHETICAL ROYALTY METHODOLOGY THAT

9    YOU'RE COMING UP WITH IN THIS CASE IS NOT SOMETHING THAT

10   YOU'VE SEEN EVER DONE IN ANOTHER CASE, CORRECT?

11        A. I'VE NEVER SEEN IT COME TO THIS.

12        Q. AND YOU BELIEVE IT IS FAIR TO USE --

13        A. THIS IS --

14        Q. LET ME FINISH.  YOU BELIEVE IT'S FAIR TO USE

15   THIS METHODOLOGY FOR THIS CASE?

16        A. THIS IS MORE THAN FAIR FOR BOTH SIDES.

17        Q. OKAY.  AND WHY DO YOU BELIEVE IT'S FAIR?

18        A. BECAUSE A BUSINESSMAN WOULD MAKE A CALCULATION

19   OF THE COST OF LITIGATION PLUS THE COST OF THE ROYALTY

20   TO SOLVE THIS PROBLEM, AND CLEARLY THIS IS COSTING MORE

21   THAN WHAT WOULD NORMALLY BE A SETTLEMENT WHICH WOULD BE

22   LIKE THIS PENALTY ROYALTY RATE.

23        Q. I TOTALLY AGREE.  AND WE'VE OFFERED --

24        A. AND I'M A LOGICAL, RATIONAL BUSINESSMAN.

25        Q. AND WE'VE OFFERED THAT, BUT TO NO AVAIL.

241

EXHIBIT C PAGE 131

1          APART FROM YOUR PERSONAL EXPERIENCE AND YOUR

2   LACK OF EXPERIENCE WITH THIS KIND OF A ROYALTY

3   METHODOLOGY, HYPOTHETICAL ROYALTY METHODOLOGY BEING USED

4   IN THIS CASE THAT YOU ARE PROPOSING HERE, HAVE YOU EVER

5   HEARD OF IT BEING USED IN ANY OTHER CASE BY ANYBODY

6   ELSE?

7          A. HYPOTHETICAL NEGOTIATION HAS BEEN USED IN MANY

8   CASES.

9          Q. NO.   THE ONE THAT YOU'RE TALKING ABOUT THAT WE

10  JUST WENT THROUGH; THE ONE YOU'RE EMPLOYING FOR THIS

11  CASE.

12         A. WHAT I'M EMPLOYING IS MOVING THE DATE TO THE

13  POINT WHERE THE FRAUD IS EXPOSED.

14         Q. AND HAVE YOU EVER HEARD OF ANYONE ELSE DOING

15  THAT IN ANY OTHER HYPOTHETICAL ROYALTY CASE?

16         A. I'VE NEVER HEARD OF A CASE THIS -- GETTING TO

17  THIS POINT.

18         Q. I UNDERSTAND THAT, BUT TO ANSWER MY

19  QUESTION -- MAYBE I DIDN'T ASK IT CLEARLY ENOUGH.

20         HAVE YOU EVER HEARD OF ANYONE ELSE DOING THAT,

21  WHICH IS MOVING THE DATE TO THE DISCOVERY OF THE FRAUD?

22         A. NO.

23         Q. OKAY.   THANK YOU.

24         NUMBER 48, "IF WEINSHANKER" -- THIS IS YOUR

25  STATEMENT HERE -- "IF," ELLIPSIS, "WEINSHANKER HAD NOT

                                                    242

EXHIBIT C PAGE 132

```
 1    BY MR. RAYGOR:

 2         Q. NUMBER 49 YOU STATE, "IF WB BECAME AWARE OF

 3    THE UNAUTHORIZED USE OF THE PLAINTIFF'S IMAGE ON THE

 4    BOARD GAME, NECA WOULD HAVE BEEN CONTRACTUALLY OBLIGATED

 5    TO PAY WB AN ADDITIONAL ROYALTY IN THE AMOUNT OF 345,000

 6    AND SOME DOLLARS DUE TO THE UNAUTHORIZED SALE OF THE

 7    BOARD GAME."

 8         DO YOU STILL AGREE WITH THAT STATEMENT?

 9         A. YEAH.

10         Q. IS THAT BASED ON THE 2006 WARNER BROS./NECA

11    AGREEMENT?

12         A. THIS IS BASED ON THE FACT THAT WARNER BROS.

13    THOUGHT THAT NECA HAD A LICENSE TO USE THE LIKENESS, AND

14    SO REALLY, SINCE THEY NEVER GOT IT, NOT ONLY IS THE FIRST

15    20,000 THAT THEY MADE SUBJECT TO THE PENALTY AMOUNT, ALL

16    THE ONES UNTIL THE POINT THEY CHANGED THE ACTUAL BOARD

17    GAME TO TAKE HIM OUT ARE -- SHOULD HAVE GOTTEN THE

18    PENALTY ROYALTY RATE.

19         Q. HOW DO YOU KNOW THE BOARD GAME WAS CHANGED TO

20    TAKE HIM OUT?

21         A. BECAUSE THE NEW VERSION LOOKS DIFFERENT THAN

22    THE ONES THAT I SAW.

23         Q. WHERE DID YOU SEE THE NEW VERSION?

24         A. I THINK IT'S ON AMAZON.COM.

25         Q. YOU DIDN'T REFERENCE THAT ANYWHERE IN YOUR --
```

245

EXHIBIT C PAGE 133

1   SOMETHING WAS SENT TO MR. FALK, OR DOES IT JUST HAVE HIS

2   NAME APPEARING ON IT?

3       A. I'M JUST LOOKING IN THE THIRD-PARTY COMMENTS.

4   I DON'T SEE IT.

5       Q. CAN YOU TURN TO THE NEXT PAGE, PLEASE.  ON

6   NUMBER 10 YOU'VE GOT "THE 2006 AGREEMENT CONTAINED A

7   MAJOR REVISION TO THE 2003 AGREEMENT BECAUSE WB ADDED

8   WHAT I WILL REFER TO AS A," QUOTE, "'PENALTY ROYALTY

9   RATE,'" CLOSED QUOTE, "TO THE 2006 AGREEMENT THAT

10  REQUIRED NECA TO PAY A ROYALTY OF FIVE TIMES THE NORMAL

11  10 PERCENT OR 12 PERCENT ROYALTY RATE (OR 50 PERCENT AND

12  60 PERCENT) IF NECA PRODUCED UNAUTHORIZED MERCHANDISE."

13      IS THAT -- DID I READ THAT CORRECTLY?

14      A. YOU READ, YES, WHAT I WROTE.

15      Q. AND YOU REFER TO -- IS IT FOOTNOTE 13?

16      A. 13.

17      Q. AND THAT IS THEN QUOTING FROM PARAGRAPH 3 OF

18  THE 2006 AGREEMENT, RIGHT?

19      A. YEAH.

20      Q. AND DO YOU THINK YOUR PARAGRAPH 10 THERE IS A

21  PROPER CHARACTERIZATION OF WHAT'S IN THE RELEVANT PART

22  OF PARAGRAPH 3 OF THE 2006 AGREEMENT?

23      A. I CUT AND PASTED WHAT WAS IN THE 2006

24  AGREEMENT FOR THAT.

25      MR. RAYGOR:  I'LL ASK THE COURT REPORTER TO

                                                        277

EXHIBIT _C_ PAGE 134

1    MARK AS EXHIBIT 17 THE WARNER BROS. PRODUCT LICENSE

2    AGREEMENT WITH NECA DATED NOVEMBER 14, 2006.

3              (EXHIBIT 17 WAS MARKED FOR

4              IDENTIFICATION.)

5    BY MR. RAYGOR:

6        Q. COULD YOU TURN TO PAGE 4 OF THE 2006

7    AGREEMENT.  FIRST OF ALL, IS THIS THE AGREEMENT YOU'RE

8    REFERRING TO IN THAT FOOTNOTE 13?

9        A. IT LOOKS LIKE IT.

10       Q. AND IS WHAT YOU'RE QUOTING FROM IN PARAGRAPH

11   3(A) ON PAGES 3 TO 4?

12       A. YES.

13       Q. AND DID SOMEBODY -- DID MR. NEWMAN DIRECT YOU

14   TO THIS PARTICULAR PARAGRAPH, OR DID YOU COME UP WITH

15   THIS ON YOUR OWN?

16       A. I FOUND THIS, AND I HAD TO DIRECT HIM TO IT.

17       Q. OKAY.  AND SO LOOKING ON PAGE 4, THE LATTER

18   PART OF PARAGRAPH 3(A), YOU SEE ROUGHLY, I DON'T KNOW,

19   15 LINES ABOVE THE BOTTOM, THERE IS A SENTENCE THAT

20   STARTS WITH "LICENSEE WILL NOT, IN ANY MANNER"?

21       A. "USE ANY PROPERTY"?

22       Q. YEAH.  YOU SEE THAT LANGUAGE, THEN?

23       A. YES.

24       Q. SO LET ME JUST READ THAT.  "LICENSEE" -- THE

25   LICENSEE HERE IS NECA, RIGHT?

278

EXHIBIT C PAGE 135

1    A. YES.

2    Q. AND THE LICENSOR IS WARNER BROS.?

3    A. YES.

4    Q. SO "LICENSEE WILL NOT, IN ANY MANNER, USE ANY

5    PROPERTY OR PROPERTIES OWNED OR CONTROLLED BY LICENSOR

6    NOT INCLUDED AS LICENSED PROPERTY UNDER THIS AGREEMENT."

7    AND THERE'S A PARENTHETICAL.  I'LL SKIP THAT.  PERIOD.

8    RIGHT?

9        "LICENSED PROPERTY," THEN, IS DEFINED IN

10   PARAGRAPH 1(D) ON PAGE 3, CORRECT?  IS THAT RIGHT?

11   A. "LICENSED PROPERTY" IS 1(D).

12   Q. AND I THINK WE HAD HAD THIS DISCUSSION

13   EARLIER.  "THE CHARACTER NAMES, COSTUMES, ENVIRONMENTAL

14   SETTINGS, PLOT ELEMENTS, LOGOS AND OTHER ELEMENTS

15   DEPICTED IN THE 1983 RELEASE OF THE THEATRICAL MOTION

16   PICTURE ENTITLED 'A CHRISTMAS STORY,'" AND IT GOES ON.  SO

17   GOING BACK TO THIS PARAGRAPH 3(A), AFTER THAT

18   PARENTHETICAL, "IN ADDITION TO ALL OTHER REMEDIES TO

19   WHICH LICENSOR MAY BE ENTITLED, PURSUANT TO THIS

20   AGREEMENT, AT LAW, IN EQUITY OR OTHERWISE (INCLUDING,

21   WITHOUT LIMITATION, TERMINATION OF THIS AGREEMENT AND

22   INJUNCTIVE RELIEF), IF LICENSEE ENGAGES IN ANY

23   UNAUTHORIZED USE OF ANY SUCH PROPERTY OR PROPERTIES,

24   LICENSEE WILL PAY TO LICENSOR AN AMOUNT EQUAL TO FIVE

25   TIMES THE ROYALTIES THAT WOULD HAVE BEEN PAYABLE TO

279

EXHIBIT C PAGE 136

1    LICENSOR AT LICENSOR'S PREVAILING ROYALTY RATE FOR SUCH

2    PROPERTY OR PROPERTIES HAD LICENSEE'S UNAUTHORIZED USE

3    BEEN LICENSED BY LICENSOR."

4              IS THAT THE PORTION YOU'RE RELYING ON FOR YOUR

5    PENALTY RATE METHODOLOGY -- THE PENALTY ROYALTY RATE

6    METHODOLOGY IN THIS CASE?

7         A. I'M SAYING THAT NECA AND MR. WEINSHANKER HAD

8    AGREED TO PAY A PENALTY ROYALTY RATE IF THEY MADE

9    UNAUTHORIZED ITEMS, SO HE HAD ALREADY AGREED TO A RATE

10   THAT IS EQUAL TO FIVE TIMES THE NORMAL RATE, WHICH MEANS

11   THAT IT WOULD BE REASONABLE FOR HIM TO AGREE TO PAY THAT

12   TO MR. WARD TO SOLVE THIS ISSUE.

13        Q. AND THE BASIS FOR THAT AGREEMENT IS IN THIS

14   LANGUAGE I QUOTED FROM THE MIDDLE -- FROM THE -- AND

15   HERE, PARAGRAPH 3(A), RIGHT?  THE FIVE TIMES ROYALTY

16   RATE?

17        A. HE, MR. -- WHERE'S THE SIGNATURE PAGE?  DOES

18   THIS VERSION HAVE A SIGNATURE PAGE?  NECA AGREED TO THIS

19   CONTRACT --

20        Q. PAGE 21.

21           MR. NEWMAN:  IT'S JUST SCHEDULES AT THE END.

22           THE WITNESS:  SO THE START OF MY NEGOTIATION

23   IS THAT HE'S ALREADY AGREED THAT HE'D BE WILLING TO PAY

24   WARNER BROS. THIS AMOUNT TO SOLVE THE ISSUE.

25   ///

                                                          280

1    BY MR. RAYGOR:

2         Q. AND THE "THIS AMOUNT," THE FIVE TIMES IS IN

3    THIS PARAGRAPH 3(A), RIGHT?

4         A. YES.

5         Q. THAT'S WHAT YOU'RE BASING YOUR METHODOLOGY ON

6    IS THIS AGREEMENT HERE TO PAY TO LICENSOR AN AMOUNT FIVE

7    TIMES THE ROYALTY THAT WOULD HAVE BEEN PAYABLE TO

8    LICENSOR AT LICENSOR'S PREVAILING ROYALTY RATE FOR SUCH

9    PROPERTY OR PROPERTIES HAD LICENSEE'S UNAUTHORIZED USE

10   BEEN LICENSED BY LICENSOR, RIGHT?

11        A. IF THE LICENSEE UNAUTHORIZED -- HAD AN

12   UNAUTHORIZED USE, THEN HE WOULD HAVE PAID A PENALTY.

13        Q. AND THAT PENALTY IS BASED ON THIS LANGUAGE I

14   JUST READ AGAIN, RIGHT?

15        A. THIS PENALTY IS BASED ON PENALTY ROYALTY RATES

16   THAT ARE USED IN LICENSING CONTRACTS.

17        Q. WELL, IS THERE ANY OTHER LANGUAGE IN THIS

18   LICENSE AGREEMENT, THE 2006 LICENSE AGREEMENT, THAT

19   YOU'RE BASING THE PENALTY ROYALTY RATE ON, OR IS IT

20   THIS, 3(A)?

21        A. ARE YOU ASKING WHERE ELSE IN THIS AGREEMENT?

22        Q. YEAH.  IS THERE ANOTHER PLACE THAN WHAT I'M

23   READING?  I'M STRUGGLING WITH WHY YOU'RE SORT OF

24   FIGHTING ME HERE.  IT SEEMS LIKE THIS IS WHAT YOU CITE

25   IN PARAGRAPH ROMAN XIII OF YOUR REPORT AS THE BASIS FOR

281

EXHIBIT C PAGE 138

1  THE METHODOLOGY, THE PENALTY ROYALTY RATE YOU'VE BEEN

2  TALKING, THE FIVE TIMES RATE.

3      A. I'M JUST STATING THE FACT THAT MR. WEINSHANKER

4  OR NECA AGREED TO PAY A PENALTY RATE OF FIVE TIMES.

5      Q. AND IS THAT AGREEMENT TO PAY A PENALTY RATE OF

6  FIVE TIMES CONTAINED IN THIS PART OF THE SENTENCE, I'LL

7  READ IT AGAIN, "LICENSEE WILL PAY TO LICENSOR AN AMOUNT

8  EQUAL TO FIVE TIMES THE ROYALTIES THAT WOULD HAVE BEEN

9  PAYABLE TO LICENSOR"?  IS THAT WHERE THE FIVE TIMES

10  COMES FROM?

11      A. THIS IS THE PART THAT MR. WEINSHANKER HAS

12  AGREED THAT HE WOULD PAY A PENALTY ROYALTY RATE IF HE

13  MADE UNAUTHORIZED ITEMS.

14      Q. AND THE FIVE TIMES NUMBER COMES FROM THIS

15  LANGUAGE I JUST READ FROM PARAGRAPH 3(A), RIGHT?

16      A. THIS SAYS "FIVE TIMES."

17      Q. RIGHT.  AND YOUR METHODOLOGY IS USING THAT

18  FIVE TIMES?  IT'S NOT USING SIX TIMES OR SEVEN TIMES;

19  IT'S USING FIVE TIMES, RIGHT?

20      A. I'M USING A PENALTY ROYALTY RATE, WHICH I HAVE

21  SEEN IN -- THROUGH MY KNOWLEDGE AND EXPERIENCE, IN OTHER

22  AGREEMENTS; THAT IT IS -- THE PENALTY ROYALTY RATE IS

23  NORMALLY FIVE TIMES.

24      Q. AND GOING BACK TO YOUR REPORT, EXHIBIT 15,

25  THIS ITEM 10, IT SAYS, "THE 2006 AGREEMENT CONTAINED A

282

EXHIBIT C PAGE 139

1  MAJOR REVISION THAT REQUIRED NECA TO PAY A ROYALTY FIVE

2  TIMES THE AMOUNT OF THE NORMAL 10 PERCENT OR 12 PERCENT

3  ROYALTY RATE IF NECA PRODUCED UNAUTHORIZED MERCHANDISE."

4  AND YOU CITE TO ROMAN AT XIII, RIGHT?

5       A. YES.

6       Q. AND ROMAN AT XIII QUOTES THIS PARAGRAPH 3(A),

7  CORRECT?

8       A. YES.

9       Q. SO THIS PARAGRAPH 3(A) IS THE BASIS FOR YOUR

10 STATEMENT HERE IN THIS NUMBER 10 ON PAGE 12 OF YOUR

11 REPORT, RIGHT?

12      A. THE BASIS OF MY OPINION ABOUT THE REASONABLE

13 ROYALTY RATE IS THAT NECA HAS AGREED TO PAY A PENALTY

14 ROYALTY RATE IF THEY MAKE UNAUTHORIZED MERCHANDISE.  SO

15 THEY'RE WILLING TO PAY UP TO THIS AMOUNT ALREADY, BEFORE

16 THIS WHOLE SITUATION CAME TO HAPPEN.

17      Q. AND "THIS AMOUNT" IS FIVE TIMES THE ROYALTIES

18 THAT WOULD HAVE BEEN DUE?

19      A. IN THIS CASE, IT'S FIVE TIMES.

20      Q. OKAY.  AND YOU STATE THAT'S FOR UNAUTHORIZED

21 USE BY NECA OR WEINSHANKER, RIGHT?

22      A. WHAT IS THE QUESTION?

23      Q. HE IS SUBJECT TO -- NECA OR WEINSHANKER ARE

24 SUBJECT TO THAT FIVE TIMES PENALTY IF THEY MAKE

25 UNAUTHORIZED USE, RIGHT?

                                                    283

EXHIBIT C PAGE 190

1          A. ZACK WARD DID NOT APPROVE THE BOARD GAME, SO

2     IT'S UNAUTHORIZED USE.

3          Q. OKAY.

4          A. AND WEINSHANKER ALREADY AGREED OR NECA AGREED

5     THAT THEY WOULD PAY A PENALTY ROYALTY RATE.  AND SO A

6     REASONABLE ROYALTY IS IF WEINSHANKER OR NECA HAS ALREADY

7     AGREED THAT THEY'RE WILLING TO PAY A PENALTY ROYALTY

8     RATE, THEN THAT WOULD SEEM TO BE THE HIGHEST AMOUNT THEY

9     WOULD BE WILLING TO PAY TO SOLVE THIS ISSUE BETWEEN WARD

10    AND NECA.

11         Q. AND NECA AND WEINSHANKER WEREN'T POTENTIALLY

12    LIABLE FOR THAT FIVE TIMES PENALTY ROYALTY RATE UNLESS

13    THEY WERE SELLING UNAUTHORIZED MERCHANDISE USING

14    PROPERTIES OWNED BY WARNER BROS., RIGHT?

15         A. IF WARNER BROS. WAS AWARE THAT THEY WERE

16    MAKING PRODUCTS THAT THEY DID NOT HAVE A LICENSE FOR,

17    WARNER BROS. COULD HAVE IMPOSED THIS PENALTY ROYALTY

18    RATE.

19         Q. WHERE DO YOU FIND -- WHAT'S THE BASIS FOR THAT

20    STATEMENT?

21         A. WHAT DO YOU MEAN?

22         Q. WHAT DO YOU BASE THAT STATEMENT ON?  WHERE ARE

23    YOU GETTING THAT?  IT'S NOT IN THIS LANGUAGE.  IS IT

24    SOMEWHERE ELSE IN THIS AGREEMENT OR SOME OTHER DOCUMENT?

25         A. DO YOU WANT TO RESTATE YOUR QUESTION?  YOU'RE

                                                          284

EXHIBIT C PAGE 141

```
 1    SAYING AN OPINION.
 2          Q. SURE.   WHERE IS THE BASIS FOR THAT STATEMENT?
 3    IS IT THIS PARAGRAPH 3(A) OR IS IT SOMETHING ELSE?
 4          A. THIS PARAGRAPH IS DISCUSSING A PENALTY ROYALTY
 5    RATE.
 6          Q. SURE.   FOR USE OF PROPERTY OWNED BY WARNER
 7    BROS.
 8          A. CORRECT.
 9          Q. DOES WARNER BROS. OWN ZACK WARD'S LIKENESS
10    RIGHTS?
11          A. NO.
12          Q. DID -- IS THIS LAWSUIT BASED ON NECA AND
13    WEINSHANKER'S USE OF ZACK WARD'S LIKENESS RIGHTS?
14          A. YES.
15          Q. SO IF NECA AND WEINSHANKER WERE USING ZACK
16    WARD'S RIGHTS AND NOT SOME PROPERTY THAT WAS OWNED BY
17    WARNER BROS., THIS PROVISION NEVER GETS TRIGGERED THEN,
18    DOES IT?
19          A. I'M SAYING THAT THE PRODUCT IS NOT AUTHORIZED
20    TO BE MADE.
21          Q. LET'S GO BACK TO THE FIRST PART OF THIS
22    SENTENCE.   "LICENSEE WILL NOT, IN ANY MANNER, USE ANY
23    PROPERTY OR PROPERTIES OWNED OR CONTROLLED BY LICENSOR,
24    WARNER BROS.," RIGHT?   DID I READ THAT CORRECTLY?
25          A. YES.
```

285

EXHIBIT C PAGE 142

1      Q. SO THAT'S PROPERTY OWNED OR CONTROLLED BY

2   WARNER BROS., AND YOU'VE ALREADY STATED WARNER BROS.

3   DOES NOT OWN THE LIKENESS RIGHTS FOR ZACK WARD, RIGHT?

4      A. I'M SAYING THEY DID NOT APPROVE THE BOARD GAME

5   WITH ZACK WARD ON IT.

6      Q. AND WARNER BROS. DID NOT OWN THE LIKENESS

7   RIGHTS FOR ZACK WARD, CORRECT?

8      A. CORRECT.

9      Q. SO THEN GOING DOWN, IT SAYS, "IF LICENSEE" --

10  THAT'S NECA, RIGHT?  RIGHT?  "LICENSEE" IS NECA?

11     A. YES.

12     Q. "IF NECA ENGAGES IN ANY AUTHORIZED (SIC) USE

13  OF ANY SUCH PROPERTY OR PROPERTIES," IN OTHER WORDS, A

14  PROPERTY OR PROPERTIES OWNED OR CONTROLLED BY WARNER

15  BROS., "NECA WILL PAY TO WARNER BROS. AN AMOUNT EQUAL TO

16  FIVE TIMES THE ROYALTIES THAT WOULD HAVE BEEN PAYABLE,"

17  RIGHT?  THAT'S WHAT THIS SAYS, CORRECT?

18         MR. NEWMAN:  YOU SAID "AUTHORIZED."  IT SAYS

19  "UNAUTHORIZED."

20  BY MR. RAYGOR:

21     Q. "ENGAGES IN ANY UNAUTHORIZED" -- LET ME START

22  OVER, THEN.

23         "IF LICENSEE," NECA, "ENGAGES IN ANY

24  UNAUTHORIZED USE OF ANY SUCH PROPERTY OR PROPERTIES,"

25  AND REFERRING BACK UP, THE "SUCH" REFERS TO THE

                                                        286

1   ANTECEDENT, WHICH ARE THE PROPERTIES THAT ARE OWNED OR

2   CONTROLLED BY LICENSOR, "THEN LICENSEE WILL PAY TO

3   LICENSOR," WARNER BROS., "AN AMOUNT EQUAL TO FIVE TIMES

4   THE ROYALTIES THAT WOULD HAVE BEEN PAYABLE."

5           RIGHT?

6       A. SO THEY MADE A BOARD GAME THAT HAD -- THAT

7   THEY DID NOT HAVE THE APPROVAL RIGHTS TO MAKE.

8       Q. THEY MADE A BOARD GAME THAT DID NOT HAVE THE

9   RIGHT TO USE ZACK WARD'S IMAGE ON IT, CORRECT?

10      A. YES.

11      Q. AND WARNER BROS. DOESN'T OWN ZACK WARD'S IMAGE

12  RIGHTS, CORRECT?

13      A. CORRECT.

14      Q. SO THEREFORE, THIS PROVISION CANNOT BE

15  TRIGGERED, CORRECT?

16      A. "THEY" --

17      Q. BECAUSE IT'S ONLY TRIGGERED IF WARNER BROS.

18  OWNS THE RIGHTS, CORRECT?

19      A. I DON'T KNOW THAT IT WOULD ONLY BE TRIGGERED

20  BY THAT.  YOU'RE SAYING THAT.  I'M NOT SAYING THAT.

21      Q. OKAY.  WE'LL LET THE COURT DECIDE THAT ONE.

22          DO YOU HAVE ANYTHING ELSE IN THIS EXHIBIT 17

23  THAT TALKS ABOUT A PENALTY ROYALTY RATE, OTHER THAN THAT

24  PART OF PARAGRAPH 3(A) THAT WE'VE BEEN FOCUSED ON?

25      A. NOT THAT I KNOW OF.

287

EXHIBIT C PAGE 144



EXHIBIT 1
WIT: Valerio
DATE: 9-17-12
VICKI A. SABER, CSR 8212
5 PAGES

# Fashion Design

**Department Goals**

The Fashion Department prepares students from diverse backgrounds to be fashion innovators by providing a professional environment in which students learn by working in tandem with top designers. Students in the Fashion Design Department will:

- Expand and perfect their artistic skills to support and enhance their future design careers.

- Learn necessary technical skills related to clothing construction.

- Develop a systematic, critical approach to problem solving at all levels of the design process.

- Acquire extensive professional information regarding fashion design.

- Demonstrate professionalism by meeting deadlines, effectively collaborating in teams, and working with professional designers.

- View fashion design in a broader socio economic, historical, and environmental context.

- Successfully articulate design ideas verbally, visually, and digitally.

## Fashion Design

| Sophomore Year | | Fall | Spring | Degree Requirements |
|---|---|---|---|---|
| FSHD200/201 | Sophomore Studio I/II | 3.0 | 3.0 | |
| FSHD210/211 | Fashion Illustration/Intro to Design | 3.0 | 4.0 | |
| FSHD220/221 | Pattern Drafting I/II | 2.0 | 2.0 | |
| FSHD225 | Sophomore Digital Design I | — | 1.0 | |
| FSHD230/231 | Model Drawing I/II | 2.0 | 2.0 | |
| ILML 200 | Integrated Learning Lecture | — | 3.0 | |
| AHCS220 | Contemporary Perspectives in Art and Design | 3.0 | — | |
| ENGL202 | Sophomore English | 3.0 | — | |
| NSCI311/312 | Textile Science I/II | 2.0 | 2.0 | |
| Total Credits per Semester | | 18.0 | 17.0 | |

| Junior Year | | Fall | Spring |
|---|---|---|---|
| FSHD300/301 | Junior Studio I/II | 5.0 | 5.0 |
| FSHD312/313 | Fashion Illustration III/IV | 1.0 | 1.0 |
| FSHD324/325 | Digital Design I/II | 1.0 | 1.0 |
| FSHD330/331 | Model Drawing III/IV | 1.0 | 1.0 |
| FSHD360/361 | Fashion Design I/II | 3.0 | 2.0 |
| FSHD375 | Apparel Manufacturing Practices | — | 1.0 |
| AHCS370/371 | History of Costume I/II | 2.0 | 3.0 |
| | *Advanced Topics in English or Liberal Studies Elective | 3.0 | — |
| *MATH 136 | Math for Artist & Designers | — | 3.0 |
| Total Credits per Semester | | 16.0 | 17.0 |

| Senior Year | | Fall | Spring |
|---|---|---|---|
| FSHD400/401 | Senior Studio I/II | 6.0 | 6.0 |
| FSHD412/413 | Fashion Illustration V/VI | 1.0 | 1.0 |
| FSHD425 – FSHD426 | Digital Design IV or Digital Portfolio | 1.0 | — |
| FSHD430 | Model Drawing V | 1.0 | — |
| FSHD460 | Fashion Design III | 3.0 | — |
| FSHD470 | Marketing | 1.0 | — |
| FSHD475 | Portfolio Development | — | 2.0 |
| *AHCS 310 | Art History Elective | — | 3.0 |
| *LIBS440 | Senior Liberal Studies Capstone | 3.0 | — |
| *SSCI210 | Social Science | — | 3.0 |
| Total Credits per Semester | | 16.0 | 15.0 |

*These courses may be taken in either the fall or the spring semester.
Note: Some students may be required to take ENGL400 Great Speeches as determined by the School of Fashion Design.

Important note: All students must pass with a "C" grade or better in Studio, Design and Illustration at all levels in order to continue with the fashion program. Working with a mentor is considered an earned privilege, not a right, therefore, students are required to maintain a "C+" g.p.a. in design and studio. Throughout the design process in order to work with a mentor.

66

67

EXHIBIT C PAGE 145

## Fashion Design

**Course Descriptions**

### Sophomore Studio
**FSHD200/201       3 credits/3 credits**
Students develop patterns by draping muslin on dress forms, and producing basic garment construction and finishing. Students interpret and create three-dimensional design ideas.

### Fashion Illustration/Introduction to Design
**FSHD210/211       3 credits/4 credits**
Students create a variety of figures as a basis for professional design sketches and develop skill in drawing technical flats. Advanced rendering, presentation techniques and introductory design comprise the second semester.

### Pattern Drafting I/II
**FSHD220/221       2 credits/2 credits**
Using current garment industry techniques and procedures, students create patterns from blocks, body measurements and specifications, make corrections in fit and appearance, and complete custom garments and patterns reflecting their individual style.

### Sophomore Digital Design
**FSHD225       1 credit**
Using the Macintosh computer, students are introduced to basic computer practices, Internet usage, digital terminology and related computer equipment including the scanner, printer, and the Wacom tablet.

### Model Drawing
**FSHD230/231       2 credits/2 credits**
Students draw from live male and female models to develop an awareness of the proportions and movement of the elongated fashion figure while maintaining correct anatomical structure. Additionally, this course explores the visualization of various fabrics and garments on the figure.

### Junior Studio I/II
**FSHD300/301       5 credits/5 credits**
Students focus on sewing and construction techniques of "moderately-priced" garments. This course provides practical application of draping, sewing and pattern drafting. Visiting mentors guide and critique students' designs on professional models during fittings. Students learn the design creation process from interpretation of original sketch to finished garment.

### Fashion Illustration III/IV
**FSHD 312/313       1 credit/1 credit**
This course works in conjunction with Design. Emphasis is placed on developing an organized approach to create effective illustrations in order to meet mentor problem deadlines. Second-semester work explores advanced drawing, painting, market, and digital techniques in preparation for senior year.

### Digital Design II/III
**FSHD 324/325       1 credit/1 credit**
This course works in conjunction with Junior Design. Students advance their use of digital knowledge by combining Adobe Photoshop, Illustrator and Streamline, and they utilize these skills in creating their design sketches for mentor problems.

### Model Drawing III/IV
**FSHD330/331       1 credit/1 credit**
This course further explores the fashion figure with focus on improved gesture, line quality, and accurate observation of clothing proportion and shape.

### Fashion Design I/II
**FSHD360/361       3 credits/2 credits**
Professional designers present design problems to be solved within the "moderately priced" market. Students develop ideas based on specific direction, fabric, color, etc. Sketches for garments are edited and critiqued under the guidance of professional designers. The spring semester focuses on the study of higher-priced apparel in preparation for senior level work.

### Apparel Manufacturing Practices
**FSHD375       1 credit**
Lectures by fashion industry professionals and field trips supplement this survey course that explores all aspects of the apparel manufacturing process outside the realm of the design room.

### Senior Studio I/II
**FSHD400/401       6 credits/6 credits**
This course provides practical application of draping, classic tailoring, and couture sewing and finishing techniques based on the higher priced "designer" market. Students learn the design creation process, from original sketch to finished garment. Visiting mentors guide and critique students' work on professional models during fittings.

### Fashion Illustration V/VI
**FSHD412/413       1 credit/1 credit**
This advanced illustration class further develops students' professional illustration skills for higher-priced apparel. Students produce designer sketches with more complex fabric renderings and layering of garments, capturing a look appropriate to the mentor's direction.

### Digital Design IV
**FSHD425       1 credit**
Advanced digital course in which students create a group of technical flats in Adobe Illustrator as the basis for a digital collection to be included in their portfolios. Topics include flats, line sheets, fabric samples, repeat patterns, experimental croquis, techniques, type, and layout.

### Digital Portfolio
**FSHD426       1 credit**
This advanced elective course utilizes and expands students' knowledge and application of digital skills applicable to their final portfolio.

### Model Drawing V
**FSHD430       1 credit**
Students in this advanced drawing course develop a personal style through exploration of professional techniques and a variety of media. The second semester focuses on issues that pertain to portfolio development. Available to non-majors with department Chair approval.

### Fashion Design III
**FSHD460       3 credits**
Students design clothing alongside professional designers representing higher-priced apparel. Emphasis is placed on integrating classicism and originality, and using fine fabrics, finishing, and construction techniques, as well as producing design work on the same seasonal schedule as the fashion industry.

### Marketing
**FSHD470       1 credit**
This lecture course explores the partnership between wholesale manufacturers and retailers when marketing a fashion product. The latter half introduces job search strategies in preparing for successfully entering the workplace.

### Portfolio Development
**FSHD475       2 credits**
This course focuses on the development of a professional designer portfolio. Students target a specific area of interest for employment and produce groups with concept boards, color story, fabrics, trims, illustrations and technical drawings for each. This course culminates with a portfolio review and critique by manufacturers.

**Course Descriptions**

EXHIBIT C PAGE 147

## Fashion Design

**Course Descriptions**

**Independent Study**
FSHD999
Independent studies provide an opportunity for students to work closely and collaboratively with faculty on assignments that extend the scope of their current interests, or expand their expertise. Applications for independent study projects are reviewed and approved by the department Chair based on proposals submitted by interested students.

### Labs

The following lab classes may be required if a student's work does not meet the standards set by the department.

**Construction Laboratory**
This non-credit period is open to all students who need additional help in draping, pattern drafting, tailoring, or sewing.

**Illustration Laboratory**
This non-credit period is open to all students who need additional help in drawing and rendering.

**Design Laboratory**
This non-credit period is open to all students who need additional help in design.

**Rosemary Brantley**
BFA (Fashion Design) Parsons School of Design. Student Designer of the Year. Founding Chair Otis Fashion Design Department. Designer for Kasper Joan Leslie NYC, Jaeger of London, Rosemary Brantley for Staples- Los Angeles 1980 to present. Recipient of L.A. Fashion "Inspiration" Award, 2005.

**MariBeth Baloga**
MFA (Textiles) Indiana Univ., BS (Art Ed.) Kent State Univ. Textile instructor 1975 to present at Brooks College, Otis. FIDM, and UCLA Extension. Past Chair of the Textile Design Department, FIDM. Exhibiting fine artist.

**Jill Higashi-Zeleznik**
BFA (Fashion Design) Otis. Freelance designer for Tommy Bahama and Bugle Boy. Design Director for Carole Little. Motherhood. Saint Germain. Head designer for Shryan, Theodule, and Bronx Clothier's.

**Susan Baker**
BA (English Literature) CSU Dominguez Hills. AA Degree (Fashion Design) LA Trade Tech. Coll. Involved in all phases of commercial manufacturing in the LA fashion industry since 1969.

**Aiko Beall**
AA (General Education) Pierce Coll., Certificate with honors Parsons School of Design, Diploma Osaka Costume Art School, Diploma Yodogawa Fashion Design School, Degree (Aesthetics, Ikebana) Misho-Ryu. Student assistant in Christian Dior design studio, N.Y. Assistant Designer for Jacque Tiffeau N.Y., Jean Louis L.A.; Assistant to costume designers for ABC daytime TV "General Hospital." Designer for Emmys. Faculty member since 1979.

## Fashion Design

**Department Faculty**

**Eddie Bledsoe**
MFA (Theatrical Design) USC; BS (Fashion Design Woodbury Univ., BA (Design) UCLA. Menswear and costume designer for film and theatre. Published work includes "Art + Performance, the Life of Reza Abdoh." Designs archived in the Reza Abdoh Collection, NY Public Library. Recent design honors include New York Film Festival, "Rocket's Red Glare;" Los Angeles Independent Film Festival, "No Easy Way." The Vienna Festival, "Quotations From a Ruined City."

**Brice Bowman**
MA CSU Sacramento, BA Cal St Univ S.F. Exhibits nationally and internationally.

**Jackie Doyle**
BFA Art Center. Winner of the Ruth Gienreech Award from the NY Art Director' Club. Illustrator, the Neiman Marcus advertising department for Valentino, Chanel.

**Jane Engelman**
BFA (Fashion Design) Otis. Perry Ellis Thimble Award. BFA Textile Design, University of Iowa, 1986. Teaching Credential Art K-12.

**Rosi Gabl**
School of Art and Design Diploma (Dressmaking and Fashion Design) Basel, Switzerland, studied fashion illustration at Central Saint Martin's College of Art and Design, London. Best of Rosi Web Site.

**Kathryn Hagen**
MFA (Fine Arts), BFA Otis; Certificate (Fashion) Parsons School of Design, studied painting at the Art Student's League. Artist and freelance illustrator. Author of Fashion Illustration for Designers and Garb

## Fashion Design

**Department Faculty**

**Fornaz Harouni**
BFA (Fashion Design) Otis. Winner of the Nolan Miller Thimble Award and the Rudi Gernreich National Design Award. Published in Vogue, Women's Wear Daily, California Apparel News. Designer for Tadashi, Kellwood, Guess. Evening and bridal designer and founder of Fornaz Couture.

**Morrison Jackson**
MFA (Theatre Design) USC; BFA (Theatre Design) and BA (Fashion Design) Stephens Coll. Assistant designer and patternmaker specializing in sportswear. Costume Designer and technician. Manager of 20th Century costume rental company. Cutter/draper and tailor's assistant for feature films, television and theatre.

**Paul Keng**
BFA Otis. Fashion Designer/Merchandiser M.I.L.K Y., Heaven Knows, Reality Check Inc., MZM Sport; Maxi Modo, Waters & Waters; Motherhood Maternity; TD4 Inc.

**Evelyne Poghosyan Khanyan**
AA Alex 1997, Armenia. BFA Otis (Fashion Design) 2001. Winner of Gold Medal, Samsung Inst. Seoul, Korea; FGI Rudi Gernreich Scholarship. Finalist, Onward Koshiyama, Tokyo. Created Evelina Galli clothing line.

**Karolyn Kissel**
Studied at UCLA and UC Berkeley (Theatrical Costume Design). Industry designer for theater, film and television. Intimate apparel and children's wear designer. Designer for and owner of Jacaranda, specializing in contemporary dresses.

**Gail Knierim**
Diploma (Art) Royal Melbourne Inst. of Technology. Head designer for Australian fashion houses and private couture clientele in L.A.

**Sumi Lee**
BFA (Fashion Design) Otis. Freelance designer for special occasion dresses. Illustrator for costume designers. Head designer for Esquire, assistant designer for Glen Williams.

**Amanda B. Linder**
BS (Fashion Design) Syracuse Univ. Experienced in flat pattern drafting, draping, technical drawing, illustration, clothing reproduction with complete sewing, construction, alterations and fitting. Specializes in costume design for feature films, television and theatre.

**Bill Martinez**
BFA (Fashion Design) Otis. Nancy Heller thimble award. Product designer for Mattel.

**Michelle Lucas**
BFA (Fashion Design) Otis. Designer and illustrator for Mattel, Savannah, Espn, Debra McGuire, and Contempo. Owner of and designer for Rouge and Butterfly, specializing in young designer dresses and sportswear.

**Evelyn McInerney**
AA Fashion Inst. of Technology, studied at UCLA (Vocational Education Teaching). Extensive design and manufacturing experience, specializing in junior dresses and sportswear in N.Y. and L.A.

**Chetna Mehta**
MA CSU Northridge, CSU Long Beach. Professional artist, designer and educator. Exhibited and collected nationally and internationally.

**Nora Minassian**
BFA (Fashion Design) Otis. Winner of the First Prize Thimble Award from C Randall Brooks. Design Director and Owner of Nora-Minas Inc. Fashion Director for California Apparel Inc. Head Designer for Civility, Johnny Was, Anthony Montcroft, Auditorium, Malibu Design Group. Founder/Designer of N.M. Design/Nora M

**Alexis Montgomery**
AA (Fashion Design) Los Angeles Trade Tech Coll. First through production patternmaker with 28 years experience in the garment industry, working both in-house and freelance for Mossimo, Lane Bryant, J.C. Penny, HSN.

**Aaron Paule**
BFA (Fashion Design) Otis. Experience in L.A. garment industry designing for Free Wear, Jidai Industries, Symbol & Democracy. Freelance designer and illustrator for television and film.

**Nicolette Paulsen**
West Valley Occupational Center (Draping). Freelance designer Fredricks of Hollywood, Dreamgirl Lingere, Isisport. Twenty-five years as freelance design patternmaker. Owner/Designer, Whose Sari Now.

**Mitra Rajabi**
BFA (Fashion Design) Otis; studied at LA City Coll. (Fashion Design and Fine Arts). "Designer of the Year" Award (Otis), "Mizuno Grand Prize" winner 1989. Designer/illustrator for La Belle, Fashoric, Dr. Baby, Ceduction; Founder of Peacock Inc. Menswear Store; Eleven years professional experience in designing for apparel manufacturers and retail.

**Karen Regoli-Arthur**
AFA (Fashion Design) Otis Extension. Designer, creator of custom wedding gowns and costumes; instructor for Los Angeles HeArt Project fashion residency program.

**Miguel Reyes**
BFA (Illustration). Otis. Freelance painter, portrait artist, muralist, photographer, printer, stylist. art and fashion show producer. Vogue/Sotheby's Fashion Illustration Award, MTA Muralist.

**Diane Sisko**
BFA Purdue Univ. Costume and makeup for film, TV, UCS, LAUSD, Odyssey Theatre Co., John Anson Ford Theatre Director of Costume Program, I.A.C.C. Theatre Academy, Member of Costumer's Guild & Costume Society of America.

**Francis Spitta**
BFA (Fashion Design) Otis. Freelance surface designer specializing in menswear and young men's prints, represented by "The Style Council" print studio in N.Y.

**Pat Stiles**
Studied at Pratt Inst. (Fine Art/Illustration); Parsons School of Design (Fashion Illustration). Fashion illustrator and graphic designer for film and advertising.

**Robert Tuggle**
BFA (Fashion Design) Otis. Designer: Red Sand, Paul D'Avril/Introspect, Bum Equipment, Unionbay, Punch. Senior Designer : Lund's End Youth, Tammy Bahama/Indigo Palms Denim. Design Director: 7 for All Mankind, The North Face, Columbia Sportswear. Senior Design Director: Old Navy. Contract Collection Designer: Wrangler Outdoor.

**Robert Valerio**
BA (Economics) UC San Diego. President of Kubic Marketing Inc., Chairman of the Board International Association of Skateboard Companies; CEO Giant Skateboard Distribution.

## Fashion Design

**Department Faculty**

## Fashion Design

**Department Faculty**

**Laurie Viaplano**
*Senior Lecturer*
BFA (Fashion Design) Otis. Designer for Tommy Bahama, Dennis Goldsmith, and Catalina. Assistant Designer for Phyllis Sues, and Warren Z. Freelance Design and Illustration for Anne Cole, Authentic Fitness, Laurie Allyn, Avalon Blu, Apparel Ventures. Past Assistant Chair, Fashion Design, Otis.

**Wanda Weller**
*Lecturer*
BFA (Fashion Design) Otis. Design Director for Patagonia, Group Director for Environmental and Communications Design for Ziba Design, Design Director of US Apparel for Adidas America, Designer and Product Manager for Ideation, Designer for Jantzen, Assistant Designer for MSSP Leon Max. Freelance Textile Designer for Fashion Initiatives. Speaker representative of Patagonia at IDSA's Regional Design Conference in San Francisco and in Washington DC. Member of Color Marketing Group.

**Jackie Wickser**
*Associate Professor*
AA (Fashion Design) North Texas State Univ. 30 years experience in N.Y. and L.A. designer market as designer and pattern maker; pattern designer for Koos Van Den Akker, Gloria Sachs, Mark Eisen, Katayone Adeli and Rosae Nichols; consultant for Seven For All Mankind; work published in *Vogue, Elle, Paper, Mademoiselle, The Denver Post,* and *Sportswear International*

**Leah Hoechung Won**
*Lecturer*
BFA (Fashion) Otis. Head Designer for ReFresh. Freelance Computer Artist for "Mattel Shanghai project", and for Christie Newman. Head Designer for HL by Herve Leger and for BCBG. St. John Knits: Head Assistant Designer 2000-2002, Assistant Designer, evening division, 1998-2000, Junior Designer, couture, collection and evening division 2002-2005. AWARDS: Critic award winner for St. John evening wear, Critic award winner for Anne Klein sportswear, CFDA Portfolio

**Tony Young**
*Professor*
BFA (Fashion Design) Otis; Studied (Art History) Middlebury Coll. Interior design for BCBG store concepts; window displays for Saks, Neiman Marcus; designer and art director for runway collections, product design/fabric development, innovative construction techniques. Awards for product illustrations in *W, Vogue, WWD.*

**Susan Zarate**
*Senior Lecturer*
BA CSU Fullerton. Costume illustrator for film and music industry, including "AI," "Amistad," "Batman and Robin," "To Wong Foo," "Anchorman," "Spiderman II;" fashion illustration for Absolut, Versace for *Vogue* magazine, Prada commercial; sketched and designed costumes for Madonna. Fashion illustrator for *Vogue.*

**Tuula Zivin**
*Assistant Professor*
AA (Fashion Design) Brooks College. Extensive industry experience as head patternmaker for Compagnie BX, Brona, Saint Germain, Motherhood, City Girl, and California Concepts; branded and private label customers include Neiman Marcus, Saks, Nordstrom, Fred Segal, and Shauna Stein. Technical consultant for patented Tummy Tuck jeans.



EXHIBIT C PAGE 141



## Expert Witness Directory
*Business & Medical Expert Witnesses*



# Mr. Robert Valerio

Submitted by VALERIO on Mon, 03/05/2012 - 19:08

**Resume #:**
1

**Company Name:**
Central Planning Organization LLC

**Short Description:**
Rob Valerio is a C-level executive for 12 years in a variety of industries, ranging from sporting goods, fashion, internet to retail. Areas of expertise include branding, marketing, operations, sales, finance, and all facets of business. A well regarded public speaker, he is also Senior Faculty for Business at Otis College of Art and Design in the Fashion department. He was an expert witness in successful Minimum Advertised Pricing litigation

**Bio:**

Professional Profile

- Recruit, lead, and coach employees
- Footwear and apparel experience
- Change Management
- Extensive overseas sourcing
- Creativity in product design

- P&L responsibility
- Strategic Planning and Implementation
- Warehouse layout and process
- Implement ERP systems
- Brand and endorsement marketing

Professional Experience

**Central Planning Organization LLC**
Oct. 2003-Present
President

- Management Consulting for small to medium sized businesses $1mil-100mil sales
- Wide variety of industries in products and services including Apparel, Fashion accessories, Web Hosting, Real Estate, E-commerce, Equestrine, Action Sports, Homewares, eco friendly products, and Electric Motorcycles
- Expertise with youth culture, Gen Y, women owned, and creative-based businesses
- Overseas sourcing and third party fulfillment solutions

**Destructo Industries, Inc., Costa Mesa, CA**
May 2005-July 2008
CEO

- Turned around company from -$700k to 13% EBITDA in 9 months
- Set up internet-based systems for accounting, inventory, and communications
- Outsourced all functions except sales, marketing, and creative
- Youth marketing targeting 12-16 year olds and Kidadults

**New Deal Skateboard Products Inc., Huntington Beach, CA**
February 2004-April 2005
CEO

- Brought in to replace existing management, owners decided to sell
- Reduced staff and right-sized business to revenues
- Spun out two of five brands, sold remaining business in asset sale

**Dwindle Inc., El Segundo, CA**
July 1999-October 2003
President

*Achievements:*



EXHIBIT C PAGE 150

- Increased sales from $15 million to $37 million
- Rationalized production for significant margin gains
- Launched strong new brands
- Management successfully sold company for $46 million in 2002

*Responsibilities:*

- Multi-brand marketing strategy
- Product merchandising and production calendars
- Sales goals, customer service, and employee motivation
- Budget process and P&L accountability
- Inventory management and forecasting

Tum Yeto Inc., San Diego, CA
1995-1999
Operations Manager

- Reduced staff from 55 to 22 while raising revenues from $3mil to $7mil
- Internet and mail order divisions created and marketing strategies
- Revamped manufacturing process
- Moved business to new facility including building purchase, remodel, and setup

Mac Rentals/Mad Macs, La Jolla, CA
1994-1995
Sales

- Internet and mail order sales and service
- Specialized in computer hardware solutions for creative companies
- Accounts included U.S. Navy, SAIC and other major corporations

Vons Companies Inc., San Diego, CA
1986-1994
Dept. Head/Asst. Manager

- Daily ordering of inventory for 40,000 sf. Store
- Management and key responsibilities
- New store pre-opening and launch team member

Other Experience

International Association of Skateboard Companies, Santa Barbara, CA
Board of Directors

Chop Chop Woodshop Ltd., Guangdong, China
Board of Directors

Otis School of Fashion, Los Angeles, CA
Senior Faculty

Los Feliz Village Business Improvement District
Board of Directors

Education

UC San Diego, Revelle College, La Jolla, CA
BA Major: Economics

Categories:
271
2979
299
3059
305
54
2282

EXHIBIT C PAGE 151

2-2

Mr. Robert Valerio | Expert Witness Directory

Page 3 of 3

**User Name:**
VALERIO
**Keywords:**
Marketing/Branding Consumer Research Competitive Analysis Web/ecommerce New brands Development/Product Launches Business Development Licensing Partnerships Collaborations Business Plans Investor Presentations Brand Extension Exit Strategies Operations Global distribution Global sourcing Warehousing Time/Action calendar Interim Executive Contingency planning Sales ERP Software implementations In house sales Independent Reps Pricing Strategies Tradeshows Key Account Management Public Relations Event Planning Editorial/Press coverage Celebrity placement Trend reporting/analysis Merchandising Retail Strategies Leases and TI build outs SKU Assortment Planning Open-to-buy management Inventory management
**eMail Address:**
robv@cplanorg.com
**Website:**
www.expertwitnessbusiness.com
**Address1:**
4675 Hollywood Blvd.
**Address2:**
**City:**
Los Angeles
**State/Prov:**
CA
**Postal Code:**
90027
**Phone - Office:**
213-784-4040
**Phone - Fax:**
213-652-4399
**Phone - Cell:**
**Phone - Pager:**
**User Notes:**
**Photo:**



**Member Level:**
Professional
**Country:**
United States

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Copyright 1994 - 2012 - All Rights Reserved.
eWitness LLC.

EXHIBIT C PAGE 152

2-3



EXHIBIT 3
WIT: Valerio
DATE: 9-17-12
VICKI A. SABER, CSR 6212
1 PAGE

Prospective Students Current Students Parents Alumni Faculty/Staff Employers Work Calendar News

ABOUT ADMISSIONS LIFE@OTIS CONTINUING ED PUBLIC PROGRAMS COMMUNITY ENGAGEMENT GIVING search

Academics

# Faculty

Fashion Design

Fashion Design Home | Faculty | Courses and Curricula | Careers | Department Life | Student Work

**Department Heads**

**Department Chair**, Rosemary Brantley
**Assistant Chair, Design**, Jill Higashi Zeleznik
**Assistant Academic Chair**, Mary Beth Baloga

**Faculty**

Susan Baker
Eddie Bledsoe
Jane Engelman
Rosi Gabl
Farnaz Harouni
Morrison Jackson
Paul Keng
Karolyn Kiisel
Gail Knierim
Sumi Lee
Amanda B. Linder
Michelle Lucas
Loree McConnell
Evelyn Mcinerney
Alexis Montgomery
Aaron Paule
Nicolette Paulsen
Mitra Rajabi
Karen Regoli-Arthur
Miguel Reyes
Diane Sisko
Francis Spitta
Robert Valerio
Jacqueline Wicks
Lean Hoechung Y
Tony Young
Susan Zarate
Tuula Zivin

**Robert Valerio**
*Senior Lecturer* BA (Economics) UC San Diego. President of Kubic Marketing Inc.; Chairman of the Board International Association of Skateboard Companies; CEO Giant Skateboard Distribution.

**Mentors 2012-13**: Among the outstanding professionals serving as mentors are Cynthia Vincent ('88), Billabong, Christopher Wicks, Halston with the Humane Society, Eleven by Venus Williams, and Cosabella.

Mentors 1982-present (PDF)

Spotlight

Rosemary Brantley the O-Files

Spotlight

Contact Info

ces

Self Service
OSpace
Labs & Shops
Student Affairs
Art Supplies

RSS Feeds Contact Us Help Site Map Emergency Information Copyright

Otis College of Art and Design
9045 Lincoln Boulevard
Los Angeles, California 90045
Telephone 310 665 6800

EXHIBIT C PAGE 153

Business consulting and Marketing services Los Angeles CA                    Page 1 of 2

| ⌂ | Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

| What Clients Say | Home |

Call Us 213-784-4040



CPO made a comprehensive report on the business models on the top Online Dating sites in the United States.

### Starting a Business?

If you've started a company or are thinking about it, contact us to find out how to short cut the difficult parts and go straight to growth. Start Here

### New Ideas for Your Existing Business?

Whether your growth has slowed or you have a new idea to add to your existing business, we have solutions. Get new customers and profits with a revenue review and plan of action. Strategy to grow your business

### Want to Sell Your Company?

We will guide you through all the preparation to get the most money when selling your business. How much its worth, who wants to buy it and how to package it for sale are all areas we have experience to help you. Get the most money for your business

EXHIBIT 6
WIT: _Valerio_
DATE: _9-17-12_
VICKI A. SABER, CSR 6212

29 PAGES

Retail Turnaround          Consumer Relevancy          Expert Witness for Business

Business consulting and Marketing services Los Angeles CA                     Page 2 of 2

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

EXHIBIT C PAGE 155

6-2
9/16/2012

Consulting Consultant Small Business Strategy                                    Page 1 of 2

| Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

| What Clients Say | Home |

Call Us 213-784-4040

Home › Contact CPO

# Contact CPO

0

You want someone to clearly answer your questions and give you expert advice.

Initial consultation always free.  Contact us and decide if we are the right people to help you.

Your Name (please)

Your Email (we respect your privacy)

Any details you want to share

## Newsletter

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

Subscribe

Email Marketing by WP Autoresponder

Send

*Managing Partner:*
*Rob Valerio*
*1680 Vine St. #327*
*Hollywood, CA 90028*
*213-784-4040 office*

### Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the

### Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies

### Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of

6.3

EXHIBIT C PAGE 156

Consulting Consultant Small Business Strategy

recession. In conjunction with Ateller Collective.

and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

how specific business practices work. We provide that expertise on many testimony cases.

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

EXHIBIT C PAGE 157

6·4

9/16/2012

| Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

What Clients Say | Home

**Call Us 213-784-4040**

Home · Services · Business Plans

# Business Plans

0

We write business plans (http://www.centralplanningorg.com) for all sizes of business, from start ups to new divisions of existing companies. The key element that sets our plans above all those business-plan-in-a-box companies is that our professionally written plans get funded and grow multimillion dollar companies. If you need funding or you need a clear timeline plan to make millions, click here.

## Newsletter

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

Subscribe

Email Marketing by WP Autoresponder

## Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

## Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

## Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

Contact CPO Services                              © Copyright CPO LLC 2003-2012
Business Plans Marketing


EXHIBIT C PAGE 158

6-5

Case 2:11-cv-06358-MMM-CW   Document 148-3   Filed 11/09/12   Page 111 of 139   Page ID
#:3511
Marketing Plans in Los Angeles CA                                                      Page 1 of 1

| ⌂ | Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

| What Clients Say | Home |

Call Us 213-784-4040

f  𝕏  in  ▢  ▢  ▢

Home › Services › Marketing Plans

# Marketing Plans

0

Marketing plans (www.centralplanningorg.com) need to be developed
every year to take into account the changing needs of your customers
and future customers.

## Newsletter

enter your email address to get
our monthly newsletter full of help
for your business

Name:

E-Mail
Address:

[Subscribe]

Email Marketing by WP Autoresponder

## Retail Turnaround

At RetailTurnaround.com
we lead you through our
methodology for returning
revenues and profits back
to pre-recession levels.
Grow faster and larger
than your competitors
now while marketshare is
up for grabs after the
recession. In conjunction
with Atelier Collective.

## Consumer Relevancy

Consumer Relevency is
the title of the upcoming
book by Rob Valerio
about the new consumer
behaviors. Coming out of
the worst recession of our
lifetime, we explore the
new leading companies
and practices that
translate into outsized
profits for businesses that
are relevant to the new
consumer mindset.

## Expert Witness for Business

If you need an expert on
business, marketing,
sales, operations, or
finance, CPO has the
answer. Many time
litigation requires experts
to explain to the judge
and jury the details of
how specific business
practices work. We
provide that expertise on
many testimony cases.

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

EXHIBIT C PAGE 159

6-6

Raising Money for Your Business in Los Angeles CA                                    Page 1 of 1

| | Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

What Clients Say | Home

**Call Us 213-784-4040**                                    f   y   in   ✉

Home › Services › Raising Money

# Raising Money

0

After business plans (http://www.centralplanningorg.com) the next most common request we get is "Can you help us raise money for our great ideas?"

In a word, YES!

### Newsletter

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

Subscribe

Email Marketing by WP Autoresponder

### Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

### Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

### Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

Contact CPO Services                                    © Copyright CPO LLC 2003-2012
Business Plans Marketing

EXHIBIT C PAGE 160                                    6-7

| Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

What Clients Say | Home

**Call Us 213-784-4040**

f  ♯  in  ▭

Home · Services · Sell Your Business

# Sell Your Business

0

We are not broker-dealers, but we make the nicest private placement memorandums around if you listen to our satisfied customers.

Before a sale can happen, first we guide you through all the steps necessary to get your business ready for a buyer. More importantly, how to get the maximum value for your business!

## Newsletter

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

[ Subscribe ]

Email Marketing by WP Autoresponder

## Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

## Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

## Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

---

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

EXHIBIT C PAGE 16

6-8

| | Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

What Clients Say | Home

**Call Us 213-784-4040**

Home · Services · Market Research

# Market Research

0

We do an enormous amount of market research reports for people before they make formal business plans (http://www.centralplanningorg.com) to see if the there is a big enough market for their idea already.

### Newsletter

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

Subscribe

Email Marketing by WP Autoresponder

## Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

## Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

## Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

EXHIBIT C PAGE 162

6-9

Strategy Plans for business in los angeles california                                    Page 1 of 1

| | Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

What Clients Say | Home

**Call Us 213-784-4040**

f  🐦  in  ✉️  📷

Home › Services › Strategy Plans

# Strategy Plans

0

In conjunction with marketing plans (www.centralplanningorg.com) and research, many times you want a clear strategy plan with a step-by-step guide to best practices. This takes your idea and shows you the quickest way to profitability and large marketshare immediately.

## Newsletter

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

Subscribe

Email Marketing by WP Autoresponder

## Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

## Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

## Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

EXHIBIT C PAGE 163

6-10

9/16/2012

| | Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

What Clients Say | Home

**Call Us 213-784-4040**

f  🐦  in  ✉  ▦

Home · Products · Free How to's

# Free How to's

0

Here is free downloadable instructions on how to do many complicated business tasks.

## Newsletter

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

Subscribe

Email Marketing by WP Autoresponder

## Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

## Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

## Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

EXHIBIT C PAGE 164

G-11

Books | Business Consulting and Marketing Services in Los Angeles                    Page 1 of 1

| 🏠 | Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

What Clients Say | Home

**Call Us 213-784-4040**

f  🐦  in  ✉  📷  📧

Home › Products › Books

# Books

0

Here are all the currently available books from CPO.

**Newsletter**

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

Subscribe

Email Marketing by WP Autoresponder

### Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

### Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

### Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

EXHIBIT C PAGE 165

6-12

| Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

| What Clients Say | Home |

**Call Us 213-784-4040**

Home › Products › Online Courses

# Online Courses

0

Here are all the courses available online from CPO.

## Newsletter

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

[ Subscribe ]

Email Marketing by WP Autoresponder

## Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

## Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

## Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

EXHIBIT C PAGE 166

6-13

| ⟨↷⟩ | Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |
|---|---|---|---|---|---|---|---|

What Clients Say | Home

**Call Us 213-784-4040**

f ⟩ in ⌂ ⟨ ⊠

Home › Recent Work

# Recent Work

0

**Brand Image and Direction**

A world-famous author of DIY books set out to re-position herself as a design consultant. We set her up in business with all the required paperwork, and advised her to change her rates to a fee that better reflected the integrity and experience she brought to the table. We worked as a sounding board to critique her business ideas and guide her toward the most lucrative options. She was extremely well organized already, so we fine-tuned her focus to the best of her clients, maximizing her revenues while making room for new business.

**Scene Queen to Youth Cultural Icon**

Success is a good thing, but if you can't keep up with demands, it can be a challenge. CPO customized a plan using our proprietary business model to grow internet celebrity Jac Vanek's business by 325%. We guided and managed the growth, direction, production and distribution, while maintaining the integrity and strength of the brand.

**New Business Start Up Plan**

CPO conceptualized and wrote the 30-page business plan (http://www.centralplanningorg.com/business-growing-what/) for a start-up company involving Electric Motorcycles with proposed $5 million in sales in the first year, $100 million harvest within 7 years. Initial funding was $1.8million. Work included financing, company setup, proof-of-concept prototypes, national dealer roll-out and global distribution strategy to help advise and focus the vision for the company, enabling us to create a complete and dynamic business plan (http://www.centralplanningorg.com/business-growing-what/).

**Making the most of a Highly Successful Website**

CPO reorganized an online retailer with more site traffic than the U.S. Navy. to make the most of his site traffic, minimize the inventory risk, raise profits. The initial challenge: it's expensive to carry 10,000's of skus in inventory to meet broad-based demand.

We started by making agreements with the top vendors to drop-ship their goods in exchange for a higher vendor margin. We then planned to outsource to third party fulfillment for any vendors that wouldn't drop-ship. This lowered the profit per order, but eliminated the overhead of inventory float and a small pick-and-pack operation.

It turned out not to be the best solution. In the process of negotiating, we accessed a new vendor who was a major distributor of most lines, and was willing to pass on a higher margin while drop-shipping orders. The

## Newsletter

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

[Subscribe]

Email Marketing by WP Autoresponder

EXHIBIT C PAGE 167

6-14

9/16/2012

distributor wanted the website traffic, and the client was able to maintain current margins while eliminating the cost of carrying inventory and paying for a shipping operation. The end result was substantially higher profits with no capital needed for inventory.

**Complete Business Consultation (http://www.centralplanningorg.com) with E-commerce Focus**

CPO advised an online Orthepedic Devices Company from inception. We conceptualized the business model as a cash flow positive company by partnering with vendors. This heavy SEO project is in a highly competitive web space for consumers. By partnering with the vendors, the company was able to leverage shipping discounts giving it a competitive advantage for pricing. Coupling this with the ability to take customer's payments 30 days before paying for the product allowed this internet and mail order company to grow substantially on the financing of vendors.

**Clients**

| Photography | Homewares |
|---|---|
| Box Eight | Amenity |

| Youth Culture | Industrial Equipment |
|---|---|
| Blitz Distribution | Airdraulics |
| Jac Vanek | |
| Selena Rox | Attorneys |
| | Catherine Barrad |
| Consulting Firms | Randall Newman |
| Brand Meets People | |
| Nash & Marlow | Fashion |
| | DKNY (international) |
| Talent Agencies | Iron Fist Clothing |
| Brener Group | Surf Monk |
| The Network Talent | Oxbow USA |
| Interior Design | Public Relations |
| Call Me Faith | Propr |
| Courtney Carol Small | SPR |

6-15

EXHIBIT C PAGE 168

9/16/2012

Design Lo.CA

**Design**

Carrie Chatterson Studio

Compai Creative

**Biotech**

Focus Synthesis

**News Media**

Future360

**Financial Advisors**

Pacific Business Group

**Publishing**

Laurence King Publishing

**Technology – Software**

Phonesheet.com

PLANiTCiTY

MicheleMarie PR

**Video Games**

Gamer's Gold

**Celebrity**

Kimora Lee Simmons

**Licensing**

Merch One

**E-Commerce**

NavySeals.com

BetterBraces.com

**Technology – Clean Tech**

Roam

**Cause Marketing**

Save the TATA's

Jusani Culture

**Distributors**

Superior Auto Extras

## Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back

## Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio

## Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or

6-16

EXHIBIT C PAGE 169

9/16/2012

to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

---

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

EXHIBIT C PAGE 170

6-17

9/16/2012

Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources

What Clients Say | Home

**Call Us 213-784-4040**

f  ⤬  in  ✉  ▪ ▪

Home · Ethics

# Ethics

0

We are **qualified** to do the highest level of work through our **experience and competence.**

We do not share your proprietary or confidential information with **anyone.**

We **will not work** for competitors.

We will not take advantage of information for ourselves or compete with clients in their field.

We will **clearly state our fees**, scope of work, value and return on investment to every project.

We are very **honest and upfront** about what we can and cannot do, what we know and
do not know.

We have a **moneyback guarantee** on all our work: we will do whatever work needed until the client is satisfied, or we will refund the fee.

### Newsletter

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

Subscribe

Email Marketing by WP Autoresponder

### Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

### Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

### Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

---

Business Consultant Consulting

| | Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

What Clients Say | Home

Call Us 213-784-4040

f ⟩ in ▢ ✉

Home › Ethics › Why Trust Us?

# Why Trust Us?

0

You want clear strategic plans to get you from A to B, with goals and objectives that are clearly explained and measurable.

We bring the "suits" and the "creatives" to the same table, helping companies understand the design process and while respecting the profit making goals.

You need systems for all the different areas of business to work together as a cohesive unit.

We know how to craft a budget, and the importance of growing revenues, reducing costs, and making larger profits.

We understand marketing, branding and public relations as core to every project, and tie them together seamlessly.

We believe in customer service skills that include politeness, patience, helpfulness and common courtesy.

We communicate in clear terms, work as team players on projects, and manage people positively.

You expect partners who stay current, understanding that an ever-changing business climate is key to success.

We don't know everything, but we are quick learners and we seek out and have access to specialized help if needed to complete the tasks at hand.

**You want simple results to transform your business.**

### Newsletter

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

Subscribe

Email Marketing by WP Autoresponder

## Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the

## Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that

## Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business

EXHIBIT C PAGE 172

6-19

9/16/2012

Business Consultant Consulting

recession. In conjunction with Atelier Collective.

translate into outsized profits for businesses that are relevant to the new consumer mindset.

practices work. We provide that expertise on many testimony cases.

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

6- 20

EXHIBIT C PAGE 173

| | Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

What Clients Say | Home

Call Us 213-784-4040

## Starting a Business?

If you've started a company or are thinking about it, contact us to find out how to short cut the difficult parts and go straight to growth. Start Here

## New Ideas for Your Existing Business?

Whether your growth has slowed or you have a new idea to add to your existing business, we have solutions. Get new customers and profits with a revenue review and plan of action. Strategy to grow your business

## Want to Sell Your Company?

We will guide you through all the preparation to get the most money when selling your business. How much its worth, who wants to buy it and how to package it for sale are all areas we have experience to help you. Get the most money for your business

## Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

## Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

## Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

6-21

EXHIBIT C PAGE 174

Business Consulting and Marketing Services in Los Angeles                     Page 2 of 2

Contact CPO Services                                          © Copyright CPO LLC 2003-2012
Business Plans Marketing

EXHIBIT C PAGE 175

6·22

9/16/2012

Business Consulting Los Angeles, CA | Small and Medium Sized Business Consulting          Page 1 of 2

| ⌂ | Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

| What Clients Say | Home |

**Call Us 213-784-4040**

f  ♥  in  □   ⌐  ▣

Home › Blog › What Stage is Your Business?

# What Stage is Your Business?

0

# Grow Your business! Get Started

# Need New Business Help?  Learn More

# Want to Sell Your Business?  Read On

# Business Coaching Your Way Your Choice

business plan (http://www.centralplanningorg.com/business-growing-what/) business consulting  business consulting solutions  business consulting firms  business consulting los angeles (http://www.centralplanningorg.com/how-to-choose-a-consulting-firm/)

marketing plan (http://www.centralplanningorg.com/business-growing-what/) marketing strategies  marketing mix  marketing consultant  marketing concepts  marketing consultants los angeles

### Newsletter

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

[ Subscribe ]

Email Marketing by WP Autoresponder

## Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the

## Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that

## Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business

EXHIBIT C PAGE 176                    6·23

recession. In conjunction with Atelier Collective.

translate into outsized profits for businesses that are relevant to the new consumer mindset.

practices work. We provide that expertise on many testimony cases.

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

EXHIBIT C PAGE 177

6·24

Budget Templates 2012 Service and Product Companies | Business Consulting and Marke...   Page 1 of 1

**Call Us 213-784-4040**

f ⤳ in ✉ ⚲ ▣

Home › Blog › Budget Templates 2012 Service and Product Companies

# Budget Templates 2012 Service and Product Companies

0

Here are two templates to use for your 2012 company budget.  Choose whether you have a service or product company.  If you would like industry specific templates please contact us.

2012 Budget for Product Company Template (http://www.centralplanningorg.com/wp-content/uploads/2011/12/2012-Budget-for-Product-Company-Template1.xlsx)

2012 Budget for Service Company Template (http://www.centralplanningorg.com/wp-content/uploads/2011/12/2012-Budget-for-Service-Company-Template1.xlsx)

## Newsletter

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

| Subscribe |

Email Marketing by WP Autoresponder

### Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

### Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

### Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

EXHIBIT C PAGE 178

6·25

Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources

What Clients Say | Home

**Call Us 213-784-4040**

Home › Resources

# Resources

## Newsletter

enter your email address to get
our monthly newsletter full of help
for your business

Name:

E-Mail
Address:

Subscribe

Email Marketing by WP Autoresponder

0

Many people ask me who do I use for many of the services and technology that are applied in business and marketing projects. I love to promote companies that are helpful to me and send them new business. Below is a partial list. If there is a service you want more information about, please email us direct for more information.

## Web Hosting – DreamHost

We used to own our own web hosting company, but after selling it to Jumpline in 2008 we have been exclusively recommending www.dreamhost.com (http://www.dreamhost.com/r.cgi?55189). Why? Because they really are a dream to work with and execute complicated strategies with no downtime. Here is a short list of why they are awesome:

- One of the largest internet providers and domain name registers, so the resources behind this company are phenomenal
- Their customer experience is like owning an Apple product, which means they take all the technical details out and give you simple one click solutions
- My friend Jordan has worked there since the beginning and they made him rich beyond belief because of their employee loyalty
- They are a Los Angeles based company, in a town that has very few tech companies (we are changing that with Silicon Beach!)
- Prices are not the lowest or the highest, but the service is the highest quality we've found worldwide

Host your sites (unlimited) with dreamhost and transfer your domains over time to save time and money in the long run with solid, happy service.

www.Dreamhost.com (http://www.dreamhost.com/r.cgi?55189)

## WordPress Video Sales Themes

Want to know who makes the killer video themes I use in my own business? Its a company called Optimize Press (http://nanacast.com/vp/97647/277058/) and they make an all inclusive theme that you just insert your relevant information. They have already thought through and tested the wording, layouts, colors, and styles. I

EXHIBIT C PAGE 179

6.26

9/16/2012

strongly recommend you spending the $100 to save yourself time and make a lot more money via internet marketing. Again, its a theme you install in wordpress from Optimize Press (http://nanacast.com/vp/97647/277058/) and you'll be thanking me once the money starts rolling in!

# Multi Platform Marketing

If you have received any free information from CPO, you probably input your email address and phone number and got a really cool delivery system of information that included email, text, voicemail and social media.

I help companies like yours set up Multi Platform Marketing (http://trumpia.com/?promocode=relevant) systems that allow you to make sure your message reaches your potential new customers, regardless of the platform on which they use to read information. This unique software tool allows you to set up autoresponders and send out campaigns and messages on the platform that people choose, so that you can ensure that 100% of the time the message is received in a timely manner.

What is this worth? For the cost of text messaging, (less than $.05 per text) you can expect a response rate from 2X to 5X more than from email alone. Click here to learn more (http://trumpia.com/?promocode=relevant) and sign up for a 30 free trial offer. Multi Platform Marketing.com (http://trumpia.com/?promocode=relevant).

### Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

### Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

### Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

6·27

EXHIBIT C PAGE 180

Customer reviews of central planning organization                                        Page 1 of 2

| | Contact CPO | Services | Products | Recent Work | Ethics | Blog | Resources |

What Clients Say | Home

**Call Us 213-784-4040**

f  🐦  in  ✉  ·  ▢

Home › What Clients Say

# What Clients Say

### Newsletter
enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

Subscribe

Email Marketing by WP Autoresponder

0

---



(http://www.centralplanningorg.com/wp-content/uploads/2010/05/roadmate-logo.jpg)

We have enjoyed the experience with you and your company so far. Taking the time to tailor the research to our specific company is a great advantage of yours and I was really surprised that the other firms didn't seem to embrace this simple concept. The larger firms gave me a vibe of cut and paste and that is not what I wanted.

Thank you for your generous feedback/help, we will implement the changes you suggested immediately!

-Raymond Chen, Odyssey Shoes Inc.

**FeelGood**store

Look and Feel Your Best

(http://www.centralplanningorg.com/wp-content/uploads/2010/05/Feelgoodstore.gif)

"Rob is extremely capable and skilled in all facets of business. His financial instincts are superb and would be valuable to businesses both large and small. He gets the big picture and cleary sees how different aspects of a business play off of one another.

He listens and carefully responds with great advice. He's someone that can be trusted and always looks out for others before himself."

-Jason Zinn, President, FeelGoodStore.com

---

EXHIBIT C PAGE 181

6-28

9/16/2012

Customer reviews of central planning organization                                        Page 2 of 2



(http://www.centralplanningorg.com/wp-content/uploads/2010/05/oxbowLogo1.jpg)

"Rob came up with an extremely simple and creative solution to our problem. We had just opened our first retail store in the USA, and he implemented an online component that allowed us to ship orders out of the store, service our wholesale customers, and extend our brand reach significantly."

-Gary Hunt, CEO, OXBOW USA



(http://www.centralplanningorg.com/wp-content/uploads/2010/05/Amenity2.gif)

"We had tried a few other business consultants (http://www.centralplanningorg.com) in the past five years. Rob came in and immediately identified what we were doing right and wrong, gave us a calendar to grow our company, and instilled a sound footing from which we have grown by leaps and bounds."

-Nicole Chiala, President, Amenity Inc.

## Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

## Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

## Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

6·29

EXHIBIT C PAGE 182

9/16/2012

Licensing and brand extension profits                                    Page 1 of 2

Call Us 213-784-4040

Home · Licensing · Is Brand Licensing Right for My Company?

# Is Brand Licensing Right for My Company?

Published on June 3, 2011 by Rob Valerio in Licensing, Rob Valerio

0

By Rob Valerio

Pierre Cardin, the most extreme form of a fashion brand in licensing is for sale for $1 Billion Euros. Many companies are questioning whether there is riches to be had licensing out their brands. The key to success is to license out categories that the company is not expert in, but would like to eventually grow.

Licensing is the when you allow other companies to make products with your brand name on them, in exchange for a royalty payment. Many times this royalty payment can range from 3-10% of revenues, depending upon the amount of marketing support and strength of the licensors brand name.

Brands love to license their name as royalty checks come regularly with no capital outlay to support the revenue stream. Royalty payments drop straight to the bottom line on many company balance sheets, which frees up capital to concentrate on core categories. Another common negotiating point is a guaranteed royalty payment, so the licensor knows it will get a minimum amount even if the license fails in the particular category.

The risks of licensing your brand are that it may degregate your brand equity due to the channel of distribution or product category. The key is to test the waters in certain categories close to the brand's heritage, and then slowly expand into outlying (profitable) categories.

Overall, if you have created a brand that has consumer equity, and you also would like to expand into new categories without the upfront cost of development and inventory, licensing is a great way to grow your bottom line profits.

## Newsletter

enter your email address to get our monthly newsletter full of help for your business

Name:

E-Mail Address:

Subscribe

Email Marketing by WP Autoresponder



EXHIBIT 9
WIT: Valerio
DATE: 9-17-12
VICKI A. SABER, CSR 6212

2 PAGES

0

Like      1 person likes this. Sign Up to see what your friends like.

« Are the Wealthiest People Comi...      United States Still On Top for... »

Comments Off

EXHIBIT C PAGE 183

### Retail Turnaround

At RetailTurnaround.com we lead you through our methodology for returning revenues and profits back to pre-recession levels. Grow faster and larger than your competitors now while marketshare is up for grabs after the recession. In conjunction with Atelier Collective.

### Consumer Relevancy

Consumer Relevency is the title of the upcoming book by Rob Valerio about the new consumer behaviors. Coming out of the worst recession of our lifetime, we explore the new leading companies and practices that translate into outsized profits for businesses that are relevant to the new consumer mindset.

### Expert Witness for Business

If you need an expert on business, marketing, sales, operations, or finance, CPO has the answer. Many time litigation requires experts to explain to the judge and jury the details of how specific business practices work. We provide that expertise on many testimony cases.

---

Contact CPO Services
Business Plans Marketing

© Copyright CPO LLC 2003-2012

9-2

1        DECLARATION AND ERRATA SHEET

2

3        I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE

4    READ THE FOREGOING TRANSCRIPT OF MY DEPOSITION

5    TESTIMONY, TAKEN ON MONDAY, SEPTEMBER 17, 2012, AT

6    LOS ANGELES, CALIFORNIA, AND THAT, WITH THE FOLLOWING

7    EXCEPTIONS WHICH I HAVE HAND-MARKED ON THE TRANSCRIPT,

8    THE SAME IS A TRUE RECORD OF THE TESTIMONY GIVEN BY ME

9    AT THAT DEPOSITION:

10

11   PAGE/LINE        SHOULD READ              REASON FOR CHANGE:

12   7/10             Yes                      correction

13   7/11             Defendant                correction

14   12/10            MOST THINGS              misspoke

15   15/9             FOR                      Typo

16   23/4             NO                       correction

17   25/11            YES                      correction

18   36/19            YES                      correction

19   37/11            REPORT                   misspoke

20   37/13            NO                       correction

21   64/4             COO                      typo

22   64/7             COO                      typo

23   (continued) on 301-A

24   10/30/12                        _Robert F. Valerio_

25   DATE                            ROBERT F. VALERIO

                                                            301

EXHIBIT C PAGE 185

ERRATA SHEET (CONTINUED)

| PAGE/LINE | SHOULD READ | REASON FOR CHANGE |
|-----------|-------------|-------------------|
| 106/14 | WHEN | correction |
| 135/15 | WAYS | correction |
| 141/15 | OTHER | missing word |
| 166/11 | TOTAL | correction |
| 172/13 | NO | misspoke |
| 173/10 | YES | correction |
| 173/22 | YES | correction |
| 231/5 | REVENUES | correction |

10/30/12                                          _Robert F. Valerio_

DATE                                              ROBERT F. VALERIO

301-A

EXHIBIT C PAGE 186

```
 1    COUNTY OF LOS ANGELES,   )

 2    STATE OF CALIFORNIA,     )

 3

 4         I, VICKI A. SABER, CERTIFIED SHORTHAND REPORTER

 5    LICENSED IN THE STATE OF CALIFORNIA, LICENSE NO. 6212,

 6    HEREBY CERTIFY THAT THE DEPONENT WAS BY ME FIRST DULY

 7    SWORN AND THE FOREGOING TESTIMONY WAS REPORTED BY ME AND

 8    WAS THEREAFTER TRANSCRIBED WITH COMPUTER-AIDED

 9    TRANSCRIPTION; THAT THE FOREGOING IS A FULL, COMPLETE,

10    AND TRUE RECORD OF SAID PROCEEDING.

11         I FURTHER CERTIFY THAT I AM NOT OF COUNSEL OR

12    ATTORNEY FOR EITHER OR ANY OF THE PARTIES IN THE

13    FOREGOING PROCEEDING AND CAPTION NAMED OR IN ANY WAY

14    INTERESTED IN THE OUTCOME OF THE CAUSE IN SAID CAPTION.

15    THE DISMANTLING, UNSEALING, OR UNBINDING OF THE

16    TRANSCRIPT WILL RENDER THE REPORTER'S CERTIFICATES NULL

17    AND VOID.

18         IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND

19    THIS DAY: 30TH DAY OF SEPTEMBER 2012.

20         __X__ READING AND SIGNING WAS REQUESTED.

21         _____ READING AND SIGNING WAS WAIVED.

22         _____ READING AND SIGNING WAS NOT REQUESTED.

23

24    _____

25         VICKI A. SABER, CSR NO. 6212, RPR, CRR, CCRR
```

302

JANET MURPHY AND ASSOCIATES COURT REPORTERS
(310) 202-8200

EXHIBIT C PAGE 187