SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:  (310) 228-3700
Facsimile:  (310) 228-3701
E-Mail:     kraygor@sheppardmullin.com
            baigboboh@sheppardmullin.com

Attorneys for Defendants
NATIONAL ENTERTAINMENT
COLLECTIBLES ASSOCIATION, INC. and
JOEL WEINSHANKER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

ZACK WARD,

        Plaintiff,

        v.

NATIONAL ENTERTAINMENT
COLLECTABLES ASSOCIATION,
INC., and JOEL WEINSHANKER,

        Defendants.

Case No. 2:11-CV-6358 MMM (CWx)

**DEFENDANTS NATIONAL ENTERTAINMENT COLLECTIBLES ASSOCIATION, INC. AND JOEL WEINSHANKER'S WITNESS LIST [L.R. 16-5]**

FAC Filed:  May 5, 2011
Fact Discovery Cut-Off:  Aug. 3, 2012
Pre-Trial Conference:  Nov. 26, 2012
Trial:  Jan. 18, 2013

Pursuant to L.R. 16-5, Defendants National Entertainment Collectibles Association, Inc. and Joel Weinshanker (collectively, "**Defendants**") submit the following Witness List:

1.      Joel Weinshanker, National Entertainment Collectibles Association, Inc., 603 Sweetland Avenue, Hillside, New Jersey  07205-1799, (908) 686-3300.

2.      Zack Ward, 12312 Collins Street, Valley Village, California  91607.

3.      Marc Mostman, MOST MANAGEMENT LLC, 500 North Parkway Calabasas, Suite 210, Calabasas, California  91302, (818) 225-8452.

4.      Jonathan Faber, Luminary Group LLC, 2150 Intelliplex Drive, Suite 100, Shelbyville, Indiana  46176, (317) 428-5440.

## WITNESSES DEFENDANTS MAY CALL IF NEED ARISES

1.      Orbradell Taylor, National Entertainment Collectibles Association, Inc., 603 Sweetland Avenue, Hillside, New Jersey  07205-1799, (908) 686-3300.

November 19. 2012          SHEPPARD MULLIN RICHTER & HAMPTON LLP


By        _s/ Kent R. Raygor_
          KENT R. RAYGOR

          Attorneys for Defendants
          NATIONAL ENTERTAINMENT
          COLLECTIBLES ASSOCIATION, INC. and
          JOEL WEINSHANKER

407353010.1

-1-