FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

RANDALL S. NEWMAN (190547)
rsn@randallnewman.net
RANDALL S. NEWMAN PC
37 Wall Street, Penthouse D
New York, NY 10005
Telephone: 212/797-3737
Facsimile: 212/797-3172

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ZACK WARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL ENTERTAINMENT COLLECTIBLES ASSOCIATION, INC. and JOEL WEINSHANKER,<br><br>　　　　Defendants. | Case No. 11-cv-06358 (MMM) (CWx)<br><br>**JOINT NOTICE OF LODGMENT OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>DATE:　　December 10, 2012<br>TIME:　　9:00 a.m.<br>ROOM:　　780<br>JUDGE:　　Hon. Margaret M. Morrow |

1    Pursuant to L.R. 16-7.1 and L. R. 5-4.4.1, the parties hereby lodge the [Proposed] Pretrial Conference Order attached hereto as "Exhibit 1" in the above-entitled matter.

DATED: November 29, 2012

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
MARISA C. LIVESAY

            /s/ Betsy C. Manifold
BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com
livesay@whafh.com

RANDALL S. NEWMAN PC
RANDALL S. NEWMAN
37 Wall Street, Penthouse D
New York, NY 10005
Telephone: 212/797-3737
Facsimile:  212/797-3172
rsn@randallnewman.net

Attorneys for Plaintiff

DATED: November 29, 2012

SHEPPARD MULLIN RICHTER &
  HAMPTON LLP
KENT R. RAYGOR
BENJAMIN O. AIGBOBOH

            /s/ Kent R. Raygor
KENT R. RAYGOR

- 1 -

1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
E-mail: kraygor@sheppardmullin.com
baigboboh@sheppardmullin.com

Attorneys for Defendant NATIONAL ENTERTAINMENT COLLECTIBLES ASSOCIATION, INC. [and putative named defendant JOEL WEINSHANKER]

NECA:19306.noticelodgment

- 2 -