UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACK WARD,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL ENTERTAINMENT COLLECTIBLE ASSOCIATION, INC., and JOEL WEINSHANKER,<br><br>    Defendants. | ) CASE NO. CV 11-06358 MMM (CWx)<br>)<br>) JUDGMENT FOR PLAINTIFF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On October 17, 2013, the court entered an order granting plaintiff Zack Ward's motion for attorneys' fees and denying defendants' motion to strike Ward's motion for attorneys' fees. Consequently,

    IT IS ORDERED AND ADJUDGED

    1. That Ward recover attorneys' fees in the amount of $301,848.81. $157,912.00 of this award is awarded to Randall S. Newman. The remaining $143,936.81 is awarded to Wolf Haldenstein; and

    2. That, pursuant to the parties' settlement agreement, this action is dismissed.

DATED: October 17, 2013

                                          MARGARET M. MORROW
                                          UNITED STATES DISTRICT JUDGE